**FILED**

DEC 13 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RETURN ADDRESS:

**ANITA ELIZABETH JOHNSON**

**2403 ROSLYN AVE**
**CAPITOL HEIGHTS, MARYLAND 20743**

Case: 1:12–mc–00654
Assigned To : Unassigned
Assign. Date : 12/13/2012
Description: Miscellaneous

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# AFFIDAVIT OF POLITICAL STATUS

I declare this is an Affidavit of Political Status and this includes all attached documents.

GRANTOR:  ANITA ELIZABETH JOHNSON
Grantee:  Anita Elizabeth Johnson

LS: _____

Anita Elizabeth Johnson, Secured Party Creditor 10/_16_/2012

# ATTACHMENT "A" – PROPERTY LIST

**All of the property listed in this Property List is protected by all terms, conditions, and agreements contained in all the documents recorded herein.**

1. All proceeds from Secured Party's labor from every source; from products, accounts, fixtures, crops, mine heads, wellheads, and transmitting utilities, etc.;
2. All rents, wages, earnings, remuneration, and income from every source;
3. All land in which DEBTOR has an interest, including the soil itself; all minerals atop or beneath the soil surface; all air rights; all waters on or in the soil or land surface such as a lake or pond, within the land boundaries;
4. All real property and all documents involving all real property in which DEBTOR has an interest, including all buildings, structures, fixtures, and appurtenances situated on or affixed thereto, as noted in #3 above;
5. All cottages, cabins, houses, mansions, and buildings of whatever type and wherever located;
6. All bank accounts foreign and domestic, bank "safety" deposit boxes and the contents therein; personal security codes, passwords, and the like associated therewith; credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;
7. All inventory from any source;
8. All machinery, either farm or industrial;  all mechanical tools, construction tools, tools of trade;
9. All boats, yachts, and watercraft; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
10. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
11. All motor homes, trailers, mobile homes, recreational vehicles, houses, cargo, and travel trailers; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, fuels, and fuel additives;
12. All animals and all farm livestock; and all things required for the care, feeding, use, transportation, and husbandry thereof;
13. All pets, including cats, dogs, birds, fish, or whatever other of the animal kingdom has been gifted or otherwise acquired: whether kept indoors or outdoors; with all fixtures, vehicles, and housings required for their protection, feeding, care, transportation, shelter, and whatever other needs may arise;
14. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances of any kind, motorized or otherwise, in which DEBTOR has an interest;
15. All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;
16. All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, DVDs, ipods, digital audio/video players, phonograph records and players, film, slides and projectors, photography and video and aural production equipment, cameras, projectors, tape recorders, cassette players, etc.;
17. All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;
18. All books and financial records of DEBTOR;
19. All trademarks, registered marks, copyrights, patents, proprietary data and technology, inventions, intellectual property, royalties, good will;
20. All public or private scholastic degrees, titles, credentials, medals, trophies, honors, awards, recognitions, meritorious citations, certificates from apprenticeship training and/or continuing education programs, etc., from whatever source, for whatever trade, occupation, work, or endeavor;
21. All military (Army, Navy, Air Force, Marine, National Guard, etc.) discharge papers, and the like;
22. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever;
23. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal images, and the descriptions thereof; and all other corporal identification factors, and said factors' physical counterparts in any form; and all records, record numbers, and information pertaining thereto;
24. All biometric data, records, information, and processes not elsewhere described; the use thereof and the use of the information contained therein or pertaining thereto;

All rights to obtain, use, request, refuse, or authorize the administration of any food, beverage, nourishment, or water, or any substance to be infused or injected into or affecting the body by any means whatsoever;

25. All rights to obtain, use, request, refuse, or authorize the administration of any drug, manipulation, material, process, procedure, ray, or wave which alters or might alter the present or future state of the body, mind, spirit, free will, faculties, and self by any means, method, or process whatsoever;
26. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related thereto;
27. All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia: cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution;
28. All rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

29. All rights to barter, buy, contract, sell, or trade any kind of asset, tool, item of value, time, property whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

30. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, private money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

31. All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile; and to be free from requirement to apply for or obtain any government license or permission, permit and otherwise; and to be free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period;

32. All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, registration, or permission of any kind whatsoever;

33. All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, any vaccinations, or permission of any kind whatsoever;

34. All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

35. All rights to protect myself and my family from any animals that threaten my/our safety or well being, or that cause a nuisance to me/us, by using deadly force against any such animals;

36. All rights to exercise dominion over the earth and the resources of the earth including, but not limited to, using mineral and natural resources, timber, water, and harvesting animals for food;

37. All rights, interest, and exclusive title in CERTIFICATE OF BIRTH FILE # 119-01628, January 25, 1982, issued by MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE DIVISION OF VITAL RECORDS, instilling the pledge represented by the same pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom including, but not limited to all caps name ANITA ELIZABETH JOHNSON, ANITA JOHNSON, ANITA E. JOHNSON, A. JOHNSON, or A. E. JOHNSON, or any other derivative thereof;

38. All rights as outlined in the "Constitution for the united States of America" and the Honorable "Bill of Rights";

39. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgement of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition government for redress of grievances, or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or property by either "public" or "private" sources;

40. All rights to purchase arms and ammunition, keep and bear arms for defense of self, family, and parties entreating physical protection of person or property;

41. All rights to keep and bear arms for hunting, self-protection, protection of family, friends, and property, and target shooting of any kind;

42. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

43. All rights to create, carry, and use private documents of travel of any kind whatsoever, inter alia: those signifying diplomatic status and immunity as a free, independent Sovereign;

44. All rights to make video and/or audio recordings, reports and documents of all interactions between me or mine, and any government or quasi-government officials of any kind whatsoever including the right to bring all necessary video/audio recording equipment and necessary assistants and witnesses into government buildings as necessary;

45. All rights to obtain or be presented with a certified copy of the Oath of Office, bond number, and bonding company's name, address, and contact information of/for any government official with whom I interact;

46. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e., body, mind, spirit, free will, faculties, and self;

All rights to privacy and security in person and property, inter alia: all rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, from governmental, quasi-governmental, de facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

47. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

48. All intellectual property, inter alia: all speaking and writing;

49. All thoughts, beliefs, world views, emotions, psychology, etc.;

50. All signatures and seals;

51. All signatures on all applications for and all value associated with all licenses foreign and domestic;

52. All present and future retirement incomes, commissions, compensation, and the fruits of my labor, and rights to such incomes, commissions, compensation, and the fruits of my labor issuing from all accounts and trusts;

53. All present and future medical and healthcare rights; and rights owned through survivorship, from all accounts;

54. All applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia: all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, records and records numbers, and the like;

55. All signatures on all applications for and all value associated with all library cards;

56. All credit, charge, and debit cards, mortgages, notes, applications, card numbers, and associated records and information;

57. All credit of DEBTOR;

58. All signatures on and all value associated with all traffic citations/tickets;

59. All signatures on and all value associated with all parking citations/tickets;
60. All value from all court cases and all judgments, past, present, and future, in any court whatsoever; and all bonds, orders, warrants, and other matters attached thereto or derived therefrom;
61. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts; and any storage boxes, receptacles, and depositories within which said items are stored;
62. All tax correspondence, filings, notices, coding, record numbers, all benefit from social security account # 219-17-XXXX; and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;
63. All bank accounts foreign and domestic, all brokerage accounts, stocks, bonds, certificates of deposit, drafts, futures, insurance policies, investment, securities, all retirement plan accounts, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, securities, benefits from trusts, 401Ks, and the like;
64. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds; and all records and records numbers, correspondence, and information pertaining thereto or derived therefrom;
65. All stockpiles, collections, buildups, amassment, and accumulations, however small, of Federal Reserve Notes (FRNs), gold certificates, silver certificates; and all other types and kinds of cash, coins, currency, and money delivered into possession of Secured Party;
66. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds; and all related storage facilities and supplies;
67. All fitness and/or sports equipment intended to increase vitality, fitness, and health; and whole food complexes, vitamin, mineral, and other supplements to the diet for the same health and fitness purposes; and all juicers, grinders, dehydrators, and storage and delivery devices or equipment;
68. All products of and for agriculture; and all equipment, inventories, supplies, contracts, and accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;
69. All plants and shrubs, trees, fruits, vegetables, farm and garden produce, indoors and out, watering devices, fertilizers and fertilizing equipment, pots, collections of plants, e.g., bonsai, dry or live assortments of flowers and plants, or anything botanical;
70. All farm, lawn, and irrigation equipment, accessories, attachments, hand tools, implements, service equipment, parts, supplies, and storage sheds and contents;
71. All fuel, fuel tanks, containers, and involved or related delivery systems;
72. All metal-working, woodworking, and other such machinery; and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;
73. All camping, fishing, hunting, and sporting equipment; and all special clothing, materials, supplies, and baggage related thereto;
74. All storage units, safes, rifles, guns, bows, crossbows, other weapons, and related accessories; and the ammunition, reloading equipment and supplies, projectiles, and integral components thereof;
   All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas,  towers, etc.; and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;
75. All power-generating machines or devices; and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining to or attached thereto;
76. All devices, engines, fixtures, fans, plans needed for the production or storage of electrical energy;
77. All computers and computer systems and the information contained therein; as well as all ancillary equipment, printers, and data compression or encryption devices, processes, and processors;
78. All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;
79. All water wells and well-drilling equipment; and all ancillary equipment, chemicals, tools, and supplies;
80. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;
81. All building materials and prefabricated buildings; and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;
82. All communications and data; and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;
83. All artwork and supplies, paintings, etchings, photographic art, lithographs, and serigraphs, etc.; and all frames and mounts pertaining to or affixed thereto;
84. All food; and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;
85. All construction machinery; and all ancillary equipment, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;
86. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;
87. The Last Will and Testament from any source;
88. All inheritances gotten or to be gotten;
89. All wedding bands and rings, watches, and jewelry;
90. All household goods and appliances, linen, wardrobe, toiletries, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, collectibles, collections, antiques, etc.;
91. All musical instruments, whether new or old, including brass, woodwinds, percussion, strings, etc.;
92. All children's toys, books, clothing, playthings, and possessions of any type or amount;
93. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired; and all books and records thereof and therefrom; all income, commissions, compensation, and the fruits of my labor therefrom; and all accessories, accounts, equipment, information, inventory,

money, spare parts, and computer software pertaining thereto;

94. All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like; and all books and records pertaining thereto; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

95. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR or natural woman Secured Party, whether received or not received;

96. All telephone numbers;

97. All signatures on all applications for and all value associated with all certificates of birth documents of the natural woman Secured Party, and all said documents themselves;

98. All signatures on all applications for and all value associated with all certificates of birth documents of all children and grandchildren of the natural woman Secured Party, and all said documents themselves;

99. All signatures on all applications for social security numbers, and all value associated with all accounts, 219-17-XXXX;

100. All signatures on all applications for social security numbers for all children and grandchildren of the natural woman Secured Party, and all value associated with all the accounts of those children/grandchildren;
KAYLLAH AMIRA CHAMBERS JOHNSON, 219-71-XXXX, BIRTH CERTIFICATE-MARYLAND , 03-09-2005;
RAYNE ANAYA CHAMBERS JOHNSON, 216-81-XXXX, BIRTH CERTIFICATE-MARYLAND, 04-17-2008

101. All value associated with the private contract trust account number of the natural woman Secured Party: 219-17-XXXX;

102. All value associated with the private contract trust account numbers of all children and grandchildren of the natural woman Secured Party:
Kayllah Amira Chambers Johnson, 21971XXXX, Birth Certificate-Maryland, 03-09-2005;
Rayne Anaya Chambers Johnson, 21681XXXX, Birth Certificate-Maryland, 04-17-2008

103. All signatures on all applications for and all value associated with Driver License #: J-525-067-210-XXX

104. All signatures on all applications for and all value associated with Prince George's  County Sheriff's Office Concealed Weapon Permit #: XX-XXX;

105. All signatures on all applications for and all value associated with all passports for the natural woman Secured Party and her children and grandchildren;

106. All documents as recorded in the public record by and for the natural woman Secured Party as indicated herein;

107. All signatures on all applications for and all value associated with all marriage licenses;

108. All private marriage contracts;

109. All signatures on all applications for and all value associated with all professional licenses;

110. All signatures on all applications for and all value associated with all notary licenses, and all notary stamps, embossers and seals used in performing the function of a notary;

111. All private addresses of the natural woman Secured Party as indicated herein;

112. All signatures on all applications for and all value associated with all public addresses;

113. All private, registered, bond/account numbers; and all bonds and notes tendered to any and all entities, including the Department of the Treasury, banks, creditors, corporations, etc;

114. The following United States Postal Service Registered Mail Numbers: RE 133 623 669 US, RE 133 623 672 US, RE 133 623 686 US, RE 133 623 690 US, RE 133 623 709 US, RE 133 623 712 US, RE 133 623 726 US, RE 133 623 730 US, RE 133 623 743 US, RE 133 623 757 US

115. Any and all property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of the natural woman Secured Party.

116. Application for STATE OF MARYLAND CERTIFICATE OF BIRTH # 119-01628, and all other Certificates of Registration of Birth, Notifications of Registration of Birth, or Certificates of Registration of Birth, or otherwise entitled documents of birth— whether County, State, Federal, or other—either ascribed to or derived from the name of the DEBTOR identified above, or based upon the above described birth document.

117. United States of America Passport # 470707834;

118. ANIDA ALI BORN EXPRESS TRUST EIN# 80-6234008;

119. ANITA JOHNSON EXPRESS TRUST EIN# 80-6235205;

120. ANITA ELIZABETH JOHNSON ESTATE EIN# 98-6067701;

121. AFFIDAVIT OF IDENTIFICATION # AA-3019820125;

122. Private Registered Bond For SETOFF Registered # RE133623669;

123. The following Bond/Account number series: AEJ01251982 to AEJ01252982 inclusive;

124. The following Bond/Account number series: AEJ11251982 to AEJ11252982 inclusive;

125. The following Bond/Account number series: AEJ21251982 to AEJ21252982 inclusive;

End of Attachment "A" – Property List

LS: _____

Anita Elizabeth Johnson, Secured Party Creditor

Date: October _____, 2012

# ACKNOWLEDGMENT

**Grant of Exclusive Power Of Attorney to Conduct All Tax, Business and Legal Affairs of Grantor**

# POWER OF ATTORNEY

1) I, ANITA ELIZABETH JOHNSON, DEBTOR and GRANTOR, at 2401 W. BELVEDERE AVENUE, BALTIMORE, MARYLAND, 21215, do hereby appoint, Anita Elizabeth Johnson, Secured Party Creditor, and Grantee, and attorney in fact, c/o 2403 Roslyn Avenue, District Heights, Maryland, Republic; near [20747], Non-Domestic without the US, as my Private attorney in fact, to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, settle debts, make purchases, etc., and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive Power of Attorney in fact as authorized:

(A)   To take possession of, hold, and manage my real estate and all other property;

(B)   To receive money or property paid or delivered to me from any source;

(C)   To deposit funds into, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits to endorse checks, notes or other documents in my name; to have access to, and to place items in or remove them from, any safety deposit box standing in my name individually, and otherwise to conduct bank transactions or business for me in my name;

(D)   To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact, Anita Elizabeth Johnson, in exercising this exclusive power of attorney;

(E)   To retain any investments, invest, and to invest in stocks, bonds or other securities, or in real estate or other property;

(F)   To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

(G)   To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact, Anita Elizabeth Johnson, may consider prudent;

(H)   To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

(I)   To provide for the use, maintenance, repair, security, or storage of my tangible property;

(J)   To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact, Anita Elizabeth Johnson, may consider prudent.

2) The Secured Party Creditor, Anita Elizabeth Johnson, named herein and on the Form UCC-1 recorded with the SECRETARY OF STATE of MARYLAND, is authorized by law to act for and in control of the DEBTOR, ANITA ELIZABETH JOHNSON,, ANITA E JOHNSON, ANITA JOHNSON, or any derivative thereof. In addition, Anita Elizabeth Johnson has the exclusive power of attorney to contract for all business and legal affairs of ANITA ELIZABETH JOHNSON ,219-17-XXXX, DEBTOR.

3) The term "exclusive" shall be construed to mean that while this power of attorney is in force, only my attorney in fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to same. This grant of Exclusive Power is Irrevocable during the lifetime of Anita Elizabeth Johnson...

# COMMERCIAL SECURITY AGREEMENT

## AEJ012582-SA01

This non-negotiable and non-transferable Commercial Security Agreement is made and entered into this day of , by and between ANITA ELIZABETH JOHNSON, hereinafter "DEBTOR," Organization Number 219-17-XXXX, and Anita Elizabeth Johnson, hereinafter "Secured Party Creditor," Identification Number 21917XXXX.  The Parties, hereinafter "Parties," are identified as follows:

**DEBTOR:**
ANITA ELIZABETH JOHNSON, A LEGAL ENTITY
2401 W. BELVEDERE AVENUE
BALTIMORE, MARYLAND 21215
**ORGANIZATION NUMBER:** 219-17-XXXX

**Secured Party Creditor:**
Anita Elizabeth Johnson, a "Personam Sojourn and People of Posterity"
c/o 2403 Roslyn Avenue
District Heights, Maryland, Republic; near [20747]
Non-Domestic without the US
**Creditor Identification Number:** 21917XXXX

**AGREEMENT**

NOW, THEREFORE, the parties agree as follows:

DEBTOR, who deems itself insecure, hereby grants Secured Party Creditor a security interest in the collateral described generally herein or specifically on the enclosed Attachment "A" – Property List, incorporated herein as if fully set forth within this Commercial Security Agreement, hereinafter referred to as "collateral." This will secure all DEBTOR's property, as well as all income from every source, and all direct and indirect, absolute or contingent, due or to become due, now existing or hereafter arising, presumed or actual, parole or expressed public indebtedness and liabilities held by DEBTOR in consideration for Secured Party Creditor providing certain things and accommodations for DEBTOR, including but not limited to:

1. Secured Party Creditor signing by accommodation for DEBTOR, when necessary, where the signature of DEBTOR will be required. Secured Party Creditor reserves the right to make sufficient claims to secure such indebtedness until satisfied in whole.

2. Secured Party Creditor issuing a binding commitment to extend credit or to extend immediately available credit, whether or not drawn upon and whether or not reimbursed in the event of difficulties in collection; and

3. Secured Party Creditor providing the security for payment of all sums due or owing, or to become due or owing, by DEBTOR on every public contract entered into by DEBTOR.

DEBTOR declares that it is a legal entity recognized as such and has rights and privileges recognized under the laws of the UNITED STATES, as has been the case since its creation in 1982.  All legal means to protect the security interest being established by this Agreement will be used by DEBTOR when necessary; and all support needed by Secured Party Creditor to protect her security interest in the collateral identified herein will be provided by DEBTOR.

Execution of this Commercial Security Agreement incorporates a promise that DEBTOR will execute such commercial forms as may be necessary, including but not limited to financing statements, to assure that Secured Party Creditor's interest is perfected. The security interest established by this Agreement will continue until Secured Party Creditor is relieved of all liability associated with said services provided to DEBTOR and until all owing and due consideration to Secured Party has been delivered, regardless of whether the collateral identified in this Agreement is in the possession of DEBTOR or Secured Party.

DEBTOR warrants that Secured Party Creditor's claim against the collateral is enforceable according to the terms and conditions expressed herein and according to all applicable laws promulgated for the purpose of protecting the interests of a creditor against a DEBTOR.  DEBTOR also warrants that it holds good and marketable title to the collateral, free and clear of all actual and lawful liens and encumbrances, except for the interest established herein and except for such substantial interest as may have been privately established by agreement of the Parties with full

attention to the elements necessary to establish a valid contract under international contract law.   Public encumbrances belonging to DEBTOR, against the collateral, shall remain secondary to this Agreement, unless registered prior to the registration of Secured Party Creditor's interest in the same collateral, as is well established in international commercial law.

## GENERAL PROVISIONS

**Possession of Collateral.**  Collateral or evidence of collateral may remain in the possession of DEBTOR, to be kept at the address given in this Agreement by DEBTOR or such other place(s) approved by Secured Party Creditor; and notice of changes in location must be made to Secured Party Creditor within ten (10) days of such relocation. DEBTOR agrees not to otherwise remove the collateral except as is expected in the ordinary course of business, including sale of inventory, exchange, and other acceptable reasons for removal.   When in doubt as to the legal ramifications for relocation, DEBTOR agrees to acquire prior written authorization from Secured Party Creditor. DEBTOR may possess all tangible personal property included in collateral, have beneficial use of all other collateral, and may use it in any lawful manner consistent with this agreement.   DEBTOR's right to possession and beneficial use may also apply to collateral that is in the possession of Secured Party Creditor if such possession is required by law to perfect Secured Party Creditor's interest in such collateral.   If Secured Party Creditor, at any time, has possession of any part of the collateral, whether before or after an event of default, Secured Party Creditor shall be deemed to have exercised reasonable care in the custody and preservation of the collateral, if Secured Party Creditor takes such action for that purpose as deemed appropriate by Secured Party Creditor under the circumstances.

**Proceeds and Products from Collateral.**   Unless waived by Secured Party Creditor Unless waived by Secured Party Creditor, all proceeds and products from the disposition of the collateral, for whatever reason, shall be held in trust for Secured Party Creditor and shall not be commingled with any other accounts or funds without the consent of Secured Party Creditor.   Notice of such proceeds shall be delivered to Secured Party Creditor immediately upon receipt.   Except for inventory sold or accounts collected in the ordinary course of DEBTOR's public business, DEBTOR agrees not to sell, offer to sell, or otherwise transfer or dispose of the collateral, nor to pledge, mortgage, encumber, or otherwise permit the collateral to be subject to a lien, security interest, encumbrance, or charge, other than the security interest established by this Agreement, without the prior written consent of Secured Party Creditor.

**Maintenance of Collateral.**  DEBTOR agrees to maintain all tangible collateral in good condition and repair, and not to commit or permit damage to or destruction of the collateral or any part of the collateral.  Secured Party and her designated representatives and agents shall have the right at all reasonable times to examine, inspect, and audit the collateral wherever located.   DEBTOR shall immediately notify Secured Party of all cases involving the return, rejection, repossession, loss, or damage of or to the collateral; of all requests for credit or adjustment of collateral, or dispute arising with respect to the collateral; and generally of all happenings and events affecting the collateral or the value or the amount of the collateral.

**Compliance with Law.** DEBTOR shall comply promptly with all laws, ordinances, and regulations of all governmental authorities applicable to the production, disposition, or use of the collateral.  DEBTOR may contest in good faith any such law, ordinance, or regulation without compliance during a proceeding, including appropriate appeals, so long as Secured Party Creditor's interest in the collateral, in Secured Party Creditor's opinion, is not jeopardized.  Secured Party Creditor may, at her option, intervene in any situation that appears to place the collateral in jeopardy.

**Public Disputes.**  DEBTOR agrees to pay all applicable taxes, assessments, and liens upon the collateral when due, provided that such taxes, assessments, and liens are proved to be superior to the lawful claim established by this agreement and subsequently perfected by Secured Party Creditor by appropriate registration.   In the event that DEBTOR elects to dispute such taxes, assessments, and liens, Secured Party Creditor's interest must be protected at all times, at the sole opinion of Secured Party Creditor, who may, her option, intervene in any situation that appears to jeopardize Secured Party Creditor's interest in the collateral.  DEBTOR may elect to continue pursuit of dispute of such taxes, assessments, and liens, only upon production of a surety bond by public claimants, in favor of Secured Party Creditor, sufficient to protect Secured Party Creditor from loss, including all costs and fees associated with such dispute.  Should public judgment against DEBTOR result from such dispute, DEBTOR agrees to satisfy such judgment from its accounts established and managed by the UNITED STATES or its subdivisions, agents, officers, or affiliates, so as not to adversely affect Secured Party Creditor's interest in the collateral.

**Indemnification.**  DEBTOR hereby indemnifies Secured Party Creditor from all harm as expressed in the Indemnity Bond, incorporated herein as if fully set forth within this Commercial Security Agreement.

# INDEMNITY BOND

Know all men by these presents, that , DEBTOR and INDEMNITOR, hereby establishes this Indemnity Bond in favor of Anita Elizabeth Johnson, Secured Party and Indemnitee, in the sum of present and future collateral values up to the sum of one hundred billion United States silver dollars ($100,000,000,000.00) of .999 fine silver, or fiat money at par value, for the payment of which bond DEBTOR hereby firmly binds its successors, heirs, executors, administrators, D/B/As, A.K.A.s (d/b/a, a.k.a.), and third-party assigns, jointly and severally.   DEBTOR hereby indemnifies Secured Party against losses incurred as a result of all claims of debts or losses made by any and all persons against the commercial transactions and investments of DEBTOR.   The condition of this bond is that Secured Party covenants to do certain things on behalf of DEBTOR, as set forth in the attached Commercial Security Agreement of the same date and executing parties; and DEBTOR covenants to serve as a Transmitting Utility to assure beneficial interest in all accounts established and managed by the UNITED STATES; and all goods and services in commerce are available to or conveyed from DEBTOR to Secured Party, whichever is appropriate.

To avert losses of vested rights in the present or future collateral that is the subject of the attached Commercial Security Agreement, DEBTOR agrees to make available to Secured Party such accounts established by intent of the Parties, by operation of law, and/or as constructive trusts, to hold proceeds arising from assets belonging to DEBTOR and administered by the UNITED STATES or its subdivisions, agents, or affiliates.   Pursuant to existing laws of the UNITED STATES and the agreement of the parties of the attached Commercial Security Agreement, Secured Party is authorized to assign such funds from said accounts as are necessary to settle all past, present, and future public debts and obligations incurred by DEBTOR on behalf of Secured Party.

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold Secured Party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses including, without restriction, legal costs, interests, penalties, and fines previously suffered or incurred, or to be suffered or incurred by Secured Party, in accordance with Secured Party's personal guarantee with respect to loans or indebtedness belonging to DEBTOR, including any amount that DEBTOR might be deemed to owe to a public creditor for any reason whatsoever.  Secured Party shall promptly advise DEBTOR of all public claims brought by third parties against the present or future property of DEBTOR, all of which is covered by the attached Commercial Security Agreement up to the indemnification amount declared herein, and to provide DEBTOR with full details of said claim(s), including copies of all documents, correspondence, suits, or actions received by or served upon DEBTOR through Secured Party.   Secured Party shall fully cooperate with discussion, negotiation, or other proceedings relating to such claims.

This bond shall be in force and effect as of the date that it is signed and accepted by the Parties, and provided that Secured Party may cancel this bond and be relieved of further duty hereunder by delivering a thirty- (30) day written notice of cancellation to DEBTOR.  No such cancellation shall affect the liability incurred by or accrued to Secured Party prior to the conclusion of said thirty- (30) day period.  In such event of notice of cancellation, and in the event that the UNITED STATES reinstitutes its constructive claim against the collateral, DEBTOR agrees to reissue the bond before the end of the thirty- (30) day period for an amount equal to or greater than the above value of the attached Commercial Security Agreement, unless the Parties agree otherwise.

# LIEN

This agreement constitutes an International Commercial Lien on all property of DEBTOR, INDEMNITOR, on behalf of, and for the benefit of, Secured Party, Indemnitee, in the amount of one hundred billion United States silver dollars ($100,000,000,000.00) of .999 fine silver.  This lien will expire at the moment that Indemnitee expires or when this lien is satisfied by Indemnitee.

Print SM signature w/wet, blue ink, no typing

ANITA ELIZABETH JOHNSON
ANITA ELIZABETH JOHNSON, INDEMNITOR

LS: _Anita Elizabeth Johnson_
Anita Elizabeth Johnson, Indemnitee        10/16/2012

Executed and sealed by the voluntary act of my own hand, this _16_ day of _October_____, **2012**.

This instrument was prepared by Anita Elizabeth Johnson.

Acceptance:

_ANITA ELIZABETH JOHNSON_
ANITA ELIZABETH JOHNSON, GRANTOR

LS: _____
Anita Elizabeth Johnson, Grantee

I, the above named exclusive attorney in fact, do accept the responsibility for the herein-named DEBTOR-Grantor and will execute the herein granted Power of Attorney with Due Diligence.

*******************************************************************************

# ACKNOWLEDGEMENT OF NOTARY

State of _Maryland_____            )
                                   ) ss.
County of _Prince George's_        )

On the _16th_ day of _October_____, two thousand-twelve, before me, _Daryl Hannah A. Rodriguez_ Notary, personally appeared Anita Elizabeth Johnson, known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living woman whose name is subscribed upon this instrument and acknowledged to me that she will execute the same in her authorized capacity; and by her signature on this instrument, Anita Elizabeth Johnson will execute on behalf of the GRANTOR.

Witnessed by my hand and official seal,

_____

My Commission Expires: _12/09/2013_

SEAL

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

# HOLD HARMLESS AND INDEMNITY AGREEMENT
# NON-NEGOTIABLE BETWEEN THE PARTIES

## PARTIES

**DEBTOR:**    ANITA ELIZABETH JOHNSON
2401 W. BELVEDERE AVENUE
BALTIMORE, MARYLAND 21215

**Creditor:**    Anita Elizabeth Johnson
c/o 2403 Roslyn Avenue
District Heights, Maryland; near [20747]
Non-Domestic without the US

**DEBTOR's Social Security Account Number: 219-17-XXXX**

I.    This Hold Harmless and Indemnity Agreement is mutually agreed upon and permanently entered into on this 10th day of the month of September, in the year of YHWH two thousand-twelve, between the juristic person, BAILEE, ANITA ELIZABETH JOHNSON, ANITA E JOHNSON, ANITA JOHNSON, A ELIZABETH JOHNSON, AEJ, AE JOHNSON, DEBTOR, and Anita Elizabeth Johnson, Anita E. Johnson, Anita Johnson, A. Elizabeth Johnson, or A.E. Johnson, including all variations of said name of ANITA ELIZABETH JOHNSON, DEBTOR, BAILEE, and Anita Elizabeth Johnson, Secured Party Creditor, Bailor, who is a living, flesh-and-blood woman.

II.    For binding verification, DEBTOR/BAILEE hereby expressly agrees and covenants, without benefit of discussion, without division, holding said Creditor harmless, causing indemnification of Creditor from and against, but not limited to any and all: claims or legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summons(es), lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due or may become due arising hereinafter now and forevermore. Anita Elizabeth Johnson, Creditor/Bailor, articulates by covenant and agreement that creditor shall not under any circumstances be considered an accommodating entity nor surety for DEBTOR/BAILEE.

<u>**Words Defined Glossary of Terms**</u>: In witnessing by hand this "HOLD HARMLESS AND INDEMNITY AGREEMENT" the foregoing words and terminology utilized herein are non-obstinate:

1. <u>Appellation</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A general term introduces and specifies a particular term used in addressing, greeting, calling out for, and making appeals of a particular living breathing flesh and blood man."

2. <u>Conduit</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Conduit signifies means of transmitting and distributing energy and affects the production of labor, goods, or services by way of ANITA ELIZABETH JOHNSON, ANITA E JOHNSON, ANITA JOHNSON, A ELIZABETH JOHNSON, AEJ, AE JOHNSON, including, but not limited to, any and all variations and derivatives of DEBTOR/BAILEE except Anita Elizabeth Johnson, Anita E. Johnson, Anita Johnson, A. Elizabeth Johnson, or A.E. Johnson."

3. <u>Creditor</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Means Anita Elizabeth Johnson as Creditor and Bailor".

4. <u>Secured Party Creditor</u>:    HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Means Anita Elizabeth Johnson and all variations of that name."

5. <u>DEBTOR</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "ANITA ELIZABETH JOHNSON, ANITA E JOHNSON, ANITA JOHNSON, A ELIZABETH JOHNSON, AEJ, AE JOHNSON means including, but not limited to, any and all variations and derivatives in spelling of said name except Anita Elizabeth Johnson, Anita E. Johnson, Anita Johnson, A. Elizabeth Johnson, or A.E. Johnson."

6. <u>Derivative</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Coming from another; taken from something preceding secondary; that which has not the origin in itself, but obtains existence from something foregoing and a fundamental nature; anything derived from another."

7. <u>Ens legis</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A creature of the law; an artificial being, as contrasted with a natural person, such as a corporation, considered as deriving its existence entirely from the law."

8. <u>Juristic person</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "An abstract legal entity ens legis such as a corporation created by construct of law considered possessing certain legal rights/duties of a human being; an imaginary entity, such as DEBTOR, i.e. ANITA ELIZABETH JOHNSON upon basis of legal reasoning,

is legally treated as a human being for purpose of conducting commercial activity for benefit of a biological living being such as Creditor."

9. <u>Sentient Living being</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The Creditor, i.e. Anita Elizabeth Johnson, Bailor, a living breathing flesh and blood woman, as distinguished from an abstract legal construct such as an artificial entity juristic person corporation partnership and association."

10. <u>ANITA ELIZABETH JOHNSON</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The DEBTOR ANITA ELIZABETH JOHNSON, ANITA E JOHNSON, ANITA JOHNSON, A ELIZABETH JOHNSON, AEJ, AE JOHNSON means ANITA ELIZABETH JOHNSON including, but not limited to, any and all variations and derivatives in the spelling of said name except Anita Elizabeth Johnson, Anita E. Johnson, Anita Johnson, A. Elizabeth Johnson, or A.E. Johnson."

11. <u>Living breathing flesh and blood woman</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The Creditor Anita Elizabeth Johnson, Bailor, a sentient living being, as distinguished from an artificial legal construct, ens legis, i.e. a juristic person, created by contract of law."

12. <u>Transmitting Utility</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The term transmitting utility means a conduit, e.g., the DEBTOR, i.e., ANITA ELIZABETH JOHNSON," including, but not limited to, any and all variations and derivatives in the spelling of said name except Anita Elizabeth Johnson, Anita E. Johnson, Anita Johnson, A. Elizabeth Johnson, or A.E. Johnson."

13. <u>U.C.C</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "U.C.C. means Uniform Commercial Code."

14. <u>Non obstinate</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The term non obstinate means words anciently used in public and private instruments with intent of precluding in advance "any interpretation" other than certain declared objects, purposes."

15. <u>DEBTOR</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "ANITA ELIZABETH JOHNSON and ANITA E JOHNSON and ANITA JOHNSON" BAILEE.

16. <u>Creditor</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Anita Elizabeth Johnson accepts DEBTOR's signature, endorsement mark below in accordance with UCC 1-201(39) as per UCC 3-401(b)."

17. <u>BAILEE</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "BAILEE is a person who receives personal property from another as bailment."

18. <u>Bailment</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A delivery of personal property by one individual, the Bailor, to another person, the BAILEE, who holds the property for a certain purpose under an expressed or implied-in-fact contract."

19. <u>Bailor</u>: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A Person who delivers personal property to another as a bailment."

III.    The Undersigned Anita Elizabeth Johnson is Beneficiary (BFY) as Secured Party and Non-Enemy, Non-Tax Protestor, Non-Belligerent, NON-UNITED STATES CORPORATE TITLE 28 U.S.C 3002 (15) CITIZEN, Non-Surety, Non-Combatant American National Sovereign hereinafter "Creditor" and "Bailor."

ANITA ELIZABETH JOHNSON
_____
ANITA ELIZABETH JOHNSON, DEBTOR, BAILEE

LS: _____
Anita Elizabeth Johnson, Creditor, Bailor

10 -16 -2012
_____
Date

# NON-NEGOTIABLE SECURITY AGREEMENT

1.      All property of BAILEE, DEBTOR ANITA ELIZABETH JOHNSON, 2401 W. BELVEDERE AVENUE, BALTIMORE, MARYLAND 21215, is now hereby secured property as bailment of Bailor, Secured Party Creditor Anita Elizabeth Johnson, c/o 2403 Roslyn Avenue, District Heights, Maryland, Republic; near [[20747]; Non-Domestic without the US.   Secured Party Creditor must be fully compensated before any property can be exchanged, sold, tendered, disposed of, or forfeited in any manner. This property now owned or hereinafter acquired includes, but is not limited to, all: proceeds, products, accounts and fixtures from crops, mine heads, wellheads, transmitting utilities, etc., rent, wages, salary, all and any income, all and any interest, all and any dividends, land, mineral, water, and air rights, cottages, houses, buildings, structures, bank accounts, private treasury accounts, bank deposit boxes and contents therein, retirement plans, derivatives, stocks, bonds, securities, benefits from trusts, inheritances received or in receivership, inventory from any source, all machinery and tools including farm and industrial, livestock, equipment, fifth wheel trailers, automobiles, trucks, four wheelers, boats, water craft, aircraft, motor homes, mobile homes, jewelry, gold, gold bullion, silver, silver bullion, diamonds, gens, precious stones, wedding bands, rings, watches, all household goods, appliances, any type of furniture, kitchen utensils, cooking utensils, radios, televisions, computers, disk drives, books, financial records, papers, musical instruments, antiques, all sporting equipment, firearms, guns, ammunition, safes, and all other property held for benefit by myself or others. Any and all property not specifically referenced by make, model, and serial number is also included.

2.      This privately held Non-Negotiable Security Agreement in hand cannot be discharged in bankruptcy court or any other court, as holder's property is exempt from levy. Secured Party Creditor accepts all signatures in accordance with UCC3-419. Adjustment of this recording is from HJR 192, Public Law 73-10, and UCC-1-104. All proceeds, accounts, and orders therefrom are released to Secured Party Creditor.

3.      This Non-Negotiable Security Agreement instrument in hand supersedes any and all, but not limited to, documents or claims purporting to have a higher standing against Undersigned's bona-fide, original, wet ink signature set forth by proper English appellation Anita Elizabeth Johnson in correlating correct accounting practice numbers.


ANITA ELIZABETH JOHNSON
**ANITA ELIZABETH JOHNSON, BAILEE, DEBTOR**

LS: _Anita Elizabeth Johnson_
Anita Elizabeth Johnson, Bailor,
Secured Party Creditor

10/16/2012
Date

**International Registered Private Tracking Number** --- **RE133623669US**
UCC1 RECORDED in MARYLAND–Secured Transaction Registry Number – 0000000181454256



**ATTENTION AND WARNING**
<u>THIS IS A LEGAL NOTICE AND DEMAND</u>
FIAT JUSTITIA, RUAT COELUM

*(Let right be done, though the heavens should fall)*

NON WAR POWERS
through
ACT FLAG

**To:** All City, County, State, Federal and International Public Officials, by and

MARYLAND SECRETARY OF STATE JOHN P. MCDONOUGH
TAKE NOTICE:  IGNORANCE OF THE LAW IS NO EXCUSE.
THIS IS A CONTRACT IN ADMIRALTY JURISDICTION.

Take a moment to read this before you proceed any further.
I do not wish to speak to you under any circumstances excluding federal judicial review.

## THIS TITLE IS FOR YOUR PROTECTION!

(1)    **I,** one Anita Elizabeth Johnson, Free woman, the Undersigned, herein request that you present anything that you say to me in writing, signed under penalty of perjury as required by your law as shown in this instrument. **Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.** Attachment "A" Property List and Legal Notice and Demand Definitions are included and are part of this contract.

(2)    **This** Notice is in the nature of a Miranda Warning. Take due heed of its contents. If, for any reason, you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private, formal, notarized, registered Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), 11 USC 7001, 7013, and Federal Rules of Civil Procedure Sections 8-A, AND 13-A, the claim or presumption that I, Anita Elizabeth Johnson, am a DEBTOR to the "UNITED STATES" or any of its agencies or sub-corporations is forever rebutted by this contract. *This rebuttal is a counterclaim in Admiralty.*

(3)    **Your** Failure to timely do so leaves you in the position of accepting full responsibility for any and all liabilities for monetary damages, as indicated herein, that I incur by any adversely affecting injuries caused by your overt or covert actions, or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein. You have thirty (30) days, from the date that this document is received by the Clerk of the Public Record, to respond and rebut the presumptions of this contract by submitting to me signed, certified, authenticated documents of the laws that rebut these presumptions point by point, On and For the Record under penalties of the law including perjury. This document will be on file in the public record; and the clerk in charge of the public record is charged to distribute this to any and all responsible parties, i.e., officers of the court, and/or law enforcement officers including local, state, federal, international, multi-jurisdictional, or any and all officers, representatives, contractors, agencies, or any such entity or person that may bring any type of action, whether civil or criminal or other, against me, and whether in this county, state, region, area, country, corporation, federal zone, or in any venue and/or jurisdiction. Your failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that I, the Undersigned, am a "Corporate Fiction" or "Legal Entity" and under your corporate "UNITED STATES" jurisdiction are now and forever rebutted.

4)    **I,** the Undersigned, tendering this document, am a Private People of Posterity; a Sovereign Personam Sojourn; by fact; not a 14th Amendment citizen or surety within; or subject for; or allegiance to; your corporate "UNITED STATES"; or to any de facto, compact, corporate, commercial STATES contracting therein; only to the "united States of America," nonetheless carrying with me exclusive, original, sovereign jurisdiction and venue having one supreme court and United States Court of International Trade. This is a matter of public record, tendered by way of certified mail to MARYLAND SECRETARY OF STATE. These pages are recorded upon liber

records and books in the UNITED STATES DISTRICT COURT including, but not limited to WASHINGTON, DISTRICT OF COLUMBIA.

(5) **I,** the Undersigned, now tendering this legally binding Legal Notice and Demand in hand am not a surety under your jurisdiction nor a subject under your corporate veil "Color of Law Venue," being acknowledged by silence and acquiescence of JOHN P. MCDONOUGH, respectfully MARYLAND SECRETARY OF STATE, also but not limited to any public officers, agents, contractors, assigns, employees, and subsidiaries of your office, regarding my Legal Notice and Demand tendered by certified mail with liber book number and page affixed.

(6) **Silence** of Corporate Office SECRETARY OF STATE ratifies severances of any nexus or relationship to de facto, corporate, commercial STATE offices; being fraudulent conveyance by operating under "Color of Authority" upon the Real Man or Woman, Secured Party Creditor.  Let this be known by the **"Good Faith (Oxford) Doctrine"** to all men and women. I do not consent to any warrantless searches, or searches that are not compliant with the "Constitution for the united States of America" and/or all of the amendments of the Honorable "Bill of Rights," whether of my dwellings, cars, land craft, watercraft, aircraft, me, mine, current location, property, hotel rooms, apartments, business records, businesses, or my machinery, vehicles, equipment, supplies, computer equipment, buildings, grounds, land in my private possession or control, past, present, and future, now and forevermore, so help me God.

(7) **By** this record let it be known that I do not at any time waive any rights or protections, as acknowledged by the aforementioned Constitution and/or Honorable "Bill of Rights," nonetheless, demanding that you protect these as you swore an oath to do so. I accept your lawfully required Oath of Office, bonds of any type, insurance policies, and property of any type for my protection and making whole. Furthermore, should you witness any public officers at this time, or any time past, present, or future violating any of my rights or protections, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker, regardless of officer's title, rank, uniform, cloak, badge, position, stature, or office; or you shall henceforth be accountable for monetary damages from, but not limited to, your monetary liability, your CORPORATE bond, your law-required private bond, compensatory costs, punitive procurements, and sanctioned-by-attorney attributions.

(8) **Note:** A true and correct, notarized copy of this **Statute Staple Securities Instrument** is safely deposited in the UNITED STATES DISTRICT COURT.  It is my policy to present this document to any officer, agent, or representative that has any interaction with me.  I have a lawful right to travel, by whatever means, via land, sea, or air, without any officer, agent, employee, attorney, or judge willfully causing adverse affects or damages upon me by an arrest, detainment, restraint, or deprivation. I will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials. This document or the deposited copy becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon me as caused by your acts under color of law with you, your officers, and employees. **Take note:** You are now monetarily liable in your personal and COROPORATE capacity. I, Anita Elizabeth Johnson, Free woman, the Undersigned, a Sovereign, notwithstanding anything contrary, abide by all laws in accordance with the aforementioned Constitution and Honorable "Bill of Rights" which are applicable to Sovereigns.  I, Anita Elizabeth Johnson, wish no harm to any man. You agree by your non-response to uphold my "Right to Travel"; or you must rebut my presumption by lawfully documented evidence in law On and For the Record, Under Oath, and penalty of perjury, within the thirty (30) days as aforementioned in this Admiralty Contract.

(9) **BE WARNED, NOTICED, and ADVISED** that I rely upon, in addition to constitutional limits of the "Constitution for the united States of America" and/or the Honorable "Bill of Rights," governmental authority, the rights and protections guaranteed under Uniform Commercial Codes, common equity law, laws of admiralty, and commercial liens and levies pursuant to, but not limited, to Title 42 (Civil Rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), and additional MARYLAND constitution penal codes, in as much as they are in compliance with the aforementioned Constitution and/or "Bill of Rights." There can be no violation of any of these laws unless there is a victim consisting of a natural, flesh and blood man or woman who has been damaged.  When there is no victim, there is no crime or law broken. Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any representative in any capacity of any agency, government, corporation, or the like, agree to abide by this contract anytime that you interact with me. I, Anita Elizabeth Johnson,, Free woman, the Undersigned, am of lawful majority age, clear head, and sound mind.

(10) **Remember,** you took a solemn binding oath to protect and defend the original "Constitution for the united States of America" (1787) adopted circa 1791.  Violations of said oath are perjury, being a bad-faith doctrine by constructive treason and immoral dishonor.  I accept said Oath of Office that you have sworn to uphold.  I declare that any and all presumptions that I am a citizen, subject, resident, participant, legal entity, strawman, fiction, or any such thing, of any and all jurisdictions of the UNITED STATES OR ANY OF ITS SUBDIVISIONS, AGENCIES, ENTITIES, DEPARTMENTS, SUBSIDIARIES are now and forever rebutted. You may rebut my presumptions by submitting certified copies of lawful documents that have been certified by a MARYLAND state's attorney while under oath and on the official record and under penalty of perjury and

waiving all immunities from prosecution. You have thirty (30) days to rebut my statements as indicated herein; or my statements will stand as true, lawful, and legal in all of your courts and/or hearings.

(11) **This** legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace. The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collection Practices Act. These terms and conditions are not subject to any or all immunities that you may claim, should you in *any* way violate my rights or allow violations by others. Your CORPORATE commercial acts against me or mine and your failures to act on behalf of me or mine are ultra vires and injurious by willful and gross negligence.

(12) **The** liability is upon you, and/or your respondeat superior, and upon others including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons of the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at my discretion. You are sworn to your Oath of Office, and I accept your Oath of Office and your responsibility to uphold the rights of me and mine at all times.

**BILLING COSTS ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE:**

(13) **Unlawful Arrest, Illegal Arrest, or Restraint, or Distraint, Trespassing/Trespass, without a lawful, correct, and complete 4th amendment warrant:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of the Right of Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, or Abuse of Authority** as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Assault or Assault and Battery without Weapon:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Assault or Assault and Battery with Weapon:** $3,000,000.00 (Three Million) lawful US Silver Dollars, per occurrence,
per officer, or agent involved.

**Unfounded Accusations by Officers of the Court, or Unlawful Determination:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

(14) **Denial and/or Abuse of Due Process: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.**

**Obstruction of Justice:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Unlawful Distraint, Unlawful Detainer, or False Imprisonment:** $5,000,000.00 (Five Million) lawful US Silver Dollars, per day, per occurrence, per officer, or agent involved, plus 18% annual interest.

**Reckless Endangerment, Failure to Identify and/or Present Credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being detained:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

**Counterfeiting Statute Staple Securities Instruments:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

(15) **Unlawful Detention or Incarceration:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per day, per occurrence, per officer, or agent involved.

**Incarceration for Civil or Criminal Contempt of Court without lawful, documented-in-law, and valid reason:** $2,000,000.00 (Two Million) lawful US Silver Dollars per day, per occurrence, per officer, or agent involved.

**Disrespect by a Judge or Officer of the Court:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

**Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

**Unnecessary Restraint:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Violation of Rights:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.
This includes, but is not limited to rights on the enclosed "ATTACHMENT 'A' – PROPERTY LIST."

**Refusal of Lawful Bailment as provided by the aforementioned Constitution and/or Honorable "Bill of Rights":** $2,000,000.00 (Two Million) lawful US Silver Dollars per day of confinement, to be prorated by the hour as per Traficant vs. Florida, per occurrence, per officer, per agent involved.

**Coercion or Attempted Coercion of the Natural Man or Woman to take responsibility for the Corporate Strawman against the Natural Man or Woman Secured Party's Will:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer or agent involved.

**The Placing of an Unlawful or Improper Lien, Levy, Impoundments, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Natural Man or Woman Secured Party by any agency:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, and $100,000.00 (One Hundred Thousand) lawful US Silver Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18% annual interest upon the Secured Party's declared value of property.

**Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property,** including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Man or Woman Secured Party will incur a penalty of total, new replacement costs of property as indicated by Owner and Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of *computer information and data, computer hardware and software, computer supplies, office equipment and supplies,* or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Owner and Secured Party and will be accepted as complete, accurate, and uncontestable by the agency or representative thereof that caused such action. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) lawful US Silver Dollars per day penalty until property is restored in full, beginning on the first day after the incident, as provided by this contract.

## CAVEAT

(16)    **The** aforementioned charges are billing costs deriving from, but not limited to, Uniform Commercial Codes and Fair Debt Collection Practices Act and this contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or *any* combination thereof when they individually and/or collectively violate my natural and/or civil rights as an American by declaration. The aforementioned Constitution and/or the Honorable "Bill of Rights" establishes jurisdiction for you in your normal course of business. All violations against me, the Undersigned, will be assessed per occurrence, per officer, representative, or agent of any agency that is involved in any unlawful action against me.

(17)    **By** your actions, you shall lack recourse for all claims of immunity in *any* forum. Your officers' knowing consent and admission of perpetrating known acts by your continued enterprise is a violation of my rights. This **Statute Staple Securities Instrument** exhausts all state maritime Article 1 *administrative jurisdictions* and protects my Article III court remedies including, but not limited to, Title 42 U.S.C.A, Title 18 U.S.C.A., Title 28 U.S.C.A., and Title 18 U.S.C.,§ 242.

## IGNORANCE OF THE LAW IS NO EXCUSE!

(18)    I, one Anita Elizabeth Johnson, Free woman, the Undersigned, am the principal; and you are the agent! Fail not to adhere to your oath, lest you be called to answer before one God and one Supreme Court Exclusive Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith (Oxford) Doctrine" by my conclusive Honorable "Bill of Rights."

(19)    **This Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct, but to protect guaranteed Rights and Protections assuring that at no time my Unalienable Rights are *ever* waived or taken from me
against my will by threats, duress, coercion, fraud, or without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or CORPORATE, of their potential, personal, civil, and criminal liability if and when they violate my Unalienable Rights as protected by the original Constitution of 1787, adopted circa 1791, and/or the Honorable "Bill of Rights." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is my standard policy to ALWAYS present this notice to *any* public or private officer attempting to violate me and my rights. It is noted on the record that by implication of said presentment, this Notice has been tendered by way of certified mail to MARYLAND SECRETARY OF STATE JOHN P. MCDONOUGH. This is prima facie evidence of your receipt and

acceptance of this presentment in both your CORPORATE and individual capacity, jointly and severally for each and all governmental, political, and corporate bodies.   Any other individuals who have been, are, or hereafter become involved in the instant actions or any future actions against me shall only correspond to me in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. § 1746.   This document is now on record in the UNITED STATES DISTRICT COURT in WASHINGTON, DISTRICT OF COLUMBIA, supra.

## SUMMATION

(20) Should you move against me in defiance of this presentment, there is no immunity from prosecution available to you or to *any* of your fellow public officers, officials of government, judges, magistrates, district attorneys, clerks, or *any* other persons who become involved in the instant actions, or *any* future actions, against me by way of aiding and abetting. Take due heed and govern yourself accordingly. Any or all documents tendered to me, lacking bona fide wet ink signatures or dates per title 18 U.S.C.A. § 513-514, are counterfeit security instruments causing you to be liable in your CORPORATE and individual capacity by fraudulent conveyance now and forevermore. If and when you cause any injury and/or damages to the Natural Man or Woman Secured Party by violating any of the rights, civil rights, privileges, or any terms herein, you agree to voluntarily, with no reservation of rights and defenses, at the written request of the Natural Man or Woman Secured Party, surrender, including but not limited to, any and all bonds, public and/or corporate insurance policies, and CAFR funds as needed to satisfy any and all claims as filed against you by the Natural Man or Woman Secured Party. This applies to any and all agents, or representatives, individually and severally, of the "UNITED STATES" or any of the subdivisions thereof, as described herein.

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

(21) This document cannot be retracted by *any* employee, agent, representative, or officer of the court, or any individuals, excluding the Natural Man or Woman Secured Party on this registered document, for one hundred years from the date on this legally binding Statute Staple Securities Instrument.

   Attention: All Agents, Representatives, Officers, and/or such, of the "UNITED STATES" or its subdivisions including local, state, federal, and/or international or multinational governments, corporations, agencies, and the like: You have thirty (30) days to rebut any portion of this document, or you stand in total agreement. Non-response is agreement. Partial response is agreement. Rebuttal must be in written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed. This documentation must be provided under penalty of perjury. Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent. Ignorance of the law is no excuse.

(22) All other corporations including, but not limited to telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers, retailers, and all others, including all persons, are bound by all paragraphs, terms, and conditions, herein, regardless of nature of limited liability corporations or affiliations as "D/B/As," "A.K.A.s," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

(23) YOU ARE NOTICED having been given knowledge of the law and your personal financial liability in event of *any* violations of my rights and/or being. This Statute Staple Securities Instrument now in your hand constitutes timely and sufficient warning by good faith, notice, and grace.

(24) Dated this _16th_ day of _October_____, in the year of our Lord, two thousand twelve. This contract being of honor is presented under the "Good Faith (Oxford) Doctrine." I accept the Oath of Office of all officers of the court, including, but not limited to the clerk of the court; all judges and attorneys from all jurisdictions; all local, state, federal, international law enforcement officers, and all agents of the "UNITED STATES" or any subdivisions thereof.

(25)   Any agent, law enforcement officer, employee, contractor, representative, or the like of the "UNITED STATES" or any of its subsidiaries or sub-corporations, SHALL NOT ENTER, AT ANY TIME, FOR ANY REASON, ANY PROPERTY AT WHICH I AM LOCATED, or LEASE, OWN, or CONTROL, WITHOUT MY EXPRESS WRITTEN PERMISSION.  Violation of this notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver Dollar penalty plus damages, per violation, per violator.

(26)   Attention: Any and all lending institutions, brokerage firms, credit unions, depository institutions, insurance agencies, credit bureaus, and the officers, agents and employees therein: You have now been notified of the law as to your CORPORATE and individual financial liability in the event of any violations upon the rights and/or being of Anita Elizabeth Johnson.  This Statute Staple Securities Instrument constitutes timely and sufficient warning by Good Faith Notice of your liability regardless of your political affirmations.  All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) lawful US Silver Dollars per day, plus interest, while there is any unpaid balance for the first thirty (30) days after default of payment.  This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty-first (31st) day after default of payment.  All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 fine silver or equivalent par value if paid in legal tender or fiat paper money.  Par value will be determined by the value established by a one troy ounce .999 fine silver coin at the US MINT, or by law, whichever is higher value at the time of the incident.  Any dispute over the par value will be decided by the Secured Party, or his designee.

Definitions:  All definitions in the attached Statute Staple Securities Instrument "Legal Notice and Demand Definitions" are included as a part of this contract and will be applied as written herein.  Any dispute of any definition will be decided by the Secured Party.  There is no contradiction of terms as written within the confines of this title pursuant to the "Constitution for the united States of America."  If any contradiction is found, the meaning will be determined by the Secured Party.  Definitions as they apply to this contract are enclosed in the Statute Staple Securities Instrument "Legal Notice and Demand Definitions" and are included as a legal part of this contract.

All collateral, property, and rights described generally herein or specifically on the enclosed "ATTACHMENT 'A' – PROPERTY" referencing DEBTOR:  ANITA ELIZABETH JOHNSON and Secured Party Creditor:  Anita Elizabeth Johnson, are incorporated herein as if fully set forth within this Statute Staple Securities Instrument.

LS: _____

Anita Elizabeth Johnson, Secured Party Creditor   10/ 16 /2012

- Remainder of page intentionally left blank. -

# NOTICE TO PRINCE GEORGE'S COUNTY DISTRICT COURT CLERK

(27) **Pursuant** to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this Title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

LS: _____

Anita Elizabeth Johnson, Secured Party Creditor   10/16/2012

State of _Maryland_ )

) ss.

County of _Prince George's_ )

SUBSCRIBED AND AFFIRMED: On this _16th_ day of _October_ , 2012 AD, before me, _Daryl Hannah A. Rodriguez_ , Notary, personally appeared Anita Elizabeth Johnson known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living woman whose name is subscribed on this Statute Staple Securities Instrument – LEGAL NOTICE AND DEMAND.

NS: _____

**Signature of Notary Public**

> DARYL HANNAH A. RODRIGUEZ
> Notary Public-Maryland
> Prince George's County
> My Commission Expires
> December 09, 2013

**NOTARY SEAL**

We, the undersigned witnesses, do hereby swear or affirm that  Anita Elizabeth Johnson has stated to us that it is her policy to present this "Statute Staple Securities Instrument – LEGAL NOTICE AND DEMAND" to all law enforcement officers, agents, or representatives of the "UNITED STATES" anytime that she has any interaction with them.

_Ray Charles Gregg Jr_

**First Witness Printed Name**

LS: _____  10/16/12

**First Witness Signature**        **Date**

_Daryl Hannah A. Rodriguez_

**Second Witness Printed Name**

LS: _____  10/16/12

**Second Witness Signature**      **Date**

_____

**Third Witness Printed Name**

LS: _____

**Third Witness Signature**        **Date**

Living Location c/o _7107 Walker Mill Rd_

_Capitol Heights, MD._

**Non-Domestic without the US**

Living Location c/o _9900 Greenbelt Rd_

_Lanham , MD_

**Non-Domestic without the US**

Living Location c/o_____

_____

**Non-Domestic without the US**

# "LEGAL NOTICE AND DEMAND" DEFINITIONS

1. **Unlawful Arrest:** Means restricting a man's or woman's right to move about freely without the proper use of a lawful 4th Amendment warrant signed by a judge of competent jurisdiction while under oath. This includes unnecessary use of restraint devices, traffic stops, raids, or any other type of interaction, when an officer is presented with and ignores a "Notice and Demand," "Public Servant's Questionnaire," "Right to Travel" Documents, or other documents notifying the officer of the sovereign, lawful rights of the Natural Man or Woman Secured Party, created by God, who is not to be confused with the Corporate Fiction "STRAWMAN" which was created by the STATE. This includes arrest when a Natural Man or Woman Secured Party is incarcerated for refusing to sign any citation; arrest due to contempt of court when he or she is not violent or a physical threat to the court; arrest by Internal Revenue Service for failure to produce books, records, or other documents; arrest and refusal of Habeas Corpus; arrest for conspiracy of any kind without lawfully documented affidavits from at least three (3) eye witnesses, signed under oath and penalty of perjury.

2. **Illegal Arrest:** Means same as above item # 1, "**Unlawful Arrest.**"

3. **Unlawful Detention:** Means restraining a Natural Man or Woman Secured Party's freedom of movement, and/or Right to Travel, against his will for more than sixty (60) seconds without a properly authorized lawful 4th Amendment warrant signed by a judge of competent jurisdiction while under oath. This includes routine traffic stops, raids, random identification checks, security checks, only after the officer, agent, or representative has been notified by the Natural Man or Woman Secured Party of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for officer to examine said documents.

4. **Unlawful Distraint:** Means seizure or taking of any property that is lawfully owned or in possession of the Natural Man or Woman Secured Party without proper probable cause, and/or due process, and lawful 4th Amendment warrant. This includes any seizure by any officer, agent, representative, in any capacity, or relationship with the "UNITED STATES" or any of its agencies, contractors, subdivisions, subsidiaries, or the like.

5. **Lawful 4th Amendment Warrant:** Means a warrant that follows the provisions of the 4th Amendment to the original "Constitution for the united States of America." This warrant must not deviate from the exact procedures as outlined by the 4th Amendment.

6. **Right to Speedy Trial:** Means trial will commence within 70 days of the date of arrest.

7. **Interstate Detainer:** Means the same as unlawful detainer as when involving a Natural Man or Woman Secured Party and involving more than one agency or STATE of the "UNITED STATES" corporation, or any representative, agent, or officer who has any agreement with, contract with, or permission to act on behalf of any municipal corporation of the "UNITED STATES" or any subsidiary or sub-corporation thereof.

8. **Unlawful Restraint:** Means any action by any officer, agent, representative, contractor, associate, officer of the court, or the like, to prevent, coerce, intimidate, hinder, or in any way limit the right of a Natural Man or Woman Secured Party from any type of freedom of legal/ lawful speech, travel, movement, action, gesture, writing, utterance, or enjoyment of any right or privilege that is commonly enjoyed by any member of the public, or any Sovereign.

9. **Freedom of Speech:** Means the right to speak open and plainly without the fear of reprisal. This includes the right of a Natural Man or Woman Secured Party to speak at hearings and trials, before magistrates, judges, and officers of the court, agents, representatives, or the like, of the "UNITED STATES." It also means that no attempt to suppress this right will be made by any officer of the court or of the "UNITED STATES" corporation. No judge or officer of any court or tribunal will threaten contempt of court for free speech by any Natural Man or Woman Secured Party. This also includes the right of a Natural Man or Woman Secured Party to speak openly in any public forum on any topic or subject without limitation.

10. **US Dollars:** Means a one troy ounce fine silver dollar minted by the US MINT with "fine" defined as approximately 0.999 fine silver. The full assessed Billing Cost as represented in a claim shall be payable in US Silver Dollars; alternatively, the full assessed Billing Cost as represented in a claim shall be paid on a dollar for dollar basis **at par value** in the currently recognized medium of exchange as used by the general public at the time of offense. All claims and damages which are paid in the currently recognized medium of exchange shall be paid at par value as indicated. Par value will be the current par value established by written law or the value established by the US MINT, whichever is higher at the time of the offense, for the purchase of an official one troy ounce .999 fine silver coin.

11. **Obstruction of Justice:** Means any attempt by any officer of the court or representative of any agency that represents the "UNITED STATES," or any of its subdivisions, agencies, contractors, etc., to deprive, hinder, conceal, coerce, or threaten a Natural Man or Woman Secured Party in an attempt to prevent any and every opportunity to legally/lawfully defend himself by attempting to produce and file lawful documents and or

testimony to agents, officers, judges, magistrates, the court, clerk of the court, representatives, or investigators in order to settle any legal/lawful controversy.  This also includes any attempt by a judge or officer of the court to hinder the Natural Man or Woman Secured Party from filing, recording, admitting, presenting, discussing, questioning, or using any evidence, document, paper, photographs, audio and/or video recordings, or any other type of evidence that he desires to submit as evidence in any type of court proceeding.   The determination of what is evidence and what will be admitted is to be solely determined by the Natural Man or Woman Secured Party.  Any evidence will be tried on merits of the lawful content and validity.  Any judge or officer of the court who attempts to suppress or dismiss legal or lawful evidence will voluntarily surrender all bonds, insurance, property, corporate property, bank accounts, savings accounts, or any corporate property of value to the Natural Man or Woman Secured Party upon written demand and surrender all rights to and defenses against said property.  This also includes evidence that is supported by case law.  This includes attempts by any officer of the court to make motions, to issue orders such as gag orders, or to use any other means of keeping information suppressed from the public or the official record.  The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the Natural Man or Woman Secured Party.  This also includes the provision as indicated in item # 18 "**Racketeering**."

12. **Excessive Bail**:  Means any amount of bail set at an unreasonable rate as per the 8th amendment of the "Constitution for the united States of America."  This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed.  This also means that if a Natural Man or Woman Secured Party has lived as an upstanding member in a community or area for more than one year, works a regular job, or is a member of or involved with a church group, civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that he is involved with his community, he cannot be held without bail as a flight risk or a threat to society.  If the Natural Man or Woman Secured Party can produce at least four (4) affidavits stating that he lives, works, and is involved in his community, or the prior community in which he lived, he must be released on his own recognizance without any bail required.  This provision does not apply to anyone charged with rape, murder, or violent crimes.

13. **Cruel and Unusual Punishment**: Means physical violence of any type or form that is used against a Natural Man or Woman Secured Party and that causes invisible or undetectable or visible physical injury, e.g., marks, scrapes, scratches, bruises, abrasion, avulsions, fractures, sprains, restraint marks, dislocations, punctures, cuts, loss of blood, loss of body fluids, etc.  This includes any other type of physical stress to the body or any chemically-induced, altered mental state of the Natural Man or Woman Secured Party.  This also includes any attempt to incarcerate; restrain; question; detain; withhold food when requested; withhold drink when requested; withhold medications as requested; withhold use of  bathroom facilities and supplies when requested; withhold reading and writing materials; withhold communication with friends, family, legal counsel, and religious counsel; withhold legal library and internet access; withhold proper clothing as needed for comfort; withhold blankets when requested; withhold hot and cold water for showers; withhold freedom when requested.  This also includes ridicule, coercion, threats, verbal insults, rude and offensive language, veiled threats, or any other type of mental stress or anguish.

14. **Conspiracy**: Means the cooperation of two or more persons working together to restrict, suppress, inhibit, or in any way deprive a Natural Man or Woman Secured Party of any right, benefit, or privilege that would ordinarily be offered by the "Constitution for the united States of America" and the Honorable "Bill of Rights" to any member of the general American public, or to a Sovereign.  This also includes the provisions in item # 18, "**Racketeering**."

15. **Victim**:  Means any Natural Man or Woman Secured Party who has received direct damages to himself or his property as the result of an unlawful or illegal act by another.

16. **Victimless Laws**: Means any law that is passed or presumed to be passed that creates a violation of law in which no Natural Man or Woman has been damaged.  This includes any statute, ordinance, regulation, policy, or color of law provision.  These types of laws will not be used in any action, of any kind, against any Natural Man or Woman Secured Party.

17. **Aiding and Abetting**: Means the efforts of any officer, agent, or representative of the "UNITED STATES" or officer of the court to assist another of the same to hinder, coerce, restrict, suppress, or deprive in any way, a Natural Man or Woman Secured Party from receiving any and all rights, benefits, or privileges, as provided by the "Constitution for the united States of America," and/or the Honorable "Bill of Rights," or that would normally be offered to the general American public, or to a Sovereign.  This also includes the provisions as provided in item # 18 "**Racketeering**" and suppression of evidence.

18. **Racketeering**:  Means any attempt by any two or more officers of the Corporation to restrict, suppress, coerce, manipulate, inhibit, or in any way deprive a Natural Man or Woman Secured Party from receiving every right, benefit, or privilege that is outlined by the "Constitution for the united States of America," and/or the Honorable "Bill of Rights."  This also includes any effort by the officers of the court to hinder in any way the introduction of evidence, law, facts, affidavits, statements, witness testimony, or any information that is

69.   **Peer**: Means a Natural Man or Woman Secured Party who has recorded into the public record documents to prove his sovereign status.  In addition, any Peer must also hold similar beliefs as the Natural Man or Woman Secured Party Creditor regarding the authority of the Bible, the right to keep and bear arms, and the historic Christian faith.

70.   **Ignore:** Means to refuse or in any way to deny a lawful request by the Natural Man or Woman Secured Party to have an officer, agent, or representative provide completed  legal documents.

71.   **Natural Man or Woman**:  Means a flesh and blood, living, breathing, biological man or woman created by God, as represented by the Upper and Lower Case Name, including "Natural Man or Woman," or "Real Man," or "Real Woman," or "Real Man/Woman."  This is not to be confused with the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL CAPITAL LETTER NAME.

72.   **DEBTOR**: Means the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL CAPITAL LETTER NAME.

73.   **Sovereign:**  Means the Natural Man or Woman Secured Party, created by God; the free man or free woman who is not subject to the jurisdiction of the Corporation or any of its representatives; the free man or free woman who is the author and source of law; the one who retains sovereignty even while sovereign powers are delegated to the agencies of government; the one by whom and for whom all government exists and acts; the one who retains the fundamental rights to life, liberty, and the pursuit of happiness; the one who is never compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another.

---

End of Definitions

- Remainder of page intentionally left blank. -

  

## A f f i d a v i t   O f   F a c t

## Averment Of Jurisdiction
### For The Record, To Be Read Into The Record

This is a formal Request and Demand for DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

Anita Elizabeth Johnson, Non-Citizen National
Sentient Living Self-Aware Woman on the Land

10-16-2012
Date



# The State of Maryland

## Office of the Secretary of State

This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.

This Apostille does not certify the content of the document for which it is issued.

## Apostille

### *(Convention de La Haye du 5 Octobre 1961)*

1. Country: United States of America
   This public document

2. has been signed by **Marilynn M. Bland**

3. acting in the capacity of **Clerk of the Circuit Court for Prince George's County**

4. bears the seal/stamp of the **Circuit Court for Prince George's County**

   **Certified**

5. at Annapolis, Maryland

6. the **13th day of November, 2012**

7. by The Secretary of State of Maryland

8. No. 321701

9. Seal



10. Signature

*Secretary of State*

Archetype

Form: publici sui juris / Affidavit
Session: one Supreme Court

## Act of State
## Reaffirmation of Character
## And Renunciation of Attempted Expatriations

I, Anita Elizabeth Johnson, by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within Maryland, a Republic, of the constitutional Township, District Heights, within the body of a constitutional county, Prince George's, the proper jurisdiction of a Common Law thereto, do solemnly make this Reaffirmation of Character, pursuant to my absolute freedom of religion, of an Ambassador and Subject-Citizen of the Kingdom of Heaven under its King, the almighty Allah; and an American Sovereign Citizen-Principal in good standing and Behavior, Public Minister (Ambassador), and "dominium" (absolute owner) inhabitant of the organic United States ("a more perfect union") under the Constitution for the united States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is, at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto / Renegade / Corporate) by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory / Military / Maritime / Admiralty / Fictitious U.S.: "person", "consumer", "individual", "citizen", "citizen-subject", "plaintiff/defendant", "resident", "whoever", "taxpayer", "driver", "gun/firearm owner", "DEBTOR", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Admiralty/Fictitious Democracy UNITED STATES, et al.  Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, U.S., US, STATE OF MARYLAND, COUNTY OF PRINCE GEORGE'S, CITY OF DISTRICT HEIGHTS, ANITA ELIZABETH JOHNSON, ANITA E JOHNSON, A ELIZABETH JOHNSON, ANITA JOHNSON, or any variation thereof, 219-17-XXXX, etc. This doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", will serve Notice, (judicial, presidential or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings.  For the peace and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolute properties ("Life, Liberty, and the Pursuit of Happiness"),until such times as the present De Facto / Renegade / Corporate government can make the necessary changes to its structure to insure the same.  These identifications will list the International Record (Seal) Number (Apostille Number), as has been recognized, received, recorded, and issued by the De Facto / Renegade / Corporate government.  As this number is the International registration, National authentication, and State certification of a Public Document of the United States of America, my Nations, and my Citizenships, as well as identification of all guaranteed, properties, whether Public or Private, are and have been in Lawful possession of me.  Any confiscation or seizure of any kind of any of the guaranteed, Private or Public properties by any of the De Facto/Corporate officers, etc. will result in damages of Ten Million Dollars of United States Treaty States, nation-state specie Money (United States Dollars silver) that being enumerated in Article I, Section 10, Clause 1 as "gold and silver coin" in the Constitution for the united States of America (1791 to date) to be multiplied by not only the damaging party(ies), but all those in concert and cause of action.  This Declaration is made absolute by the enclosed Apostille (the State of Maryland), copy and pursuant to 15 Stat. Ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record, (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. 163; The Bible is law to be applied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Certified) or otherwise.  It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to Me pursuant to Congressional demand within 15 Stat. Ch 249.  Dates:  spiritual "In the Beginning" plus Six days: Announcement of Diplomatic Arrival: January 25, 1982.


**Me, American, Private, Islamic, Sentient;**       10/_16_/2012
**Sovereign; Divine Inhabitant within North America; within** Maryland, **a Republic;**
**"within" a constitutional county and a constitutional township republic.**
**". . . at the mouths of two, or at the mouths of three the matter is established."**
**Deuteronomy 19:15**

_____          _____
**Divine, Sentient, and Common Law Witness**     **Divine, Sentient, and Common Law Witness**

Date: _10/16/12_____          Date:____10/26/2012_____

**Archetype**

Form: publici sui juris / Affidavit
Session: one Supreme Court

**Act of State**
**Primary Signature Certification**
**(Convention de La Haye du 5 October 1961)**
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention # 12)

## STATE OF MARYLAND, Prince George's County, Set.

I, Marilynn M. Bland, Clerk of the Circuit Court for Prince George's County,
Maryland, a court of record, do hereby certify that ___Daryl Hannah A Rodriguez___
was a commissioned/appointed and qualified ___Notary Public, Prince George___'s County, MD
___cing on the ___5th___ day of ___January___, ___1010___.

___ny Whereof,__ I have hereunto set my hand and affixed the seal of the Court
___day of ___November 13___, ___2012___.

*Marilyn M. Bland*

Clerk of the Circuit Court for
Prince George's County, Maryland

Rev 8/11

# AFFIDAVIT OF NOTARY PRESENTMENT

On July 9, 2012 **Anida Eliza Ali**, Authorized Representative for Anita Elizabeth Johnson, appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified Mail receipt number # _7006 0100 0003 5840 2510_ to

Judge Jean S. Baron
District Court of Maryland for Prince George's County
14735 Main Street
Upper Marlboro, Maryland 20772-3042

Melvin C. High, Sheriff
Prince George's County
Office Of The Sheriff
5303 Chrysler Way
Upper Marlboro, Maryland 20773

### List of Documents Below:

## 1. Affidavit of Fact, Evidence, and Information

You are herein given official notice that I, as an official Notary Public of the State of Maryland, have been requested to present this VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE on behalf of Anida Eliza Ali, Authorized Representative for Anita Elizabeth Johnson, Affidavit of Fact, Evidence, and Information. If reply is not received at our office within ten (10) days of receipt of this notice, I will provide the Undersigned- Secured Party a notice of your dishonor.

Our office is located at:
United Postal Service
C/o 9900 GREENBELT RD
LANHAM, MD 20706

State _Maryland_ )

)

County of _Prince George's_ )

I, _Daryl Hannah A. Rodriguez_, a Notary Public for said County and State, do hereby acknowledge that on this day the Affiant did, through his/her Authorized Representative: Anida Eliza Ali ARR, did appear before me and execute the foregoing. Witnessed me hand seal this _9th_ day of July, 2012.

Notary _Rodriguez_                                      _12/09/2013_
                                                        Notary Commission Expires

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

# **AFFIDAVIT OF NOTARY PRESENTMENT**

On July 9, 2012 **Anida Eliza Ali**, Authorized Representative for Anita Elizabeth Johnson, appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified Mail receipt number #_____    7006 0100 0003 5840 0004    _____ to

Judge Jean S. Baron
District Court of Maryland for Prince George's County
14735 Main Street
Upper Marlboro, Maryland 20772-3042

Melvin C. High, Sheriff
Prince George's County
Office Of The Sheriff
5303 Chrysler Way
Upper Marlboro, Maryland 20773

### **List of Documents Below:**

## 1. Affidavit of Fact, Evidence, and Information

You are herein given official notice that I, as an official Notary Public of the State of Maryland, have been requested to present this VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE on behalf of Anida Eliza Ali, Authorized Representative for Anita Elizabeth Johnson, Affidavit of Fact, Evidence, and Information. If reply is not received at our office within ten (10) days of receipt of this notice, I will provide the Undersigned- Secured Party a notice of your dishonor.

Our office is located at:
United Postal Service
C/o 9900 GREENBELT RD
LANHAM, MD 20706

State _Maryland_                              )

                                             )

County of _Prince George_           )

I, _Daryl Hannah A. Rodriguez_, a Notary Public for said County and State, do hereby acknowledge that on this day the Affiant did, through his/her Authorized Representative: Anida Eliza Ali ARR, did appear before me and execute the foregoing. Witnessed me hand seal this ___9th___ day of July, 2012.

_____                          12 / 09 / 2013
Notary                                                    Notary Commission Expires

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires

A Security (15 USC)
U.S.S.E.C Tracer Flag
Not A Point Of Law

*Moorish Americans - Aboriginal and Indigenous Natural Peoples of the Land*
*Northwest Amexem / Northwest Africa / North America*
*~ The North Gate ~*

**Exhibit A**
**Citation #: 0HD55910**
**Warrant: MVHD55910**

To: District Court of Maryland for Prince George's County
    C/o Judge Jean S. Baron
    14735 Main Street, Upper Marlboro, Maryland 20772-3042

    Melvin C. High, Sheriff
    Prince George's County
    Office Of The Sheriff
    5303 Chrysler Way
    Upper Marlboro, Maryland 20773

<b>Petitioner's Affidavit of Fact, Evidence, and Information</b>

Anida Eliza Ali
Executor/Administrator
For The Estate of
ANITA ELIZABETH JOHNSON
C/o 7107 Walker Mill Rd
Capitol Heights, Maryland

**Petitioner / Accused / Witness: Anida Eliza Ali Executor and Administrator for ANITA ELIZABETH JOHNSON,** Natural Person, In Propria Persona (Not Pro Se) and not 'Cognate' to, nor related to, any 'Nom de Guerre' nor to any other fictional entity; created under color by the unclean hands of others through Misrecital or 'Artificial Legal Construct'; nor a 'Man-of-Straw'; as written, typed, photocopied, misrepresented, or deceptively scribed in ALL CAPITAL LETTERS by the unclean hands of others.

**Reference:** Ticket(s) / Suit(s) / Summons / Citation(s) Warrants/ Bill(s) of Exchange Instrument(s)
Numbers #(s) 0HD559910 and MVHD559910

**Respondent(s):** Judge Jean S. Baron
Sheriff: Melvin C. High
Police Officer:  ID. Number 0066
All Other Judicial Officers, Accusers, and Parties of Interest:
District Court of Maryland for Prince George's County
United States of America Republic, North America

<b>Affidavit of Facts / Subject Matter / Cause of Action:</b>
<u><b>Demand to Vacate and to Void Notwithstanding Tickets / Suits / Summons / Warrants/ Citations /</b></u>
<u><b>(misrepresented) Bill(s) of Exchange</b></u>

Which are in violation of the Substantive Rights of the Natural People and Citizens; and affirmatively<br>
ruled as unconstitutional by the Supreme Court of the United States of North America<br>
Anti-constitutional Ticket - Instruments Issued Under the Quasi-Criminal, Private-Entity Authority of Prince George's County, Inc. , And Its Officers; Business<br>
Located at 14735 Main Street, Upper Marlboro, Maryland 20772-3042 United States of America Republic, North America

<b>Declaration of Petitioner's Status:</b>

**I, the Petitioner, Affiant, Anida Eliza Ali Executor and Administrator for ANITA ELIZABETH JOHNSON, state and Publish for the Record:** My 'Declaration of Status':  Aboriginal / Indigenous Natural Woman; Freehold by Birthright, Inheritance and Primogeniture; Affirming my Substantive Rights to Travel upon the public Roadways and Highways, in harmony with the Highest and most supreme Law of the Land.
I Am 'In Propria Persona' (Not Pro Se); and not 'Cognate' to any 'Nom de Guerre' or any other such like fiction entity; created by the hands of others by way of Misrecital or 'Artificial Legal Construct'; nor a 'Man-of-Straw'; as written, typed, photocopied, or scribed in ALL CAPITAL

# Jurisdiction:
## Article VI, Clause 2 of the United States Constitution

**Clause 2:** This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or the Laws of any State to the Contrary notwithstanding.

COMES NOW the Alleged Accused, and Petitioner, Anida Eliza Ali Executor and Administrator for ANITA ELIZABETH JOHNSON, In Propria Persona; a 'Natural Woman' and NOT a 14th Amendment Corporate Person nor a 'Nom de Guerre' construct, whose Substantive Rights have been violated and abridged; standing squarely "In Propria Persona, Sui Juris" and upon my Birthright Nobility, being 'In Full Life', duly Affirmed under allegiance to my Moorish American Nation; Organic 'Right Law' Republican Form of Government, North America; and under Affirmation and Oath to the Five Principles of Light – being, Love, Truth, Peace, Freedom and Justice, (Isonomi); and being "Part and Parcel" of this organic said Government; do squarely Affirm and Attest to the Truth. I am appearing 'Specially' and not 'Generally'. To demand for this Court to have the following Alleged Tickets / Suits / Summon(s) / Citation(s)/ Warrant(s)/ (misrepresented) Bill(s) of Exchange **0HD55910 and MVHD55910**, and the unlawful and 'colorable' proceedings, unlawful warrants, etc., related to it / them, declared as Vacated; as Void; and as lawless Tickets / Suits / Summons / Citations / (misrepresented) Bill(s) of Exchange, For the Court's lack of 'Subject Matter Jurisdiction'; the lack of 'Personam Jurisdiction'; the lack of 'Due Process'; the lack of an 'Injured Party' (Corpus Delicti); and that the State does not, nor does any of its subordinate corporate Entities or Agent(s), have any lawful right or lawful authority, to transfer or convert the exercising of a 'Right' into a 'Crime'; nor does the State possess such authority; nor does any of its franchised corporate Entities, Agent(s), or Officers possess, the lawful right, or authority, to punish, to incriminate, or to charge anyone with a 'Crime', absent of a 'True Bill' and 'Indictment' by a Grand Jury; or to injure, or to intimidate, or to threaten any Natural Person / People or Citizen(s) for enjoying or exercising any 'Substantive Right' (or any other secured 'Right') exercised by them, and secured for the people by the Established Law of the Land.

Reserving all Rights secured for the Natural Person / People and Citizen(s), under the Supreme Law of the Land; and Reserving all other Natural Rights, Divine Rights, Substantive Rights, Liberties, Privileges and Immunities, Reserved for the People and Citizens; secured under the Authority of the Constitution for The United States Republic of North America; and by International Law; to which the Judges of every State; the Officers of this Court; all State Agents / Agencies; all other Contractors, Officers and / or Representatives of, or for, New Jersey State Republic; or the Officers or Agent(s) of the foreign State of New Jersey Corporate Entity, are Bound to uphold, to support, and to respect, by Law and by Oath, the Supreme Law. It is further stated, for the record, that the State's hired Officers, Employees, Agent(s) and Entities (being the same, in partnership) are Bound, to support and to uphold the Constitution for The Unites States Republic; and that the unlawful theft (under a color-of-law) of my personal Liberties, Rights, Immunities, Person, or Property; being Held, Abridged, or Arrested by any Official, Person(s) or Agent(s) contracted by the Officers of the District Court of Maryland for Prince George's County, Incorporated, or by its Employees, for monetary ransom, or legal extortion by virtue of (voided Due Process action(s); or for any other extorting or 'colorable' purposes, is a violation of the Substantive Rights of myself; a crime against the sacred Trust of the Natural People; a violation of 'Fiduciary Duty'; An 'Abandonment of Office'; a 'Perjury of Oath'; and repugnant to the Constitution. These conspired acts of collusion and practices of abusing authority are by 'Colore Officii'.

Ticket(s) / Suit(s) / Summons / Warrant(s)/ Citation(s), etc., are all 'Bills of Exchange'. Anyone who is served with these 'implied in law' – contract - Instruments, should be made cognizant of having the 'right' to be served the 'Original' copy of the said Instrument; and their right to sign the Original Instrument, and pay it on the spot. And if the Police Officer(s) or Agent(s) denies the recipient the capacity to do so, then the Ticket(s) / Citation(s) / Bill(s) of Exchange are voided, as the process is unlawful in its nature in the first instance. The Natural Person(s) being (effectively) imposed with these Instruments are systematically denied the ability to receive the 'Original' copy of these Instrument(s) / Bill(s) of Exchange / Presentment(s), and thus the 'proper service' principle of due process is 'Colored'. The recipient is, thus, disabled to 'return' the Original Instrument(s) / Presentment(s) / Bill(s) of Exchange to the issuing 'Drawer', appearing to 'not' have been willing to accept the Original, and thus 'Honor' the 'Bill(s) at the instance of the issuance of it / them. This contrived violation of 'Due Process' of Law ultimately manifests (in Court) with an Administrative / Ministerial Court 'decision' or 'conviction' made or levied against the unsuspecting, so-called, 'Violator'. This act is a supreme violation against Article III of the Constitution, and is void of law - essentially a nullity.

It is reasonable for any Natural Person(s) or Citizen(s) to assume that the Municipal Court would recognize such 'Improper Service' as being void of law; and that such an improper service, as prescribed and defined under 'The Bills of Exchange Act', constitutes 'Misrepresentation' and 'Negative Misprision'.

In order for a 'Bill of Exchange' or 'Presentment' (which Ticket(s) / Citation(s) / Warrant(s) or Summons all constitute) to have and possess lawful validity, the Drawer has to have, and has to possess, the authority and knowledge to create it. Police Officers, establishing for themselves, the position of Drawer(s); and any other person(s) or Agent(s) who issue such quasi – judicial instruments, are aware of the facts of law, concerning these Instruments' and their violation – of – due process nature. Policemen and other Municipal Agents (Drawer(s) have been, and are, continually violating the Natural People and Citizens. They create the conditions that (falsely) establish that the Natural Person(s) and Citizens, to whom the Drawer / Policemen or Agent(s) issue such Ticket(s) / Suit(s) / Summon(s) / Citation(s) / Warrant(s)/ (misrepresented) Bill(s) of Exchange, go into 'Dishonor' and are, thus, convicted in Court by Default and Dishonor, by way of the 'misrepresented' process. This causes the recipient(s) of such Instruments to appear (under threat, duress, and coercion) before the non-Article III Municipal Court(s), as a 'Drawee' in 'Dishonor'. The Court Officers are well aware of this 'constructed' faulty process; and are aware that the recipient of such Bill(s) of Exchange - Instruments should be given the 'Original' copy of the Ticket(s) / Suit(s) / Summons / Warrant(s)/ Citation(s) Bill(s) of Exchange; in order that the unsuspecting recipient may have the opportunity to Return, or satisfy or Honor the 'payment' Demand of pre-prescribed and adjudged

authority, jurisdiction, power or control over me and my family, and I require that you provide me a Full Accounting of all accounts that use or include the SSN# 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.

d. Truth is expressed in the form of affidavit.
   i. I claim the right to express this truth and respondent(s) must select one of the following options.
      1. To accept this truth, or,
      2. To rebut it, or,
      3. To accept commercial liability for failing to rebut this affidavit.

No other options are commercially acceptable to the Affiant or valid at international law. Please do not call, write or attempt any other communication that is inconsistent with the intent stated herein and the rules of commercial law. Failure to comply incurs commercial liability.

e. An un-rebutted Affidavit stands as truth in commerce.
   i. Respondent(s) failure to rebut this affidavit it means that the USA, the principal, and all others, the Agents, et al, agree that the matters expressed herein are true and correct and that they accept commercial liability when infringing upon indigenous rights.

f. An un-rebutted Affidavit becomes the judgment in commerce.
   i. Should you fail to rebut this affidavit then its provisions are a commercial judgment against you

g. In commerce for any matter to be resolved it must be expressed.
   i. He, who does not deny, admits. You have claimed the right to regulate me and my activities and I require you to prove that such powers exist and you have the power to regulate non commercial, indigenous people and your failure to rebut is your admission that the matter is expressed in and is resolved by this affidavit.

h. He who leaves the battlefield first loses by default.
   i. Your failure to rebut this affidavit means you have left the battlefield first and are thereafter collaterally estopped from seeking to force me to perform under any contract or agreement that I did not enter into voluntarily, intentionally and with full knowledge.

i. Sacrifice is measure of credibility (no willingness to sacrifice = no liability).
   a. Your failure to rebut is an admission that the truths stated in this affidavit constitutes a contract with the USA and its agents to promote and protect my family and I rights and this means that:
   b. have no liability and responsibility to accede to your demands or to answer or to respond to any communications from you;
   c. You have no authority to maintain records that infringe on my right to privacy.
   d. You have no authority to exercise jurisdiction, power, or control over me.
   e. You have no measure of conviction that you are operating lawfully or legally when you maintain records or disseminate information that relates to or identifies me, a non commercial indigenous human being as a corporate entity.
   f. Indigenous peoples do not fall within the scope of the authorities granted to you under the commerce clause that gives you authority to maintain records on me.
   g. Respondent(s) have no authority to interfere with the free exercise of, and full and effective enjoyment of, my fundamental human rights.

2. You are required to submit to the affiant a response/ cross-claim to this Affidavit of Fact/Truth that rebuts the claims herein, categorically, and are on a point for point basis are collaterally estopped from proceeding in matter regarding my family members or myself without our prior written and informed consent, prior to the adjudication or disposition of this affidavit/counter claim as mandated by 11 USC 7013, see rule 13(A) Where this Affidavit constitutes a counter claim and a rebuttal of the presumption that you are authorized by any law, rule, resolution, or other, to maintain records on me/us/indigenous peoples or to interfere with my privacy.

3. You must cite, for the official record, the authority that allows you, the Executive Agency or Agent to regulate the conduct and activities of indigenous peoples, and you must also offer proof that demonstrates that the Affiant is one of the persons found or included within the scope of persons that the executive authority, that empowers you, is empowered to regulate, and you must swear

Bankruptcy prevent you from requiring me to place myself under your authority and any attempt to do so is considered an act of genocide and a violation of the Rules of the Bankruptcy 11 USC.

You are required to file this document and to report to all inquirers that I am not a corporate entity and that I am not subject to the rules that regulate corporations and that each inquiry that uses my name is an unlawful interference with my internationally recognized human rights and fundamental freedoms.

If you fail to comply with this demand and continue to disseminate information in association with me, then each person or resident or citizen of the USA or one of the 50 states, agrees to accept personal commercial liability in the amount of $10,000.00 for each tort or violation of law, including but not limited, to wire fraud and/or mail fraud , extortion of rights, conspiracy to deprive rights, or other infringement upon or interference with my rights, or to pay the actual amounts provided for at law, including international criminal law, whichever sum is greater, for every individual act, singly and multiple payments when more than one act is committed or omitted, and, each state actor or person acting with, conspiring in the commission of, aiding, or abetting or in a way complicit in the interference with my rights and each of you, publicly and privately are subject to the judgments of this affidavit.
And you also agree to name me as your settler and authorize me to settle the commercial liability obligation that you incur when committing an act prohibited in this affidavit, or by customary and treaty based international law to file a UCC 1, Financing Statement and commercial lien against you, the perpetrator, or bring a Chapter 7 involuntary bankruptcy action against you in a foreign jurisdiction and thereafter liquidate all your possessions to satisfy this debt.

You are given a time of 10 days, exclusive of the day of service; an opportunity to respond to rebut this Affidavit or to accede to its provisions; and a place to post your response to. Your response must be posted to me at this location:

> United Postal Service
> 9900 Greenbelt Road
> Lanham, Maryland 20706

Your failure to rebut the claims made herein shall constitute your tactic agreement that the claims are true and your acknowledgment that we agree on all points and we further agree that respondents agree not to interfere with Affiant's privacy in the future and that you:

  a. Have no authority of me or any member of my indigenous family that we are obligated to recognize or perform under,
  b. Are required to fulfill your commercial obligation to cease and desist from interfering with the free exercise and full and effective enjoyment of any universally recognized human right or fundamental freedoms, and,
  c. That you will promote and protect these rights.

Upon acceptance and silence the provisions of this affidavit shall constitute a binding contract between all parties, i.e., Judge Jean S. Baron, Melvin C. High, Sheriff of The Prince George's Sheriff Office, and an agreement that:

  a. The USA, its' sub-corporations, and all persons, residents or citizens of the USA of the several states shall cease and desist from any activity that infringes upon Affiant's free exercise of, and full and effective enjoyment of any universally recognized human right or fundamental freedom.
  b. That the Respondent(s) acknowledges my independence and my sovereign right to self-determination.
  c. That I am not one of the persons identified in 1 USC 1 or 11 USC 109.
  d. That I am a living woman and that living women are not subject to regulation by commercial statutes intended to regulate creations of the state.
  e. That I am not surety for the corporate entity and under no circumstances am I liable for any contracts, judgments, or forced liability of a statutorily created and fictitious entity (ANITA ELIZABETH JOHNSON©).

A Security (15 USC)
U.S.S.E.C Tracer Flag
Not A Point Of Law

Affiant will hereafter use all appropriate negotiable instruments existing in HJR 192, PUBLIC LAW 73 - 10 CHAPTER 48 STAT 112, and PUBLIC LAW 73-10 40 STAT 411 to Discharge Public Debts.

YOU HAVE BEEN NOTIFIED
Dated this 9th day of July 2012

July 9, 2012

I 'Affirm' that all statements, facts, and information, presented in this Affidavit / Writ, are correct and true; and are presented as Evidence - "Exhibit A" 'for the record'. I, furthermore, state that the foresaid Exhibit, Evidence, Information and Facts are placed in Evidence in this case, as I am reserving my right to 'Present' my own 'Proper Self' by Sovereign Right, and Affirmed to the best of my knowledge and belief.

I Am: _Anida Elizu  Ali /  And  Eli____

Witness: Natural Person, In Propria Persona (and not Pro Se) - Authorized Representative

All Rights Reserved: Special Appearance under Threat, Duress and Coercion.

**Notice to Agent(s) is Notice to Principle.**

c.c.
District Court of Maryland for Prince George's County Clerk / Ministerial Court
United States Attorney General (*certified*)
M.D.N.M.- Human Rights Violations and Records
United Nations -- Rights of Indigenous Peoples -- Violations

**Documents of Aboriginal and Indigenous Natural Peoples of Northwest Amexem / North America -- North Gate.  M.D.N.M.**

State _Maryland_     )
                     )
County of _Prince Georges_     )

I, _Daryl Hannah A. Rodriguez_____, a Notary Public for said County and State, do hereby acknowledge that on this day the Affiant did, through his/her Authorized Representative: Anita Elizabeth Johnson ARR, did appear before me and execute the foregoing. Witnessed me hand seal this _9th_ day of July, 2012.

_10/07/2013_____

Notary _Rodriguez_____                        Notary Commission Expires

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

A Security (15 USC)
USSEC Tracer Flag
Not a Point of Law

# AFFIDAVIT OF NOTARY NOTICE OF DISHONOR

You are herein given official notice that I, as an official Notary Public of the State of Maryland, have been requested to present this VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE OF DISHONOR on behalf of Anida Eliza Ali, Authorized Representative for ANITA ELIZABETH JOHNSON.

As of July 27, 2012, even until today August _16_, 2012 | *Daryl Harrah A. Rodriguez* have not received a written response from Jean S. Baron, D/B/A Judge for the District Court of Maryland for Prince George's County in response to the items presented with United States Postal Service Certified Mail Number 7006 0100 0003 5840 2510. Therefore, the respondent is now officially in dishonor.

State _Maryland_

County of _Prince George's_

Notary _____

Notary Commission Expires _12/09/2013_

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

A Security (15 USC)
USSEC Tracer Flag
Not a Point of Law

# AFFIDAVIT OF NOTARY NOTICE OF DISHONOR

You are herein given official notice that I, as an official Notary Public of the State of Maryland, have been requested to present this VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE OF DISHONOR on behalf of Anida Eliza Ali, Authorized Representative for ANITA ELIZABETH JOHNSON.

As of July 27, 2012, even until today August _14_, 2012 I _Daryl Hannah A. Rodriguez_ have not received a written response from Melvin C. High, D/B/A Sheriff of Prince George's County Maryland in response to the items presented with United States Postal Service Certified Mail Number <u>7006 0100 0003 5840 0004</u>. Therefore, the respondent is now officially in dishonor.

E V I D E N C E

State _Maryland_

County of _Prince George's_

Notary _Johnson_

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

_12/09/2013_

Notary Commission Expires

# **AFFIDAVIT OF NOTARY PRESENTMENT**

On July 9, 2012 **Anida Eliza Ali,** Authorized Representative for Anita Elizabeth Johnson,  appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified Mail receipt number # _7006 0100 0003 5840 2510_ to

Judge Jean S. Baron
District Court of Maryland for Prince George's County
14735 Main Street
Upper Marlboro, Maryland 20772-3042

Melvin C. High, Sheriff
Prince George's County
Office Of The Sheriff
5303 Chrysler Way
Upper Marlboro, Maryland 20773

### **List of Documents Below:**

## 1. Affidavit of Fact, Evidence, and Information

You are herein given official notice that I, as an official Notary Public of the State of Maryland, have been requested to present this VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE on behalf of Anida Eliza Ali, Authorized Representative for Anita Elizabeth Johnson, Affidavit of Fact, Evidence, and Information. If reply is not received at our office within ten (10) days of receipt of this notice, I will provide the Undersigned- Secured Party a notice of your dishonor.

Our office is located at:
United Postal Service
C/o 9900 GREENBELT RD
LANHAM, MD 20706

State _Maryland_                                    )

                                                                   )

County of _Prince George's_                   )

I, _Daryl Hannah A. Rodriguez_ , a Notary Public for said County and State, do hereby acknowledge that on this day the Affiant did, through his/her Authorized Representative: Anida **Eliza** Ali ARR, did appear before me and execute the foregoing. Witnessed me hand seal this _9th_ day of July, 2012.

Notary _Rodriguez_                                            _12/09/2013_

                                                                                    **Notary Commission Expires**

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

# AFFIDAVIT OF NOTARY PRESENTMENT

On July 9, 2012 **Anida Eliza Ali**, Authorized Representative for Anita Elizabeth Johnson,  appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified Mail receipt number # _____    7006 0100 0003 5840 0004    _____ to

Judge Jean S. Baron
**District Court of Maryland for Prince George's County**
14735 Main Street
Upper Marlboro, Maryland 20772-3042

Melvin C. High, Sheriff
Prince George's County
Office Of The Sheriff
5303 Chrysler Way
Upper Marlboro, Maryland 20773

### List of Documents Below:

## 1. Affidavit of Fact, Evidence, and Information

You are herein given official notice that I, as an official Notary Public of the State of Maryland, have been requested to present this VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE on behalf of Anida Eliza Ali, Authorized Representative for Anita Elizabeth Johnson, Affidavit of Fact, Evidence, and Information. If reply is not received at our office within ten (10) days of receipt of this notice, I will provide the Undersigned- Secured Party a notice of your dishonor.

Our office is located at:
United Postal Service
C/o 9900 GREENBELT RD
LANHAM, MD 20706

State _Maryland_                              )

                                              )

County of _Prince George_                     )

I, _Daryl Hannah A. Rodriguez_, a Notary Public for said County and State, do hereby acknowledge that on this day the Affiant did, through his/her Authorized Representative: Anida Eliza Ali ARR, did appear before me and execute the foregoing. Witnessed me hand seal this ___9th___ day of July, 2012.

_____                     __12/09/2013__
Notary                                        Notary Commission Expires

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires

*Moorish Americans - Aboriginal and Indigenous Natural People of the Land*
*Northwest Amexem / Northwest Africa / North America*
*~ The North Gate ~*

**Exhibit A**
Citation #: 0HD55910
Warrant: MVHD55910

**To:** District Court of Maryland for Prince George's County
C/o Judge Jean S. Baron
14735 Main Street, Upper Marlboro, Maryland 20772-3042

Melvin C. High, Sheriff
Prince George's County
Office Of The Sheriff
5303 Chrysler Way
Upper Marlboro, Maryland 20773

## Petitioner's Affidavit of Fact, Evidence, and Information

Anida Eliza Ali
Executor/Administrator
For The Estate of
ANITA ELIZABETH JOHNSON
C/o 7107 Walker Mill Rd
Capitol Heights, Maryland

**Petitioner / Accused / Witness: Anida Eliza Ali Executor and Administrator for ANITA ELIZABETH JOHNSON,** Natural Person, In Propria Persona (Not Pro Se) and not 'Cognate' to, nor related to, any 'Nom de Guerre' nor to any other fictional entity; created under color by the unclean hands of others through Misrecital or 'Artificial Legal Construct'; nor a 'Man-of-Straw'; as written, typed, photocopied, misrepresented, or deceptively scribed in ALL CAPITAL LETTERS by the unclean hands of others.

**Reference:** Ticket(s) / Suit(s) / Summons / Citation(s) Warrants/ Bill(s) of Exchange Instrument(s)
Numbers #(s) 0HD559910 and MVHD55910

**Respondent(s):** Judge Jean S. Baron
Sheriff: Melvin C. High
Police Officer:  ID. Number 0066
All Other Judicial Officers, Accusers, and Parties of Interest:
District Court of Maryland for Prince George's County
United States of America Republic, North America

## Affidavit of Facts / Subject Matter / Cause of Action:
## <u>Demand to Vacate and to Void Notwithstanding Tickets / Suits / Summons / Warrants/ Citations / (misrepresented) Bill(s) of Exchange</u>

Which are in violation of the Substantive Rights of the Natural People and Citizens; and affirmatively
ruled as unconstitutional by the Supreme Court of the United States of North America

Anti-constitutional Ticket - Instruments Issued Under the Quasi- Criminal, Private-Entity Authority of Prince George's County, Inc. , And Its Officers; Business
Located at 14735 Main Street, Upper Marlboro, Maryland 20772-3042 United States of America Republic, North America

### Declaration of Petitioner's Status:

**I, the Petitioner, Affiant, Anida Eliza Ali Executor and Administrator for ANITA ELIZABETH JOHNSON, state and Publish for the Record:** My 'Declaration of Status':  Aboriginal / Indigenous Natural Woman; Freehold by Birthright, Inheritance and Primogeniture; Affirming my Substantive Rights to Travel upon the public Roadways and Highways, in harmony with the Highest and most supreme Law of the Land.
I Am 'In Propria Persona' (Not Pro Se); and not 'Cognate' to any 'Nom de Guerre' or any other such like fiction entity; created by the hands of others by way of Misrecital or 'Artificial Legal Construct'; nor a 'Man-of-Straw'; as written, typed, photocopied, or scribed in ALL CAPITAL

A Security (15 USC)
U.S.S.E.C Tracer Flag
Not A Point Of Law

## Jurisdiction:
### Article VI, Clause 2 of the United States Constitution

**Clause 2:**  This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or the Laws of any State to the Contrary notwithstanding.

COMES NOW the Alleged Accused, and Petitioner, Anida Eliza Ali Executor and Administrator for ANITA ELIZABETH JOHNSON, In Propria Persona; a 'Natural Woman' and NOT a 14th Amendment Corporate Person nor a 'Nom de Guerre' construct, whose Substantive Rights have been violated and abridged; standing squarely "In Propria Persona, Sui Juris" and upon my Birthright Nobility, being 'In Full Life', duly Affirmed under allegiance to my Moorish American Nation; Organic 'Right Law' Republican Form of Government, North America; and under Affirmation and Oath to the Five Principles of Light – being, Love, Truth, Peace, Freedom and Justice, (Isonomi); and being "Part and Parcel" of this organic said Government; do squarely Affirm and Attest to the Truth. I am appearing 'Specially' and not 'Generally'. To demand for this Court to have the following Alleged Tickets / Suits / Summon(s) / Citation(s)/ Warrant(s)/ (misrepresented) Bill(s) of Exchange **0HD55910 and MVHD55910**, and the unlawful and 'colorable' proceedings, unlawful warrants, etc., related to it / them, declared as Vacated; as Void; and as lawless Tickets / Suits / Summons / Citations / (misrepresented) Bill(s) of Exchange, For the Court's lack of 'Subject Matter Jurisdiction'; the lack of 'Personam Jurisdiction'; the lack of 'Due Process'; the lack of an 'Injured Party' (Corpus Delicti); and that the State does not, nor does any of its subordinate corporate Entities or Agent(s), have any lawful right or lawful authority, to transfer or convert the exercising of a 'Right' into a 'Crime'; nor does the State possess such authority; nor does any of its franchised corporate Entities, Agent(s), or Officers possess, the lawful right, or authority, to punish, to incriminate, or to charge anyone with a 'Crime', absent of a 'True Bill' and 'Indictment' by a Grand Jury; or to injure, or to intimidate, or to threaten any Natural Person / People or Citizen(s) for enjoying or exercising any 'Substantive Right' (or any other secured 'Right') exercised by them, and secured for the people by the Established Law of the Land.

Reserving all Rights secured for the Natural Person / People and Citizen(s), under the Supreme Law of the Land; and Reserving all other Natural Rights, Divine Rights, Substantive Rights, Liberties, Privileges and Immunities, Reserved for the People and Citizens; secured under the Authority of the Constitution for The United States Republic of North America; and by International Law; to which the Judges of every State; the Officers of this Court; all State Agents / Agencies; all other Contractors, Officers and / or Representatives of, or for, New Jersey State Republic; or the Officers or Agent(s) of the foreign State of New Jersey Corporate Entity, are Bound to uphold, to support, and to respect, by Law and by Oath, the Supreme Law. It is further stated, for the record, that the State's hired Officers, Employees, Agent(s) and Entities (being the same, in partnership) are Bound, to support and to uphold the Constitution for The Unites States Republic; and that the unlawful theft (under a color-of-law) of my personal Liberties, Rights, Immunities, Person, or Property; being Held, Abridged, or Arrested by any Official, Person(s) or Agent(s) contracted by the Officers of the District Court of Maryland for Prince George's County, Incorporated, or by its Employees, for monetary ransom, or legal extortion by virtue of (voided Due Process action(s); or for any other extorting or 'colorable' purposes, is a violation of the Substantive Rights of myself; a crime against the sacred Trust of the Natural People; a violation of 'Fiduciary Duty'; An 'Abandonment of Office'; a 'Perjury of Oath'; and repugnant to the Constitution. These conspired acts of collusion and practices of abusing authority are by 'Colore Officii'.

 Ticket(s) / Suit(s) / Summons / Warrants/ Citation(s), etc., are all 'Bills of Exchange'. Anyone who is served with these 'implied in law' – contract - Instruments, should be made cognizant of having the 'right' to be served the 'Original' copy of the said Instrument; and their right to sign the Original Instrument, and pay it on the spot. And if the Police Officer(s) or Agent(s) denies the recipient the capacity to do so, then the Ticket(s) / Citation(s) / Bill(s) of Exchange are voided, as the process is unlawful in its nature in the first instance. The Natural Person(s) being (effectively) imposed with these Instruments are systematically denied the ability to receive the 'Original' copy of these Instrument(s) / Bill(s) of Exchange / Presentment(s), and thus the 'proper service' principle of due process is 'Colored'. The recipient is, thus, disabled to 'return' the Original Instrument(s) / Presentment(s) / Bill(s) of Exchange to the issuing 'Drawer', appearing to 'not' have been willing to accept the Original, and thus 'Honor' the 'Bill(s) at the instance of the issuance of it / them. This contrived violation of 'Due Process' of Law ultimately manifests (in Court) with an Administrative / Ministerial Court 'decision' or 'conviction' made or levied against the unsuspecting, so-called, 'Violator'.  This act is a supreme violation against Article III of the Constitution, and is void of law - essentially a nullity.

It is reasonable for any Natural Person(s) or Citizen(s) to assume that the Municipal Court would recognize such 'Improper Service' as being void of law; and that such an improper service, as prescribed and defined under 'The Bills of Exchange Act', constitutes 'Misrepresentation' and 'Negative Misprision'.

In order for a 'Bill of Exchange' or 'Presentment' (which Ticket(s) / Citation(s) / Warrant(s) or Summons all constitute) to have and possess lawful validity, the Drawer has to have, and has to possess, the authority and knowledge to create it.  Police Officers, establishing for themselves, the position of Drawer(s); and any other person(s) or Agent(s) who issue such quasi – judicial instruments, are aware of the facts of law, concerning these Instruments' and their violation – of – due process nature. Policemen and other Municipal Agents (Drawer(s) have been, and are, continually violating the Natural People and Citizens. They create the conditions that (falsely) establish that the Natural Person(s) and Citizens, to whom the Drawer / Policemen or Agent(s) issue such Ticket(s) / Suit(s) / Summon(s) / Citation(s) / Warrant(s)/ (misrepresented) Bill(s) of Exchange, go into 'Dishonor' and are, thus, convicted in Court by Default and Dishonor, by way of the 'misrepresented' process. This causes the recipient(s) of such Instruments to appear (under threat, duress, and coercion) before the non-Article III Municipal Court(s), as a 'Drawee' in 'Dishonor'. The Court Officers are well aware of this 'constructed' faulty process; and are aware that the recipient of such Bill(s) of Exchange - Instruments should be given the 'Original' copy of the Ticket(s) / Suit(s) / Summons / Warrant(s)/ Citation(s) Bill(s) of Exchange; in order that the unsuspecting recipient may have the opportunity to Return, or satisfy or Honor the 'payment' Demand of pre-prescribed and adjudged

A Security (15 USC)
U.S.S.E.C Tracer Flag
Not A Point Of Law

### 'Supreme Law of the Land'

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification by any Office or public Trust under the United States.

## United States Supreme Court Decisions - Stare Decisis:

### (Original Jurisdiction – Article III: Rights of Travel / Substantive Rights)

The Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all absolute rights, and the Police can not make void the exercise of rights.  **State v. Armstead, 60 s. 778, 779, and 781:**

The right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the Fifth Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125:**

The State is prohibited from violating substantive rights. **Owens v. City, 445 US 662 (1980);** and it can not do by one power (eg. Police power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of law. **US and UT v. Daniels, 22 p 159,** nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed nothing more than "due care" (as regards to tort for negligence) to the public and the owner owed no other duty to the public (eg. State), he / she and his / her auto, having equal rights to and on the roadways / highways as horses and wagons, etc.; this same right is still substantive rule, in that speeding, running stop signs, traveling without license plates, or registration are not threats to the public safety, and thus, are not arrestable offenses.  **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905 – 1910: California v. Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

**Obligations of State Courts:**

**The United States Supreme Court:** *State courts, like federal courts, have a "constitutional" obligation to safeguard personal liberties and to uphold federal law. Stone v. Powell 428 US 465, 96 S. Ct. 3037, 49 L. Ed. 2d 1067.*

**The United States Supreme Court:** *The obligation of state courts to give full effect to federal law is the same as that of federal courts. New York v. Eno. 155 US 89, 15 S. Ct. 30, 39 L. Ed. 80.*

**The United States Supreme Court:** *An administrative agency may not finally decide the limits of its statutory powers; this is a judicial function. Social Security Board v. Nierotko. 327 US 358, 66 S. Ct. 637, 162 ALR 1445, 90 L. Ed. 719.*

Therefore, the officers of Buena Vista Township have no right to supersede their limited, inferior jurisdiction; nor do they possess the lawful right to deny due process to the petitioner.

## The United States Codes of Law – Title 18, Chapter 13, Sections 241 & 242

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or …

If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured –

They shall be fined under this title or imprisoned not more than ten years, or both, and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or any attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

Whoever, under color of any law, statue, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, then are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more

## Void Alleged Ticket(s) / Suit(s) / Summons / Citation(s) / Warrant(s)/ (misrepresented) Bill(s) of Exchange; as Reason for Vacating and Granting Relief:

Relief may be granted where the Ticket(s) / Suit(s) / Summon(s) / Citation(s)/ Warrant/ (misrepresented) Bill(s) of Exchange, Number 0HD55910 and MVHD55910, or any Action(s) or 'Order(s)' arriving from its / their construction, is Void because the Court lacked Jurisdiction over the 'Subject Matter'; and lacked 'Personal Jurisdiction' over the parties(s); in addition to Misrepresentation and a denial of 'Due Process" of Law. The accusing party(s) (Police, Private Security Guards, Officers of the Court, etc.) acted in some manner inconsistent with Constitution constraints, and contrary to Constitutional - secured Due Process; or otherwise acted beyond the delegated Powers granted to it / them, under the Supreme Law of the Land. When Evidence, a Motion, or Affidavit challenges a Ticket(s) Suit / Summons / Citation / Warrant(s)/ Bill(s) of Exchange, as void, the Inferior Court and the District Court lacks discretion. In accord with the Established Law of the Land, I, **Anida Eliza Ali Executor and Administrator for ANITA ELIZABETH JOHNSON**, move that the Judge and Prosecutor of this Court make Void and Vacate the unconscionable suits / ticket instruments / (misrepresented) Bill(s) of Exchange, as their improper presentments are contrary to, and repugnant to, the Constitution; being a violation against secured Due Process Rights; and contrary to, and repugnant to, Oath of Ethics, Official Oaths, Fiduciary Duties, and foreign to 'Right Law' Principles.

District Court of Maryland for Prince George's County **Municipal Corporation**, and its corporate – contracted Officers, Agent(s) and Personnel, are sighted for unlawfully using the Public Trust to transfer or convert a 'Right' into a 'Crime', under a 'Color-of-Law', under a 'Color-of-Authority' and under a 'Color-of-Right'.

I, **Anida Eliza Ali Executor and Administrator for ANITA ELIZABETH JOHNSON**, should be compensated for my economic losses; by way of infringements upon my liberties; and for the mental anguish imposed upon me by being forced under threat, to answer to 'colorable' actions, caused by Agent(s) or persons, who concurred in their 'agreed' actions to cause my private, Divine Rights, Civil Liberties, Pursuit of Happiness, Security of Personalty or Property, etc., to be infringed upon, confiscated, arrested or restrained in any manner, by any acts, actions, and / or processes that, in any respect, violate:

**Amendment IV:** The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to seized.

**Amendment V:** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment of indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against  himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**Amendment VI:** In all criminal prosecutions, the accused shall enjoy the right to a speedy trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witness against him; to have compulsory process of obtaining witnesses in his favor, and to have the assistance of council for his defense.

**Amendment VIII:** Excessive bail shall not be required, nor excessive fines imposed, nor cruel or unusual punishments inflicted.

**Amendment IX:** The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

**Amendment X:** The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.

**Article III**, Sections 1 and 2, of the Constitution; Article VI of the Constitution; and the Rights of Indigenous Peoples. Part 1, Articles 1 through 6

These Unconscionable Ticket – Suits / Summons / Citations / Warrant(s) are (misrepresented) Bill(s) of Exchange, **Number 0HD55910 and Number MVHD55910** should be Vacated and Dismissed, as they originate from a non-judicial entity, through acts of 'Misprision', Improper Service, and a 'lack of Due Process', to wit:

The absence of a sworn Affidavit, Oath or Affirmation (as required per 4th Amendment) and not accompanying the Suits / Tickets / Warrant(s)/ Citation(s)/ Bill(s) of Exchange – Number(s) **MVHD55910 and  0HD55910**, renders them void; and thus, by their unlawfully - imposed sanctions, a violation of 'Due Process'.

The absence of a lawfully required indictment from a legitimate grand jury, due to the accusation of a 'crime';

A lack of 'Corpus Delicti' - there is no injured party;

The lack of a Jury of my own National Peers, to examine substantiated and documented evidence, to determine whether or not I violated the Law of the Land or whether the Officers or Personnel of Prince George's County violated the Law of the Land; with all supporting Exhibits and Witnesses and Claims (not waived); and all other points of Due Process and de jure Law, including the 'nature' of the charges, etc., entered into evidence for the Public Record; in accord with 'Due Process'; which has not been waived by me, is not waived by me; nor ever intended to be waived by me.

The private corporation of the District Court of Maryland for Prince George's County, through unlawful actions committed by its Officers, Agent(s) and Personnel, under its 'contract' and claimed authority - seized my Rights, Liberties and / or Private Property under a 'Color-of-Law' and without Due Process of the Law; and did not proceed with fair or just notification or compensation, as commanded by the Law of the Land; causing me the loss of the rightful, lawful, and Substantive Right to use, to enjoy, to exercise, and to possess my Rights, Liberties, and / or Private Property.

The Supreme Court has consistently ruled against such 'Color-of-Authority' and 'Racketeering' activities, and the evidence is, hereby presented to this Inferior Court, in order that the Officers of this Court may have the opportunity to rectify and to correct, for the record, such acts. These (Lack of Due Process) proceedings are in violation of the 'Oath of Office' taken by the Judges and Prosecutors of every State; and in violation of 'The Code of Ethics' for all Law Enforcement Officers; an Oath which all Policemen are required to take and to sign. These Oath – bound Instruments (public records) shall be entered into evidence in support of my defense, and supported by the Supreme Court of the United States. I demand that any Officer of the Court, or any other Agent(s) or Person(s) contracted by the Court or its Officers,, who contends or contests that they are not Obligated to support and to uphold the Constitution for Maryland; and to not support the Constitution for The United States Republic of America, then let that Agent(s) or Person(s) be sworn in, or affirmed 'For the Record' and  Testify for the Record, in support of, or contrary to, the Constitution, and The 'Oath of Ethics', etc.

If the Officers of this Court, and / or any Agent(s) and / or Person(s) hired by, or contracted by them, to arrest, to fine, to detain, or to do any form of tort or injury to

A Security (15 USC)
U.S.S.E.C Tracer Flag
Not A Point Of Law

Rights, Established in the year 1791 A.D. by way of the establishment of the Republic.

**Amendment IV of the Constitution for the United States Republic, North America:**

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

**Amendment V**

No person shall be held to answer to a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be put twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**Amendment VI**

In all criminal prosecutions, the accused shall enjoy the right to a speedy trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and be informed of the nature and cause of the accusation; to be confronted by the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of council for his defense.

**Amendment VII**

In suits at common law, where the value in controversy shall exceed twenty dollars, the right to a trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.

**Amendment VIII**

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

**Amendment IX**

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

**Amendment X**

The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.

**Article VI: The Constitution for the United States Republic, North America;** (Supreme Law of the Land – Treaties). 1787 / 1836 – "The Treaty of Peace and Friendship between the United States and Morocco" – 1787 / 1836 A.D. = 1207 / 1256 M.C. The Petitioner is competent to be a witness, and that the facts contained herein are true, correct, complete, and not misleading, to the best of Petitioner's / Declarant's first hand knowledge and belief.

**Article VI, Clause 2 and 3 of the United States Republic Constitution**

**Clause 2:** This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or the Laws of any State to the Contrary notwithstanding.

**Clause 3:** The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification by any Office or public Trust under the United States.
* * * * * * *


# The Supreme Court of the United States Republic

The Supreme Court of The United States Republic of America has Addressed the Substantive Law of the Land, Dealing with the States' Officials, Officers and Agencies violating and abridging the Substantive Rights of The People, to the effect that:
The State of New Jersey; Buena Vista Township, Incorporated; its Officers; the Prosecutor; and any Agent(s), Personnel, Employees, and / or Contractor(s), being a party to, or claiming to be, a party of interest in any case, under a Color-of-Law, as in this case, are in violation of the United States Codes of Law – **Title 18, Chapter 13, Sections 241 & 242.**

authority, jurisdiction, power or control over me and my family, and I require that you provide me a Full Accounting of all accounts that use or include the SSN# 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.

d. <u>Truth is expressed in the form of affidavit.</u>
   i. I claim the right to express this truth and respondent(s) must select one of the following options.
      1. To accept this truth, or,
      2. To rebut it, or,
      3. To accept commercial liability for failing to rebut this affidavit.

No other options are commercially acceptable to the Affiant or valid at international law. Please do not call, write or attempt any other communication that is inconsistent with the intent stated herein and the rules of commercial law. Failure to comply incurs commercial liability.

e. <u>An un-rebutted Affidavit stands as truth in commerce.</u>
   i. Respondent(s) failure to rebut this affidavit it means that the USA, the principal, and all others, the Agents, et al, agree that the matters expressed herein are true and correct and that they accept commercial liability when infringing upon indigenous rights.

f. <u>An un-rebutted Affidavit becomes the judgment in commerce.</u>
   i. Should you fail to rebut this affidavit then its provisions are a commercial judgment against you

g. <u>In commerce for any matter to be resolved it must be expressed.</u>
   i. He, who does not deny, admits. You have claimed the right to regulate me and my activities and I require you to prove that such powers exist and you have the power to regulate non commercial, indigenous people and your failure to rebut is your admission that the matter is expressed in and is resolved by this affidavit.

h. <u>He who leaves the battlefield first loses by default.</u>
   i. Your failure to rebut this affidavit means you have left the battlefield first and are thereafter collaterally estopped from seeking to force me to perform under any contract or agreement that I did not enter into voluntarily, intentionally and with full knowledge.

i. <u>Sacrifice is measure of credibility (no willingness to sacrifice = no liability).</u>
   a. Your failure to rebut is an admission that the truths stated in this affidavit constitutes a contract with the USA and its agents to promote and protect my family and I rights and this means that:
   b. have no liability and responsibility to accede to your demands or to answer or to respond to any communications from you;
   c. You have no authority to maintain records that infringe on my right to privacy.
   d. You have no authority to exercise jurisdiction, power, or control over me.
   e. You have no measure of conviction that you are operating lawfully or legally when you maintain records or disseminate information that relates to or identifies me, a non commercial indigenous human being as a corporate entity.
   f. Indigenous peoples do not fall within the scope of the authorities granted to you under the commerce clause that gives you authority to maintain records on me.
   g. Respondent(s) have no authority to interfere with the free exercise of, and full and effective enjoyment of, my fundamental human rights.

2. You are required to submit to the affiant a response/ cross-claim to this Affidavit of Fact/Truth that rebuts the claims herein, categorically, and are on a point for point basis are collaterally estopped from proceeding in matter regarding my family members or myself without our prior written and informed consent, prior to the adjudication or disposition of this affidavit/counter claim as mandated by 11 USC 7013, see rule 13(A) Where this Affidavit constitutes a counter claim and a rebuttal of the presumption that you are authorized by any law, rule, resolution, or other, to maintain records on me/us/indigenous peoples or to interfere with my privacy.

3. You must cite, for the official record, the authority that allows you, the Executive Agency or Agent to regulate the conduct and activities of indigenous peoples, and you must also offer proof that demonstrates that the Affiant is one of the persons found or included within the scope of persons that the executive authority, that empowers you, is empowered to regulate, and you must swear

Bankruptcy prevent you from requiring me to place myself under your authority and any attempt to do so is considered an act of genocide and a violation of the Rules of the Bankruptcy 11 USC.

You are required to file this document and to report to all inquirers that I am not a corporate entity and that I am not subject to the rules that regulate corporations and that each inquiry that uses my name is an unlawful interference with my internationally recognized human rights and fundamental freedoms.

If you fail to comply with this demand and continue to disseminate information in association with me, then each person or resident or citizen of the USA or one of the 50 states, agrees to accept personal commercial liability in the amount of $10,000.00 for each tort or violation of law, including but not limited, to wire fraud and/or mail fraud , extortion of rights, conspiracy to deprive rights, or other infringement upon or interference with my rights, or to pay the actual amounts provided for at law, including international criminal law, whichever sum is greater, for every individual act, singly and multiple payments when more than one act is committed or omitted, and, each state actor or person acting with, conspiring in the commission of, aiding, or abetting or in a way complicit in the interference with my rights and each of you, publicly and privately are subject to the judgments of this affidavit.
And you also agree to name me as your settler and authorize me to settle the commercial liability obligation that you incur when committing an act prohibited in this affidavit, or by customary and treaty based international law to file a UCC 1, Financing Statement and commercial lien against you, the perpetrator, or bring a Chapter 7 involuntary bankruptcy action against you in a foreign jurisdiction and thereafter liquidate all your possessions to satisfy this debt.

You are given a time of 10 days, exclusive of the day of service; an opportunity to respond to rebut this Affidavit or to accede to its provisions; and a place to post your response to. Your response must be posted to me at this location:

United Postal Service
9900 Greenbelt Road
Lanham, Maryland 20706

Your failure to rebut the claims made herein shall constitute your tactic agreement that the claims are true and your acknowledgment that we agree on all points and we further agree that respondents agree not to interfere with Affiant's privacy in the future and that you:

    a. Have no authority of me or any member of my indigenous family that we are obligated to recognize or perform under,
    b. Are required to fulfill your commercial obligation to cease and desist from interfering with the free exercise and full and effective enjoyment of any universally recognized human right or fundamental freedoms, and,
    c. That you will promote and protect these rights.

Upon acceptance and silence the provisions of this affidavit shall constitute a binding contract between all parties, i.e., Judge Jean S. Baron, Melvin C. High, Sheriff of The Prince George's Sheriff Office, and an agreement that:

    a. The USA, its' sub-corporations, and all persons, residents or citizens of the USA of the several states shall cease and desist from any activity that infringes upon Affiant's free exercise of, and full and effective enjoyment of any universally recognized human right or fundamental freedom.
    b. That the Respondent(s) acknowledges my independence and my sovereign right to self-determination.
    c. That I am not one of the persons identified in 1 USC 1 or 11 USC 109.
    d. That I am a living woman and that living women are not subject to regulation by commercial statutes intended to regulate creations of the state.
    e. That I am not surety for the corporate entity and under no circumstances am I liable for any contracts, judgments, or forced liability of a statutorily created and fictitious entity (ANITA ELIZABETH JOHNSON©).

A Security (15 USC)
U.S.S.E.C Tracer Flag
Not A Point Of Law

Affiant will hereafter use all appropriate negotiable instruments existing in HJR 192, PUBLIC LAW 73 - 10 CHAPTER 48 STAT 112, and PUBLIC LAW 73-10 40 STAT 411 to Discharge Public Debts.

YOU HAVE BEEN NOTIFIED

Dated this 9th day of July 2012

July 9, 2012

I 'Affirm' that all statements, facts, and information, presented in this Affidavit / Writ, are correct and true; and are presented as Evidence - "Exhibit A" 'for the record'. I, furthermore, state that the foresaid Exhibit, Evidence, Information and Facts are placed in Evidence in this case, as I am reserving my right to 'Present' my own 'Proper Self' by Sovereign Right, and Affirmed to the best of my knowledge and belief.

I Am: _Anita Eliza Ali / And Eli_

Witness: Natural Person, In Propria Persona (and not Pro Se) - Authorized Representative

All Rights Reserved: Special Appearance under Threat, Duress and Coercion.

Notice to Agent(s) is Notice to Principle.

c.c.

District Court of Maryland for Prince George's County Clerk / Ministerial Court

United States Attorney General (*certified*)

M.D.N.M.- Human Rights Violations and Records

United Nations – Rights of Indigenous Peoples – Violations

**Documents of Aboriginal and Indigenous Natural Peoples of Northwest Amexem / North America – North Gate.  M.D.N.M.**

State _Maryland_ )
                    )
County of _Prince George's_ )

I, _Daryl Hannah A. Rodriguez_ , a Notary Public for said County and State, do hereby acknowledge that on this day the Affiant did, through his/her Authorized Representative: Anita Elizabeth Johnson ARR, did appear before me and execute the foregoing. Witnessed me hand seal this _9th_ day of July, 2012.

_12/09/2013_

Notary                                                      Notary Commission Expires

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

A Security (15 USC)
USSEC Tracer Flag
Not a Point of Law

# AFFIDAVIT OF NOTARY NOTICE OF DISHONOR

You are herein given official notice that I, as an official Notary Public of the State of Maryland, have been requested to present this VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE OF DISHONOR on behalf of Anida Eliza Ali, Authorized Representative for ANITA ELIZABETH JOHNSON.

As of July 27, 2012, even until today August _16_, 2012 I _Daryl Harrah A. Rodriguez_ have not received a written response from Jean S. Baron, D/B/A Judge for the District Court of Maryland for Prince George's County in response to the items presented with United States Postal Service Certified Mail Number <u>7006 0100 0003 5840 2510</u>. Therefore, the respondent is now officially in dishonor.

State _Maryland_

County of _Prince George's_

Notary _[signature]_

_12/09/2013_

Notary Commission Expires

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

A Security (15 USC)
USSEC Tracer Flag
Not a Point of Law

# AFFIDAVIT OF NOTARY NOTICE OF DISHONOR

You are herein given official notice that I, as an official Notary Public of the State of Maryland, have been requested to present this VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE OF DISHONOR on behalf of Anida Eliza Ali, Authorized Representative for ANITA ELIZABETH JOHNSON.

As of July 27, 2012, even until today August _16_, 2012 I _Daryl Hannah A. Rodriguez_ have not received a written response from Melvin C. High, D/B/A Sheriff of Prince George's County Maryland in response to the items presented with United States Postal Service Certified Mail Number 7006 0100 0003 5840 0004. Therefore, the respondent is now officially in dishonor.

EVIDENCE

State _Maryland_

County of _Prince George's_

Notary _Johnson_

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

_12/09/2013_

Notary Commission Expires

After recording return to:
Office of the Executor
For the Estate of ANITA ELIZABETH JOHNSON
7107 Walker Mill Road
Capitol Heights, Maryland [20743]
Non-domestic without U.S

### Grantor/Settlor's Assertion of the Anita Elizabeth Johnson™ Right to Travel

**Enclosures:**
(1)  Fee Schedule

I, Anita Elizabeth Johnson, Grantor, Settlor, and Beneficiary of the ANITA ELIZABETH JOHNSON Trust and Estate being over the age of majority and competent to testify, hereby give notice of the assertion of the Right to Travel and state the following, based on my own personal knowledge of the facts, and belief that the statements made in this affidavit are true, correct, complete, not meant to mislead and tendered in accordance with the Maxim of Law that provides that Truth is expressed in the form of an affidavit, and that an un-rebutted affidavit is presumed to be true:

It is my understanding as follows:

1.  That International Law and My Status allows me to travel without obligation to possess a Drivers License or Vehicle Registration, and, that my Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion, are all Absolute Rights, and the Police can not make void the exercise of Rights. State v. Armstead, 60 s. 778, 779, and 781:

2.  The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:

3.  The Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. Kent v. Dulles 357 US 116, 125:

4.  The Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. Thompson v. Smith 154 SE 579:

5.  State Police Power extends only to immediate threats to public safety, health, welfare, etc., Michigan v. Duke 266 US, 476 Led. At 449: which driving and speeding are not. California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):

1

6.  The state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any any other such power (eg. Taxation / Eminent Domain) as a matter of law. **US and UT v. Daniels, 22 p 159**, nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

7.  For a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right. **Sherer v. Cullen 481 F. 945:**

8.  If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. Louisville v. Motley 2111 US 149, 29S. CT 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

9.  The claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230** F 2nd 486, 489:

10. The recipients of this notice, their agents, and principals, are given fourteen (14) days to respond or make a proper answer. The failure to respond constitutes your understanding and acceptance to be held commercially liable for any breach of Trust and/or violations of rights as affirmed, and in accord with the attached Fee Schedule .

Govern Yourselves Accordingly.

Anita Elizabeth Johnson ex rel,
Indigenous Woman, UCC 3-402(b)
**Reserving All Rights, Without Prejudice**

Witness

2

## FEE SCHEDULE

## BILLING COSTS ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE:

**Unlawful Arrest, Illegal Arrest, or Restraint, or Distraint, Trespassing/Trespass, without a lawful, correct, and complete 4th amendment warrant:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of the Right of Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, or Abuse of Authority** as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Assault or Assault and Battery without Weapon:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Assault or Assault and Battery with Weapon:** $3,000,000.00 (Three Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Unfounded Accusations by Officers of the Court, or Unlawful Determination:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Denial and/or Abuse of Due Process:  $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.**

**Obstruction of Justice:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Unlawful Distraint, Unlawful Detainer, or False Imprisonment:** $5,000,000.00 (Five Million) lawful US Silver Dollars, per day, per occurrence, per officer, or agent involved, plus 18% annual interest.

**Reckless Endangerment, Failure to Identify and/or Present Credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being detained:**  $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

**Counterfeiting Statute Staple Securities Instruments:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

**Unlawful Detention or Incarceration:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per day, per occurrence, per officer, or agent involved.

**Incarceration for Civil or Criminal Contempt of Court without lawful, documented-in-law, and valid reason:** $2,000,000.00 (Two Million) lawful US Silver Dollars per day, per occurrence, per officer, or agent involved.

**Disrespect by a Judge or Officer of the Court:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

**Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

**Unnecessary Restraint:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Violation of Rights:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.
This includes, but is not limited to rights on the "ATTACHMENT 'A' – PROPERTY LIST" included with the UCC1.

**Refusal of Lawful Bailment as provided by the aforementioned Constitution and/or Honorable "Bill of Rights":** $2,000,000.00 (Two Million) lawful US Silver Dollars per day of confinement, to be prorated by the hour as per Traficant vs. Florida, per occurrence, per officer, or agent involved.

**Coercion or Attempted Coercion of the Natural Man or Woman to take responsibility for the Corporate Strawman against the Natural Man or Woman Secured Party's Will:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer or agent involved.

**The Placing of an Unlawful or Improper Lien, Levy, Impoundments, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any  other property belonging to the Natural Man or Woman Secured Party by any agency:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, and $100,000.00 (One

3

Hundred Thousand) lawful US Silver Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18% annual interest upon the Secured Party's declared value of property.

**Delay exceeding 10 minutes,** including warrantless traffic stops that is not a matter of public safety. Fee will be calculated as $1,000 lawful US Silver Dollars for the first minute, after 10 minutes, and $1,000 lawful US Silver Dollars each additional minute to which affiant believes to be improper, unsubstantiated, or unnecessary delay without evidence of good cause shown: $1,000.00 (One Thousand) lawful US Silver Dollars per occurrence, per officer or agent involved.

**Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property,** including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Man or Woman Secured Party will incur a penalty of total, new replacement costs of property as indicated by Owner and Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Owner and Secured Party and will be accepted as complete, accurate, and uncontestable by the agency or representative thereof that caused such action. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) lawful US Silver Dollars per day penalty until property is restored in full, beginning on the first day after the incident, as provided by this contract.

## CAVEAT

**The** aforementioned charges are billing costs deriving from, but not limited to, Uniform Commercial Codes and Fair Debt Collection Practices Act and this contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or *any* combination thereof when they individually and/or collectively violate my natural and/or civil rights as an American by declaration. The aforementioned Constitution and/or the Honorable "Bill of Rights" establishes jurisdiction for you in your normal course of business. All violations against me, the Undersigned, will be assessed per occurrence, per officer, representative, or agent of any agency that is involved in any unlawful action against me.

**By** your actions, you shall lack recourse for all claims of immunity in *any* forum. Your officers' knowing consent and admission of perpetrating known acts by your continued enterprise is a violation of my rights. This **Statute Staple Securities Instrument** exhausts all state maritime Article 1 administrative jurisdictions and protects my Article III court remedies including, but not limited to, Title 42 U.S.C.A, Title 18 U.S.C.A., Title 28 U.S.C.A., and Title 18 U.S.C.,§ 242.

## IGNORANCE OF THE LAW IS NO EXCUSE!

I, one Anita Elizabeth Johnson., Free Woman, the Undersigned, am the principal; and you are the agent! Fail not to adhere to your oath, lest you be called to answer before one God and one Supreme Court Exclusive Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith (Oxford) Doctrine" by my conclusive Honorable "Bill of Rights."

**This Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct, but to protect guaranteed Rights and Protections assuring that at no time my Unalienable Rights are *ever* waived or taken from me against my will by threats, duress, coercion, fraud, or without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or CORPORATE, of their potential, personal, civil, and criminal liability if and when they violate my Unalienable Rights as protected by the original Constitution of 1787, adopted circa 1791, and/or the Honorable "Bill of Rights." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is my standard policy to ALWAYS present this notice to *any* public or private officer attempting to violate me and my rights. It is noted on the record that by implication of said presentment, this Notice has been tendered by way of certified mail to MARYLAND SECRETARY OF STATE JOHN P. MCDONOUGH. This is prima facie evidence of your receipt and acceptance of this presentment in both your CORPORATE and individual capacity, jointly and severally for each and all governmental, political, and corporate bodies. Any other individuals who have been, are, or hereafter become involved in the instant actions or any future actions against me shall only correspond to me in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. § 1746. This document is now on record in the UNITED STATES DISTRICT COURT in WASHINGTON, D.C, supra.

4

# AFFIDAVIT OF NOTARY PRESENTMENT

On June 25, 2012 **Anida Eliza Ali,** Authorized Representative for Anita Elizabeth Johnson,  appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified Mail receipt number # _70066100000358399995_ to

Hilary Rodham Clinton
D/B/A Secretary of State
U.S. Department of State
2201 C Street, NW

Navanethem Pillay
High Commissioner of Human Rights
Office of the United Nations High
Palais des Nations
CH-1211 Geneva 10, Switzerland

### List of Documents Below:

1. **Declaration of Independence**

    You are herein given official notice that I, as an official Notary Public of the State of Maryland, have been requested to present this VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE on behalf of Anida Eliza Ali, Authorized Representative for Anita Elizabeth Johnson, Declaration of Independence. If reply is not received at our office within ten (10) days of receipt of this notice, I will provide the Undersigned- Secured Party a notice of your dishonor.

Our office is located at:
United Postal Service
C/o 9900 GREENBELT RD
LANHAM, MD 20706

State _Maryland_                            )

                                            )

County of _Prince Georges_                  )

I, _Daryl Hannah A. Rodriguez_, a Notary Public for said County and State, do hereby acknowledge that on this day the Affiant did, through his/her Authorized Representative: Anida Eliza Ali ARR, did appear before me and execute the foregoing. Witnessed me hand seal this _25th_ day of June, 2012.

                                            _12 / 09 / 2013_

Notary                                      Notary Commission Expires

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

E V I D E N C E

**Anida Eliza Ali**
**c/o 7107 Walker Mill Rd**
**Capitol Heights, Maryland**

Dated: May 8th 2012

## Declaration of Independence
## Affidavit of Truth

One of the people identified in and granted independence by, and recognized in, the provisions of the United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples, 15 U.N. GAOR Supp. (No. 16) at 66, U.N. Doc. A/4684(1961) & The United Nations Declaration on the Rights of Indigenous Peoples, U.N. Doc. A/RES/47/1 (2007).

Respondents:    Hilary Rodham Clinton              Navanethem Pillay

D/B/A Secretary of state              High Commissioner of Human Rights

U.S. Department of State              Office of the United Nations High

2201 C Street, NW              Palais des Nations

Washington, DC 20520              CH-1211 Geneva 10, Switzerland

### Affidavit of truth

Notice is hereby given of;

1. Removal of USA Citizenship,

2. Repudiation of Presumption of jurisdiction by USA

3. Free Sovereign Indigenous standing

4. Notice and denial of Commercial  and Corporate Status

The purpose of this affidavit is to create an enforceable and binding contract between parties. *Guided by* the purposes and principles of the Charter of the United Nations, and good faith in the fulfillment of the obligations assumed by The United States in accordance with the Charter.

Parties:

A:  Anida Eliza Ali, All Rights Reserved an indigenous woman and Affiant herein, exempt from   levy and,

Serial No. AA-100007

B:  The USA, all sub corporations, agents and persons holding offices of trust or profit under the **USA**.

1.  Indigenous Affiant is competent to state to the matters included in these Declarations and Notices and has knowledge of the facts, and hereby declares to the best of Affiant's knowledge and belief that the statements made in this affidavit are true, correct, complete, not meant to mislead and tendered in accordance with the Maxim of Law that provides that Truth is expressed in the form of an affidavit.

2.  An un-rebutted affidavit is presumed to be true. Respondent(s) is/are required to timely respond to and to rebut the truths expressed in each paragraph, categorically and on a point for point basis with an affidavit that is signed and sworn to on respondent's commercial liability and witnessed by a third party public witness, e.g. notary public, or other person qualified to attest to foreign bills or the matters expressed in this affidavit that rebuts this affidavit, or the truths expressed in this affidavit shall constitute the final truth and commercial judgment against the USA, all sub-corporations of the USA, agents and agencies or others holding offices of trust or profit or trust under the USA.

## Removal of USA Citizenship

3.  This 8th day of May, 2012, with peace and honor, Affiant gives notice of the removal of USA[1] Citizenship and the nullification of all obligations of Anita Elizabeth Johnson arising from the creation of the Cestui Que trust by the SS-5 application for benefits for ANITA ELIZABETH JOHNSON©, the creation of the birth certificate trust of which is recorded in the State of Maryland, County of Baltimore, with the Registrar's no. AA-100007, BC#119-01628 and the creation of the SGT ANITA JOHNSON, USMC trust created by DD Form 4 for enlistment of the UNITED STATES ARMED FORCES

## Declaration of Independence

4.  Indigenous Affiant declares independence from the USA and all sub-corporations thereof, and heretofore, herein and hereafter claims absolute power, authority and control over herself, without limitation, and herein states, for the record, that she is a free, sovereign indigenous peoples woman who is entitled to all rights, protection and freedoms accorded by or found in the United Nations Declaration on the Rights of indigenous peoples, including the Right to identify herself as indigenous and to be recognized as such.

    a.  Truth- you (Respondents) have an obligation to obey the law and are required to cease and desist from the exercise of any power that is incompatible or inconsistent with this declaration.

    b.  This matter is therefore settled. Respondent(s) is/are collaterally estopped from exercising any legislative, executive, or judicial power over the affiant, or the members of her family, without their free, informed and written consent, and that is inconsistent with

---

[1] Including the USA, United States Corporation(1787), United States of America, United States, 28 USC 3002 United States as a Federal corporation, United States formed 1781 of sovereign states, and the Government of the District of Columbia created February 21, 1871

the principles of international law as stated in the United Nations Declaration on the Principals of International Law Concerning Friendly Relations Among States in Accordance with the charter of the United Nations, pending your establishment of proof of claim that I am subject to jurisdiction of the USA, or persons holding offices of trust or profit under the United States.

5.  Indigenous Affiant invokes, as a matter of Right, the protections accorded to her by virtue of her former colonial status. Affiant asserts that she is one of the people identified in, and granted independence by, the provisions of the United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples, in its entirety, specifically at Article 5, which provides that immediate steps shall be taken in trust and non self governing territories and all other territories that have not yet attained independence to transfer all power to those designated as colonial peoples.

### Repudiation of Presumption of jurisdiction by USA

6.  Indigenous Affiant further gives notice of the Repudiation of Obligations of Contract made with The USA including obligation arising from the creation of the birth certificate trust in the County of Baltimore vital statistics office BC#119-01628 ,and the Cestui Que trust created for SS-5 application for benefits For ANITA ELIZABETH JOHNSON© SS#***-**-5782 F80413695 and Maryland Driver's License# J-525-067-210-067.

7.  As a result thereof, Affiant renounces, rescinds, revokes, and removes her signature from the above and all contracts of which may appear to convey or construe the granting of Jurisdiction to the USA or any entity operating under its authority.

8.  Affiant hereby gives Notice of Withdrawal of State of Maryland Residency.

9.  Affiant hereby gives Notice of Withdrawal of District of Columbia Residency.

### Actual and constructive notice of Free Sovereign Indigenous Standing

10. Indigenous affiant gives actual and constructive notice of her indigenous status and states that she is an indigenous inhabitant living on ancestral lands that by virtue of that status and authorities arising from customary and treaty based international law, including international human rights law, she is exercising her fundamental human right to self determination. This right includes but is not limited to:

   a.  Affiant's right to identify herself as a free sovereign indigenous woman and political power holder and to be recognized as such,

b.  Affiant's right to declare her independence from the USA, which is the colonial authority that the respondent(s) is/are operating under.

c.  Affiant's right to demand that the USA, fulfill its' customary and treaty based obligations to promote and protect affiant's universally recognized human rights and fundamental freedoms.

## Self-determination

11. I claim the fundamental human right of a sovereign, Free, Indigenous Woman to repudiate your claims of power over me, the woman on the land, and herein and hereafter inform you that I am responsible for my debts only. I do not honor nor do I accept the compelled liability arising out of any contract or agreement existing between the State and the REAL PARTY IN INTEREST, my transmitting utility, and I demand that you cease to exercise any powers that were reserved to you under the colonial system of apartheid and slavery initiated in, and being practiced by persons holding offices of trust or profit under the USA and its agents to oppress and to repress the indigenous peoples of this land.

12. I require that you transfer to me all power or presumptive powers to the free sovereign indigenous woman and political power holder, and that you comply with the provisions of the FOIA, 5 USC 552, and the privacy Act 5 USC 552a, and provide me with copies of all records, all notes, all preparatory notes and all files containing information about me, of whatever nature, and from any source, whether stored in databases or as physical records, made by any creature of the USA that identifies me or that contains identifiers that relate to me. Please note that I restate my claim of independence from the USA and/or it's designees, and I require that Respondents comply with their obligations arising therefrom. With my independence I reserve my rights to the assets and interest(s) held in trust.

13. I refuse for fraud and without dishonor as per UCC 3-505 and without recourse to myself, or other members of the Indigenous family unit that I am a member of, the compelled liability arising out of any commercial contract or agreement that we do not enter into voluntarily, intentionally, and knowingly. I refuse to act as surety for, or forced liability of a statutorily created and fictitious entity (ANITA ELIZABETH JOHNSON©).

14. Please take note of the Maxim of Law that provides that "All man are equal before law" and that "no one is above the law". Respondent(s) are not above the law, have a duty to obey the law, and, have sworn a solemn oath to obey the law and are required to promote and protect human rights recognized in the international law instruments cited herein and must accept commands given to promote and protect the universally recognized human rights and fundamental freedoms.

15. I accept for value and consideration the obligation of all persons holding an office of trust under the United States to perform under customary human rights law and I extend this obligation to include, but not to limit to, obligations arising out of treaty based international law, including but not limited to international human rights law; and, I accept the competence of any international tribunal to resolve conflicts between the USA and myself while strictly denying to any court of the USA the power to usurp my judicative rights or to entertain any action wherein I am conscripted to perform and bound by an involuntary contract. The respondent(s) stipulate to this acceptance and agree that they accept commercial liability, in their private capacities, for any violations of customary or treaty based international law.

16. Affiant requires the respondent(s) to specifically perform under the following instruments:

   a. The Charter of the United Nations Charter, and the Universal Declaration of Human Rights, the International Covenant on Civil and Political Rights, the Declaration on the Principles of International Law Concerning Friendly Relations Among States In Accordance with the Charter of the United Nations, the Convention on the Prevention and Punishment of the crime of apartheid, and all others Declarations, Resolutions, Agreements, Covenants, Conventions arising therefrom, without limitation.

   b. The Charter of the Organization of American States, the American Declaration of the Rights and Duties of Man, the Inter-American Declaration on the rights of indigenous people, and ALL Declarations, Resolutions, Agreements, Covenants, conventions arising therefrom.

   c. All other International Human Rights law protects the rights of indigenous people.

17. You are hereby notified that any exercise of power that is not specifically delegated to the Respondent(s) responsible for, or participating in, any activity that infringes on my rights, or the rights of my family members, leaves those engaging in such infringements personally liable at commercial law for the torts committed, and is an acknowledgement that you are aware of the limitations on your delegated powers and are acting outside of the scope of any delegated powers and that any exercise of power makes me the victim of the crime of abuse of power, and that I will use all commercial modalities available to me, to extract procurement of amounts incurred as a result of your failure to comply with the Maxims of Law, the Bankruptcy Code, the UCC, or International Law as set forth in the list of instruments that I have accepted for value and consideration and which impart to all agents of the USA an obligation to perform there under, and for sums you owed to us as indigenous people and heirs to the land.

18. Affiant declares that at no time during the course of her life, through her words or actions, or inactions, has she willingly, knowingly, intentionally, competently, or voluntarily requested or accepted benefits from the United States or its subdivisions, including but not necessarily limited to, United States citizenship, State of Maryland residency.

Serial No. AA-100007

19. Affiant hereby timely withdraws each and every mistaken or presumed request or acceptance of benefits granted by the United States or it Subdivisions.

20. Affiant hereby gives Notice of Withdrawal of actual or constructive national citizenship of Affiant.

21. Affiant hereby gives notice that Affiant is an indigenous individual and part of an indigenous community living on the lands invaded and claimed by the USA, and subject only to indigenous law and jus cogens.

22. Affiant hereby gives notice to those that have violated her rights and those that are violating her rights and all persons that violate her rights in the future do agree that they incur commercial liability in the amount of $1,000,000.00 per violation, per each day that the violation has existed , exists, or comes into existence in the future. Further Note that the terms of this agreement shall come into force with your silence. Your silence is your acceptance of the provisions of this affidavit and authorizes the Affiant to:

    a. File a commercial lien against any person, resident, or citizen of the USA or one of the several states, in both your public and private capacities for violations of this agreement, in the Office of the Secretary of State for your state, after the commercial grace period of 90 days has expired, to cause the secretary of state to issue UCC 9 documents that instruct the sheriff to seize the liened property and transfer the same to the ownership and control of the Affiant and give the seized property to the affiant in a partial or total discharge of the debt, based upon the amount to be deducted from the total liability. Seizure will occur at the behest of the affiant and the Respondent(s) agree to termination of ownership and to the transfer of same to ownership and control of the affiant.

    b. Bring a chapter 7 involuntary bankruptcy petition against you in a foreign jurisdiction and thereafter to liquidate your holdings at the direction and behest of the Affiant.

    c. Seek judicial enforcement of commercial judgment incurred as a result of infringement upon my sovereign right to self-determination.

23. Affiant hereby gives Notice that Affiant demands that the USA declare as criminals those persons, organizations groups that use force or the threat of force to subject me to violations of the provisions of 18 USC 1091, as per the provisions of the Convention on the Prevention and Punishment of the Crime of Genocide and the Convention on the Suppression and Punishment of the Crime of Apartheid.

24. Affiant hereby demands Proof of Claims of Jurisdiction, Power or control over her indigenous human Being, or her immediate or extended families that is consistent with obligations incurred by you under the United Nations Declaration on the Principals of International Law Concerning Friendly Relations Among States in accordance with the Charter of the United Nations and the United Nations Declaration on the Rights of indigenous peoples.

25. Demand for proof of claim that Respondent(s) are immune from obligations arising out of customary and treaty based human rights laws.

26. Reservation of Rights as per UCC 1-207 or other applicable statutes, rules, or regulations existing in domestic, customary and/or treaty based international law, including international human rights law: I reserve my right not to be compelled to comply with the provisions of any regulation, rule, statute, resolution or any other regulatory pronouncement or edict, from any colonial source, that assigns to itself, or others, any power or authority to interfere with my free exercise and full and effective enjoyment of any universally recognized human right or fundamental freedom I refuse to honor, or to accept, the compelled liability arising out of any commercial contract.

27. This is a Commercial Affidavit and an expression of the Affiant's truth that is made under the rules that govern commercial transactions. **The Maxims of Law**:

   a. A workman is worthy of his hire.

      i. Affiant is a workman and is worthy of her hire to provide for herself and family.

   b. All are equal before law.

      i. Affiant claims that she is equal before the law and asserts that this equality permits her to make this affidavit and to require a response from the respondent(s). I claim this right.

   c. In Commerce Truth is Sovereign.

      i. I acknowledge that truth is sovereign and I claim the right to require that the USA and those claiming authority over me act in accordance with this Maxim and respond, truthfully, to this Demand for proof of authority, jurisdiction, power or control over me and my family, and I require that you provide me a Full Accounting of all accounts that use or include the SSN# 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.

   d. Truth is expressed in the form of affidavit.

      i. I claim the right to express this truth and respondent(s) must select one of the following options.

         1. To accept this truth, or,

         2. To rebut it, or,

         3. To accept commercial liability for failing to rebut this affidavit.

      No other options are commercially acceptable to the Affiant or valid at international law. Please do not call, write or attempt any other communication that is inconsistent with the intent stated herein and the rules of commercial law. Failure to comply incurs commercial liability.

   e. An un-rebutted Affidavit stands as truth in commerce.

      i. Respondent(s) failure to rebut this affidavit it means that the USA, the principal, and all others, the Agents, et al, agree that the matters expressed herein are true

and correct and that they accept commercial liability when infringing upon indigenous rights.

f.  <u>An un-rebutted Affidavit becomes the judgment in commerce.</u>

    i.  Should you fail to rebut this affidavit then its provisions are a commercial judgment against you

g.  <u>In commerce for any matter to be resolved it must be expressed.</u>

    i.  He, who does not deny, admits. You have claimed the right to regulate me and my activities and I require you to prove that such powers exist and you have the power to regulate non commercial, indigenous people and your failure to rebut is your admission that the matter is expressed in and is resolved by this affidavit.

h.  <u>He who leaves the battlefield first loses by default.</u>

    i.  Your failure to rebut this affidavit means you have left the battlefield first and are thereafter collaterally estopped from seeking to force me to perform under any contract or agreement that I did not enter into voluntarily, intentionally and with full knowledge.

i.  <u>Sacrifice is measure of credibility (no willingness to sacrifice = no liability).</u>

    a.  Your failure to rebut is an admission that the truths stated in this affidavit constitutes a contract with the USA and its agents to promote and protect my family and I rights and this means that:

    a.  have no liability and responsibility to accede to your demands or to answer or to respond to any communications from you;

    b.  You have no authority to maintain records that infringe on my right to privacy.

    c.  You have no authority to exercise jurisdiction, power, or control over me.

    d.  You have no measure of conviction that you are operating lawfully or legally when you maintain records or disseminate information that relates to or identifies me, a non commercial indigenous human being as a corporate entity.

    e.  Indigenous peoples do not fall within the scope of the authorities granted to you under the commerce clause that gives you authority to maintain records on me.

    f.  Respondent(s) have no authority to interfere with the free exercise of, and full and effective enjoyment of, my fundamental human rights.

28.  The provisions of the included list of Instruments of International Law shall govern any claim that is made against me by the USA, State of Maryland, or by one of its creatures, and is an

invalidation of any prior or existing claim or presumption of claim, and a repudiation of all claims of authority, jurisdiction, power and control over Me and constitutes a Demand for A Bill of particulars which contains a Full Accounting of all Accounts held by the USA, or entity operating under its authority or subject to its jurisdiction, that contains personal identifiers, including SSN#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, all asset, serial, and identifying numbers as may be found on either side of the Certificate of Live birth or SS5 card (social security card).

29. Your bill of particulars, Demand for A Full Accounting, of all above referenced accounts must document and provide proof of claims for each exercise of jurisdiction that has occurred, is occurring, or which will occur in the future:

    a. Proof of your personal authority to derogate from customary international law or the provisions of Treaties and/or other international human rights instruments that the USA is party to and which obligate the USA and it's creatures and requires them to promote and protect my universally recognized human rights and fundamental freedoms, including, but not limited to, my Right to Self Determination.

    b. Proof that you are operating under a valid authority that the Affiant is subject to and that complies with the provisions of the United Nations Declaration on the Principals of International Law concerning Friendly Relations Among States in Accordance with the Charter of the United Nations.

    c. Proof in the form of a certified, signed copy of the Delegation of Authority Order that identifies the claimant sub-corporation, agent, representative or other creature of the USA, or the USA, by name and title, that authorizes the claimant to exercise jurisdiction, power or control, over this indigenous Affiant or members of her family, or, other indigenous peoples.

    d. A certified copy of the proof that claimant is permitted to deny the Affiant and her family the equal protection of the laws of the USA or to use force and/ or the threat of force, to compel her to enter into commercial contracts or agreements that deny her the free exercise of, and the full effective enjoyment of, universally recognized human rights and fundamental freedoms, including but not limited to, the fundamental human right to travel freely and unencumbered, throughout this land, or, the right to privacy which includes within its scope the right to be free of undue and unlawful interference with such rights and that support your claim that you can compel me to comply with statutory or other regulatory provisions that govern corporate entities despite my non corporate status.

    e. An affidavit rebutting the claims made in this affidavit. Your affidavit must be made according to the Rules of Commercial law, as stated in the Maxims of Law, and, must be signed by the person making claim of jurisdiction, power or control over me, and must be subscribed and sworn to on the claimant's personal commercial liability, and witnessed by a competent third party public witness such as a notary public, or other qualified to note foreign bills.

    f.   Proof that you are authorized to maintain records on me or my family without our prior written and informed consent.

## Notice and denial of Commercial and Corporate Status

    30.    Affiant is not a CORPORATE ENTITY, and under UCC 2-608 herein rebukes, repudiates and revokes all claims or presumptions that she is a corporate entity or that she has voluntarily, intentionally or knowingly sought corporate status, and full where such status was sought or acquired, repudiates all such acceptances because of lack of full disclosure and fraud in the factum.

31. Please take notice that you do not have any power over me because you are operating under grants of power emanating from the Commerce Clause of the Constitution for the United States of America and are therefore bound by its provisions and by the provisions of international law, and by Title 11 of the USC, cited as the Bankruptcy Code, which has required you to relinquish any claim that you might wish to resort to asserting that you have sovereign immunity or that you are not commercially liable when engaging in any act of commission or omission that deprives me of any Right or Freedom.

32. I will not argue with you or dishonor you in any way and I am submitting this affidavit as proof that I have apprised you of my non corporate status and informed you that you must submit proof that authorizes you to derogate from the provisions of international law.

33. I deny that any creature of the USA, or other alien entity, is vested with power to interfere with my life or to infringe on the free exercise of universally recognized human rights and fundamental freedoms recognized in international law and I require that the respondents comply with the Maxims of Law and the general rules of commercial law, the Bankruptcy Rules provided for by and in Bankruptcy Code, 11 USC, and I require that all claims of power over me or other members of my family be supported by commercial affidavit that is sworn on the commercial liability of the persons or persons making any claim against us that substantiates the authority of the claimant to make any claims over us, as we are non-corporate people who are not subject to regulation by any commercial agreement.

34. Notice of obligation of all persons holding an office of trust or profit under the USA to obey the the law, including, but not limited to, jus cogens and treaty based international law, including, but not limited to, international human rights law.

35. The USA is bound by the terms of the United Nations Charter, and the Charter of the OAS, and is bound by the specific terms of these instruments to promote and protect the rights of indigenous peoples that are enumerated in the declarations, resolutions and agreements arising from those bodies.

**Notice to executive agencies and executive agents or other making claim against debtor**

36.     You are required to submit to the affiant a response/ cross-claim to this Affidavit of Truth that rebuts the claims herein, categorically, and are on a point for point basis are collaterally estopped from proceeding in matter regarding my family members or myself without our prior written and informed consent, prior to the adjudication or disposition of this affidavit/counter claim as mandated by 11 USC 7013, see rule 13(A) Where this Affidavit constitutes a counter claim and a rebuttal of the presumption that you are authorized by any law, rule, resolution, or other, to maintain records on me/us/indigenous peoples or to interfere with my privacy.

37. You must cite, for the official record, the authority that allows you, the Executive Agency or Agent to regulate the conduct and activities of indigenous peoples, and you must also offer proof that demonstrates that the Affiant is one of the persons found or included within the scope of persons that the executive authority, that empowers you, is empowered to regulate, and you must swear on your commercial liability that the information is true and your affidavit must be a third party public witness.

38. You may not interfere with, monitor us or interfere with my/our privacy and you are required to inform all persons seeking information about us that there is no basis for such and that transmittal of same constitutes a violation of my Fundamental Human Right to Privacy and a criminal conspiracy to deny equal rights and a deprivation of rights described in 18 USC 241 and 242.

39. Rule 8(d) of the Civil Rules of Procedure and the Maxim of Law provides that an unrebutted affidavit presumed to be true in commerce. If you fail to answer this affidavit then you and Your Principal shall be deemed to be in Commercial Dishonor and this affidavit shall constitute a judgment against you.

40. This affidavit specifically rebuts any presumption that you may interfere with human rights or that you are immune when you fail to honor your obligations under Executive Order 13107, Implementation of Human Rights Treaties, or International law instruments, including Human Rights instruments which specifically deny to you any power to interfere with my/our individual or collective rights as indigenous peoples.

41. Please Note the limitations to your power. The USA and all if sub-corporations are bankrupt and the provisions of the Bankruptcy prevent you from requiring me to place myself under your authority and any attempt to do so is considered an act of genocide and a violation of the Rules of the Bankruptcy 11 USC.

42. Affiant is not a bankrupt entity, is not bankrupt and is not subject to commercial regulation per the terms of the bankruptcy. Affiant is not a slave, see Thirteenth Amendment, and the USA does not act under any legitimate authority, and may not grant to any of its creatures commercial immunity when they violate my/our universally recognized human rights and fundamental freedoms or when they subject me/us to alien subjugation, domination and exploitation by granting to themselves the power to derogate from international law instruments and to commit war crimes and crimes against humanity, inter alia, interfering with the civil, political, economic, social rights of indigenous peoples or by dividing or by violating the provisions of international

law enshrined in the Certified, Convention Against Torture, Cruel, Inhuman and Degrading Punishment, and other criminal statutes.

43. Affiant is an indigenous individual, as that term is defined in international law, including, but not limited to, international human rights law, and is the First Creditor, Secured Party, Superior Claimant, Holder in due course, and holds a priority lien hold interest on all property, real and private, tangible and intangible that is owed to or held in the name of or for the benefit of the living :Anida Eliza Ali, previous Organization # 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 evidenced by this Affidavit and Notice, the provisions of the Universal Declaration of Human Rights, United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples, The United Nations Declaration on the Rights of Indigenous Peoples, the Inter-American Declaration on the Rights of Indigenous Peoples, and the Vienna Declaration and Program of Action, and ILO Convention 169.

44. Affiant is not a sub corporation of the USA and does not voluntarily surrender to the USA or any sub corporation thereof, power to classify her as a corporate entity or to use such classification as a pretext for interfering with her free exercise of, and full enjoyment of, any of the universally recognized human rights and fundamental freedoms found in customary and treaty based international law, including human rights law.

45. You are required to file this document and to report to all inquirers that I am not a corporate entity and that I am not subject to the rules that regulate corporations and that each inquiry that uses my name is an unlawful interference with my internationally recognized human rights and fundamental freedoms.

46. If you fail to comply with this demand and continue to disseminate information in association with me, then each person or resident or citizen of the USA or one of the 50 states, agrees to accept personal commercial liability in the amount of $10,000.00 for each tort or violation of law, including but not limited, to wire fraud and/or mail fraud , extortion of rights, conspiracy to deprive rights, or other infringement upon or interference with my rights, or to pay the actual amounts provided for at law, including international criminal law, whichever sum is greater, for every individual act, singly and multiple payments when more than one act is committed or omitted, and, each state actor or person acting with, conspiring in the commission of, aiding, or abetting or in a way complicit in the interference with my rights and each of you, publicly and privately are subject to the judgments of this affidavit.

47. And you also agree to name me as your settler and authorize me to settle the commercial liability obligation that you incur when committing an act prohibited in this affidavit, or by customary and treaty based international law to file a UCC 1, Financing Statement and commercial lien against you, the perpetrator, or bring a Chapter 7 involuntary bankruptcy action against you in a foreign jurisdiction and thereafter liquidate all your possessions to satisfy this debt.

48. You are given a time of 14 days, exclusive of the day of service; an opportunity to respond to rebut this Affidavit or to accede to its provisions; and a place to post your response to. Your response must be posted to me at this location:

United Postal Service
9900 Greenbelt Road
Lanham, Maryland 20706

**49.**     Your failure to rebut the claims made herein shall constitute your tactic agreement that the claims are true and your acknowledgment that we agree on all points and we further agree that respondents agree not to interfere with Affiant's privacy in the future and that you:

    a.   Have no authority of me or any member of my indigenous family that we are obligated to recognize or perform under,

    b.   Are required to fulfill your commercial obligation to cease and desist from interfering with the free exercise and full and effective enjoyment of any universally recognized human right or fundamental freedoms, and,

    c.   That you will promote and protect these rights.

**50.**     Upon acceptance and silence the provisions of this affidavit shall constitute a binding contract between all parties, i.e., the Affiant and the USA and its agents, and an agreement that:

    a.   The USA, its' sub-corporations, and all persons, residents or citizens of the USA of the several states shall cease and desist from any activity that infringes upon Affiant's free exercise of, and full and effective enjoyment of any universally recognized human right or fundamental freedom.

    b.   That the USA acknowledges my independence and my sovereign right to self-determination.

    c.   That I (Affiant) am not one of the persons identified in 1 USC 1 or 11 USC 109.

    d.   That I (Affiant) am a living woman and that living women are not subject to regulation by commercial statutes intended to regulate creations of the state.

    e.   That the USA acknowledges that I (Affiant) and my indigenous family have complete and full diplomatic immunity

Affiant will hereafter use all appropriate negotiable instruments existing in HJR 192, PUBLIC LAW 73 - 10 CHAPTER 48 STAT 112, and PUBLIC LAW 73-10 40 STAT 411 to Discharge Public Debts.

YOU HAVE BEEN NOTIFIED

Dated this _11_ day of May 2012

For: Anita Johnson All Rights Reserved
Indigenous Woman, UCC 3-402(b)
Exemption ID: 219175782

Serial No. AA-100007

Indigenous Woman, UCC 3-402(b)
Exemption ID: 219175782

State of _Maryland_                      )

                                         )ss          **ACKNOWLEDGMENT**

County of _Prince Georges_               )

I, _Daryl Hannah A. Rodriguez_____, a Notary Public for said County and state, do hereby acknowledge that on this day the Affiant did, through his Authorized Representative :Anida Eliza Ali ARR, did appear before me and execute the foregoing. Witness me hand and seal

this _11th_ day of May 2012.

_Daryl Hannah A. Rodriguez_                    _12/09/2013_

Notary's name                                  Commission expires

```
DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013
```

A Security (15 USC)
USSEC Tracer Flag
Not a Point of Law

# AFFIDAVIT OF NOTARY NOTICE OF DISHONOR

You are herein given official notice that I, as an official Notary Public of the State of Maryland, have been requested to present this VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE OF DISHONOR on behalf of Anida Eliza Ali, Authorized Representative for ANITA ELIZABETH JOHNSON.

As of July 27, 2012, even until today August _16_, 2012 I _Daryl Hannah A. Rodriguez_ have not received a written response from Hilary Rodham Clinton, D/B/A Secretary of State, in response to the items presented with United States Postal Service Certified Mail Number 7006 0100 0003 5839 9995. Therefore, the respondent is now officially in dishonor.

Date _Aug. 14, 2012_

State _Maryland_

County of _Prince George's_

Notary _____

_12/09/2013_

Notary Commission Expires

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

# CERTIFIED DECLARATION OF EXPRESS TRUST INDENTURE

Full Autonomy guaranteed to all Free National Beings.
THIS TRUST INDENTURE is made as of the _11th_ day of May, 2012 BETWEEN:

Anida Eliza Ali a Moorish American Moslem (hereinafter called the "Settlor") - and – Ahmed Abu Naji Ali, a Moorish American Moslem (hereinafter called the "Trustee"), and is for the sole purpose of announcing the Status, Nationality, Birthright, Rights, Hereditaments, Religious Society, et al applicable, of and or for the "Settlor" and is subject to International Law & Treaties.

This Trust is created by "Settlor", and the property is exchanged to and accepted by "Trustee" on behalf of the Beneficiary. This Trust (hereinafter called "Trust") establishes a Declaration, a Proclamation, a Notice by affidavit, and is affirmed in the form of this EXPRESS TRUST ORGANIZATION. This Expression is created on and for the record by this Trust Indenture and is authorized to exist in contract law. It is agreed by "Trustee" that once the acknowledgement for this Trust indenture is signed by both parties, and or additional property is acknowledged and exchanged into the Trust thereafter, the property will be immediately returned to settler to administrate as he sees fit, and it is further understood that this Trust shall function through the Settlor, acting as managing director, holding full title, for the benefit of the same for this Express Trust.

The name of this Trust shall be **ANIDA ALI BORN EXPRESS TRUST**, (hereinafter called "Trust") hereinafter referred to as the "Trust", under this Trust Indenture. This "Trust" may incorporate the public nominee of **#1 INVESTMENT TEAM, INC.,** hereinafter referred to as "Trust" in this Trust Indenture and may be used interchangeably throughout its existence.

ARTICLE ONE
RIGHTS.

The "Settlor" is a Free National Being and part and parcel to the Free National Government Moorish Science Temple of America the "Trust" shall be originally domiciled in the jurisdiction of the Moorish Divine and National Movement, and shall be interpreted and construed under the Divine Constitution and bylaws of the Moorish Holy Temple of Science, a Free National Constitution.

"Settlor" hereby invokes any protections, benefits and rights in any and all international agreements or Treaties for, to, concerning, and or between, the Native Americans and or the Indigenous/Original Peoples of North South and Central America, et. al. applicable, and hereby reserves:

1. All rights to obtain, use, request, or refuse or authorize the administration of, any food, beverage, nourishment, or water, or any substance to be infused or injected into, or affecting the body by any means whatsoever;

2. All rights to request, refuse, or authorize the administration of, any drug manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process whatsoever;

3. All rights to access and use utilities: upon discharge of the same unit cost as the comparable units of usage offered to most-favored customers, including cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, www [internet], and all other methods communications, energy transmission', and food or water distribution reserving all rights on trade names copyrighted and noticed to all users above;

4. All rights to barter, buy, contract, sell, or trade ideas, products, services, intellectual properties or work;

5. All rights to create, invent, adopt, utilize, promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange,"

6. All rights to use any free, rented, /eased, purchased, adversely possessed, fixed or mobile domicile, as though same were a permanent domicile, without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

7. All rights to manage, maneuver, direct, guide, navigate, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

8. All rights to enter in obligations and procreate offspring, and to rear, educate, train, guide, and spirituality enlighten any such offspring, without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever or have my Indigenous Offspring subject to agencies of the United States or United States of America;

9. All rights to buy, sell, trade, grow, plant, cultivate, harvest, raise, gather, hunt, trap, angle, and store food, fiber, plant, herbs, Cannabis Sativa, and raw materials for food, shelter, clothing, consumption, spiritual enlightenment, medicine and survival;

10. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, expression, status, nationality and birthright, without any burden on religious practices or the like, abridgment of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition Governments for redress of grievances, or correction of the like on and for the public and or private record;

11. All rights to keep and bear arms, concealed or unconcealed, for self-defense of self, family, and parties entreating physical protection of person, or property;

12. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

13. All rights to create documents of travel of every kind whatsoever, including those signifying diplomatic status and immunity as a free, independent, and sovereign state-in-fact;

14. All claims of ownership or Original and Certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e. mind, body, soul, free will, faculties, and self;

15. All rights to privacy and security in person and property, including but not limited to all rights to safety and security of all household or sanctuary dwellers or guest, and all papers and effects belonging to Anida Eliza Ali SETTLOR, TRUSTOR, ASSIGNOR, CONSIGNOR, BAILOR, GRANTOR, BENEFICIARY, or any household or sanctuary dwellers or guest, against governmental, quasigovernmental, or private intrusion, detained, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

## ARTICLE TWO
### TRUST PROPERTY.

"Settlor" hereby offers to convey, via this express Trust, on and for the record, certain properties of De jure expressions, proof, credentials, certifications, authentication, documentation, affidavits, announcements, declarations, proclamations, the nature, filings, correspondence, information, identifying marks, images, licenses or travel documents, materials, permits, registrations, and records and records numbers held by any entity public or private, for any purpose, however acquired, as well as the analyses and uses and any

use of any information and images contained therein, regardless of creator, method, location, process, of storage form, including all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or *transmitting* said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records, records numbers, and the like; and identity and description of the same, which are presently known by and or presented to both the "Settlor" and "Trustee" within each exchange, and which shall be further identified and described in Schedule A, a UCC financing statement, and or appropriate minutes thereafter, and shall be

incorporated herein by reference and or attachment immediately upon its execution; Trust Property is private property in all Counties, States, and territories of the United States/ United States of America, all other jurisdictional areas, not withstanding any other country, Continents, land or territory on Earth; to be brought out of the fictitious zone, secured by aboriginal and or original - allodial title records & Treaty Rights, et al applicable.

## ARTICLE THREE
### PURPOSES OF TRUST.

The "Settlor", desires to create this Trust to use as a conduit to express in the private and or to the public, for whatever reason deemed necessary, his undisputed free national standards, status, nationality, birthright, rights, immunities, announcements, credentials, religion, and the like, et al applicable, on and for the record for the benefit of the same, and to hold title to the "Trust Property" and to manage, protect, present, record, file, amend, and conserve it until the death of the Settlor.

## ARTICLE FOUR
### DISPOSITIVE PROVISIONS.

Whereas, dispositive refers to something that settles a conflict or resolves a situation once and for all, the "Settlor" may freely act under all or any of the powers by this Agreement given to him in all matters concerning the Trusts after forming their judgment based upon all the circumstances of any particular situation according to Love, Truth, Peace, Freedom and Justice, and to determine the best course to pursue in the interest of the "Trust" and the "Beneficiary", without the necessity of obtaining the consent or permission of any interested person, or the consent or approval of any court.

The "Managing Director" shall have the power to determine the allocation of receipts between corpus and income.

This Trust will have one beneficiary for the life of the Trust, and that beneficiary will be the same as Settlor.

## ARTICLE FIVE
## TRUSTEE ADMINISTRATIVE POWERS.

Whereas, "Settlor" grants the Trustee powers of to assume the role(s) and title(s) of Board of Trustees, Secured Party Trustee, Executive, Director, or Administrator for the "Trust" and can and shall be carried out in accordance with Trust Agreement. The "Trustee" shall be responsible for delegation of authority and/or execution of the daily business of the Trust. To include the right to execute and deliver all instruments or writings which it may deem advisable to carry out any of the foregoing powers on behalf of the beneficiary, only if the Settlor/Managing Director is incapacitated, incarcerated, or in any capacity that prevents Settlor/Managing Director from handling said Trust in accordance to this Trust indenture.

"Trustee" has all of the authority provided by the Texas Trust Code with all rights retained therein;

(a) To compromise, settle, arbitrate, or defend any claim or demand in favor of or against the Trusts in favor of Beneficiary;

(b) To incur and pay the ordinary and necessary expenses of administration, including (but not by way of limitation) reasonable attorneys' fees, administration fees, notary fees, and the like.

(c) To initiate or defend, at the expense of the offender, any litigation for compensatory or punitive damages on behalf of the Beneficiary, this Agreement or any property of the Trust estate.

(d) To act through an agent or attorney-in-fact, by and under power of attorney duly executed by the Settlor or the "Trustee", in carrying out any of the authorized powers and duties;

(e) To appoint his or her successor "Trustee". If either of the named "Trustee" shall die, resign, become incapacitated, or refuse to act further as "Trustee", without having appointed a successor "Trustee", the other named "Trustee" may, but shall not be required to, appoint a successor "Trustee". The appointment of a successor "Trustee" shall be made by a duly acknowledged instrument delivered to the primary beneficiaries and to the person, if any, then acting as "Trustee". Trust specifically provides that a "Trustee" can delegate his powers through a Power of Attorney;

(f) To waive the payment of any compensation for their services;

(g) To interpret or construe the intent and direction of this Trust Indenture.

(h) To amend this Indenture in accordance with instructions from "Settlor/Managing Director".

## ARTICLE SIX
## TRUSTEE INDEMNITY AND HOLD HARMLESS.

"Settlor" instructs that "Trust" shall without benefit of discussion, and without division, does hereby expressly agree, covenant, and undertake the indemnification of, and does hold harmless "Trustee" from and against, but not limited to any and all: claims or legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summons, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due or may hereafter arise, to include any such claims and
the like that may hereafter arise with regard to any and all Collateral of "Trust", including, but not limited to all "Trust Property" listed in Schedule A for Collateral, et al applicable, by separate document, presented herewith.

The named "Trustee" shall not be required to give any bond or other security. The "Trustee" shall not be liable for any mistake or error of judgment in the administration of the Trusts, except for willful misconduct, so long as they continue to exercise their duties and powers in a capacity primarily in the interests of the beneficiary, only if the Settlor/Managing Director is incapacitated, incarcerated, or in any capacity that prevents Settlor/Managing Director from handling said Trust in accordance to this Trust indenture.

ARTICLE SEVEN
IRREVOCABILITY.

This "Trust" shall be irrevocable, however, the "Settlor" expressly does not waive any rights and powers, whether alone or in conjunction with others, and regardless of when or from what source he may have acquired such rights or powers, to alter, amend, invoke, ratify this Trust, or any of the terms of this Agreement, in whole or in part.

ARTICLE EIGHT
SITUS.

This Trust has been executed and delivered within the State of The Moorish Holy Temple of Science/America and shall be construed and administered according to the laws of that Constitutional Free National Government. The "Trust" is vested in the Principles of Love, Truth, Peace, Freedom and Justice, and is consummated upon Isonomi Nature's Law.

ARTICLE NINE
PRINCIPLES OF I.S.L.A.M

**The degree of** "/"represents the phase of consciousness that links one to their genetic nature or "Identity". This symbolizes the initial sincere desire to "know" his/her natal birthrights as it relates to their national parentage identity, psycho-spiritual system for spiritual advancement and the pursuit of right law as it pertains to their earthly existence. As it was stated by Sheik Sharif Abdul Ali, "What your Ancient Mothers and Fathers were, you are today without doubt or contradiction". This degree teaches the adept to focus on the "higher I," the genuine and essential Identity as opposed to the "lower I," the replacement and false Identity.

**The degree of "Self"** represents the phase *of* consciousness that encourages one to "Know Thy Self. This degree explores the physiology, occult anatomy, esoteric psychology and divine constitution "in" MAN. It urges the adept to learn about his/her "Microcosmic Self as it acts as a reflection of the "Macrocosmic Self. In the process of "Learning Thy Self to "Know Thy Self," the higher consciousness presses toward the elevated manifestation of Logos. This degree, symbolized by the pyramid and all seeing eye, encompasses the mysteries of a higher knowledge directed toward an open-ended living mind which infinitely reveals itself.
However, *the* adept soon learns that the mysteries of the open-ended living mind, does not continue to bestow higher frequencies of light coded information until "service," through right law (Isonomi), is manifest among the brotherhoods of the earth plane called Assiah.

**The degree of "Law"** represents the phase of consciousness that teaches MAN the science of governance through the operative science of "Isonomi," right law, as it relates to the seven universal principles (articles) of the divine constitution. This degree urges that one practice, advocate and act in divine accordance with "Universal Law" by respecting the "rules of cosmic nature". Right law, Isonomi, symbolizes the operative degree of the universal principles, in action, for the betterment of MAN, as a holistic entity. The practice of this
degree can best be described in the book on 1st John 4.20-21. "If anyone says 'I love God,' yet hates his brother, whom he has seen, cannot love God, whom he has not seen. And he has given us this command. Whoever loves God must also love his brother". If you look closely in the center of the compass and square, you find the Masonic trowel which represent a tool used to spread (love) cement between the bricks (ashlars, MAN) while building the universal temple of T.G.A.O.T.U. (The Great Architect of the Universe).

**The degree of "Am"** represents the phase of consciousness that sparks the revelation of the "I Am" principle, the inner kingdom with "GOD" presence illuminating the darkness of uncertainty. This degree teaches the Science of "synchronicity," the discipline of how everything is related, interconnected and has the divine spark of the "Most *High"* as the center of its existence, "As Above, So Below". This aspect of

the degree system communes the "I Am" consciousness and intelligence to the Planetary "I Am" intelligence to the higher angelic "I Am" intelligence and so forth. The adept, during this path of conscious enlightenment, begins to understand the evolutionary ascension of the hierarchy and the interpolation of the many universes (Chilicosm) within the divine mind.

***The degree of "Master"*** represents the adept's journey to "full" self discovery. As this degree is identified with the zodiacal ideograph of the mundane cross, it symbolizes the release of one's lower universal existence from the cycles of life and death or the wheel of bardo (zodiacal wheel) through one acting out of right psychospiritual expression, right meditation, the positive practice of Isonomi, the complete assimilation of the lower self into the higher self and the unreserved submission to the divine universal constitution of "The All". In this degree, the logos, the circle and the seven are manifest and elevated consciousness of "Ho Christos" is revealed as MAN in a state of completion; however, continuing toward his more perfected self as Adam Kadom.

Definition **of Moslem:** A Moslem is the will of Allah or All-Law manifested in the flesh, and is not to be confused with Muslim as described within this trust indenture.

**Acknowledgment:** The acceptance and signing of the Indenture by the "Trustee" shall constitute the contract, and the signing and acknowledging of appropriate Trust Minutes thereafter by the Settlor/Managing Director shall constitute their acceptance of the Trust Indenture and the Trust property in the same manner as the "Trustee", without further act or conveyance.

In witness whereof the "Settlor" and the "Trustee" have executed this Agreement in on the date first set forth above.

SETTLOR:

**Anida Eliza Ali,** Moorish American National

TRUSTEE:

**Ahmed Abu Naji Ali**, Moorish American National

### STATEMENT OF WITNESSES

The foregoing CERTIFIED DECALARATION OF TRUST INDENTURE for Express Trust Organization named ANIDA ALI BORN EXPRESS TRUST, consisting of (12) twelve pages, including this page, was signed in our presence by **Anida Eliza Ali, and Ahmed Abu Naji Ali.**

We, at the request and in the presence of the "Settlor and in the presence of each other, have subscribed our names below as witnesses. We declare that we are of sound mind and of the proper age to witness an irrevocable Trust that to the best of our knowledge the "Settlor" is a Moorish American National, of the age of majority, or is otherwise legally competent to make an irrevocable Trust, and appears of sound mind and under no undue influence or constraint.

**SCHEDULE A**
**"Trust Property"**

Entered into this date by and between the "Settlor" hereto and the "Trustee" both Moorish American Moslems, within the political jurisdiction of the Moorish Divine and National Movement. For the Scheduling of Assets for:

**ANIDA ALI BORN EXPRESS TRUST,**
Irrevocable Express Trust Organization

In harmony with the Trust Indenture and the Trust Organization Bylaws, Settlor hereby conveys the following described property, and is accepted by the "Trustee" by and on behalf of the Trust. This list of property is comprehensive, and is the written description of those certain properties which were agreed upon and known to both the "Settlor and "Trustee" at the time of the execution of the Trust indenture, and includes all properties transferred and accepted, to wit:

1. Certified Declaration of Express Trust Indenture Serial No. AA-1251982-ET
2. Judicial Notice (Name Change) and Moorish Proclamation Serial No. AA-100001
3. Moorish Affidavit of Identification Serial No. AA-100002
4. Moorish Declaration Serial No. AA-100003
5. Treaty of Peace and Friendship 1787 No. ET-101
6. Legal Notice Name Declaration Correction and Publication No. LN/NCT No. 0001H
7. Affidavit of Financial Statement Serial No. AA-100006
8. Indigenous Sovereign Declaration ( Declaration of Independence) Serial No. AA-10007
9. Morroco Constitution No. ET-102
10. Declaration of Executorship Serial No. AA-100008

IN WITNESS WHEREOF, we have set our hands and seals, on this ___11th___ day of May, 2012

_____
Anida Eliza Ali, Settlor

_____
Ahmed Abu Naji Ali, Trustee

_Maryland_____ State    )
                                                      ) SS
_Prince George's_____ County  )

WITNESS my hand and official seal in the State and County aforesaid, this ___11th___ day of May, 2012.

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

Notary Public _____
State of ___Maryland_____
My Commission Expires:
___12/09/2013___

INDENTURE NO. AA-1251982-ET

**ACKNOWLEDGEMENT AND ACCEPTANCE BY TRUSTEE:**

Ahmed Abu Naji Ali, Secured Party Trustee, duly appointed by the Settlor of #1 INVESTMENT TEAM, INC., Express Trust Organization, as first "Trustee", herein accepts the duty as "Trustee" of ANIDA ALI BORN EXPRESS TRUST, and herein declares that this "Trust" is in full force and effect as of __11__ day, May, 2012, As, the Trustee", by signing this ACKNOWLEDGEMENT AND ACCEPTANCE hereby accepts in good faith and in accordance with the terms and purposes of "Trust" on behalf of the Beneficiary the properties to be set forth in Schedule A; accepts the conditions, terms and provisions of this Indenture, the Trust Organization Bylaws, and the resolutions of the Managing Director of this Trust interpreting the same as recorded in the minutes of its meetings from time to time, which shall serve as the governing instruments of the Board. This "Trustee" further agrees to manage, protect and preserve the Trust estate through prudent exercise of the powers and authorities provided within the Trust Indenture.

Date: _5_ Month / _11_ /Day/2012 Year


**Ahmed Abu Naji Ali,** *Trustee*


**MEMORANDUM OF TRUST DECLARATION**

Whoever has ears, let them hear, Whoever has eyes, let them see by these presents that;
I **Anida Eliza Ali**, Moorish American Moslem, as Settlor, and is Managing Director, created an irrevocable express Trust, known as the ANIDA ALI BORN EXPRESS TRUST or #1 INVESTMENT TEAM, INC.

Trust is dated _11th_ day of May, 2012, by executing a Certified Declaration of Trust Indenture, appointing Ahmed Abu Naji Ali, as "Trustee" (referred to as the "Trustee").

It is agreed by all parties that Notary Acceptor _Jaryl Hannah Rodriguez_ being the same Notary who acknowledged by notary seal the official acknowledgement and exchange of this trust will be accepting mail on the behalf of the Trust at c/o **.(INSERT ADRSS)**

This Memorandum of Trust Declaration is executed as evidence of the existence of the foregoing Certified Declaration of Trust Indenture.

Any person may rely upon this Memorandum of Trust Declaration as evidence of the existence of said Declaration of Trust, and is relieved of any obligation to verify that any transaction entered into by a "Trustee" thereunder is consistent with the terms and conditions of said Declaration of Trust The "Trustee" is a living Free National Being, not to be mistaken for the "Trust".

The Declaration of Trust and the Trusts created thereunder may be referred to by the name:

INDENTURE NO. AA-1251982-ET

**#1 INESTMENT TEAM, INC., or ANIDA ALI BORN EXPRESS TRUST**
*Irrevocable **Express** Trust Organization*

IN WITNESS WHEREOF, the Settlor has executed this Memorandum of Trust as of this___ day of May, 2012.

SETTLOR: _____

**Anida Eliza Ali**, Moorish American National

_____ State    )
                          ) SS
_____ County    )

Before me _____ a notary public, personally appeared, Anida Eliza Ali, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on this instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I _____, a notary public, also can attest under oath that the above image is personally known by me to be the Image of Anida Eliza Ali as described herein.

Witness my hand and official seal in the State and County aforesaid, this _____ day of May, 2012.

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

(SEAL)

Notary Public _____

My Commission Expires _____

INDENTURE NO. AA-1251982-ET

## AFFIDAVIT OF IDENTIFICATION

Trustee, **Ahmed Abu Naji Ali** hereby affirms and establishes that image in the below is a true reflection of the one called **Anida Eliza Ali,** and is the Settlor and duty appointed Managing Director of this Trust. This Affidavit of Trust Identification shall be used as a form of identification. This Affidavit of Trust Identification instrument is the copyrighted intellectual property of #1 INVESTMENT TEAM, INC.

1. Notice is hereby given that #1 INVESTMENT TEAM, INC. insures, indemnifies and holds harmless the one called **Anida Eliza Ali,** hereinafter referred to as "Settlor and or Managing Director" against any claims or charges on by Public Trustees and/or agents conducting business for a separate foreign Trust while conducting official business in accordance with the Trust.

2. "Settlor/Managing Director" must not be delayed, arrested, impeded or detained by any foreign officials. Any interloping by any foreign powers into #1 INVESTMENT TEAM, INC. Trust Administration must be subject to ANIDA ALI BORN EXPRESS TRUST fee schedule and claim for damages.

3. Herein, enclosed is a captured likeness of the reflection of the one called **Anida Eliza Ali,** Protector, is authorized to present this Affidavit for verification purposes

Date: _5_ Month/ _11th_ Day/2012 Year

_Ahmed Abu Ali_

**Ahmed Abu Naji Ali** , *Trustee*

## ACKNOWLEDGEMENT

_Maryland_____ State        )
                                 ) SS
_Prince George's_____ County     )

Before me _Daryl Hannah Rodriguez_ a notary public, personally appeared, Anida Eliza Ali, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on this instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I _Daryl Hannah Rodriguez_, a notary public, also can attest under oath that the above image is personally known by me to be the Image of Anida Eliza Ali as described herein.

Witness my hand and official seal in the State and County aforesaid, this _11th_ day of May, 2012.

INDENTURE NO. AA-1251982-ET

(SEAL)

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

Notary Public _____

My Commission Expires __12/09/2013__

## CERTIFICATION OF TRUST

**I, Ahmed Abu Naji Ali,** Secured Party Trustee, confirm the following facts:

1. The #1 INVESTMENT TEAM, INC. of 2011 is currently in existence and was created on October __5__, 2011

2. The settlor(s) of the Trust are as follows: **Anida Eliza Ali**

3. The currently acting Trustee of the Trust is **Ahmed Abu Naji Ali**, Secured Party Trustee,

4. The power of the Trustee(s) includes but not limited to.
(a) The powers to, convey and exchange.
{b} The powers enter into and cancel contracts.

5. The Trust is irrevocable.

6. The Trust does not have multiple Trustees.

7. The Trust identification number is as follows: AA-1251982-ET

8. Title to Trust assets shall be taken in the *following* fashion: By **Ahmed Eliza Ali**, Trustee, to be immediately conveyed back to the Settlor **Anida Eliza Ali** acting as Managing Director for this trust, after acknowledgement of the initial exchange.

9. The Trust has only one Beneficiary and is the same as Settlor.

10. Notary Acceptor *Daryl Hannah A Rodriguez* being the same Notary who acknowledged by notary seal the official acknowledgement and exchange of this trust will be accepting mail on the behalf of the Trust at c/o _9700 Greenbelt Road, Ste E, Lanham MD, 20706_

The undersigned Trustee hereby declare(s) that the Trust has not been revoked, modified, or amended in any manner which would cause the representations contained herein to be incorrect. The certification is being signed by the currently acting Trustee.

Date: __5__ Month/ __11th__ Day/2012 Year

*Ahmed Abu Ali*

**Ahmed Abu Naji Ali**, *Trustee*



# The State of Maryland

### Office of the Secretary of State

**I, John P. McDonough, Secretary of State of Maryland,** under and by virtue of the authority vested in me by Section 7-106 of the State Government Article of the Annotated Code of Maryland, Do Hereby Certify that

### Marilynn M. Bland

who has made and signed the attached certificate, was on the date thereof, the duly elected and qualified Clerk of the Circuit Court for Prince George's County whose official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.



**In Testimony Whereof** , I hereunto set my hand and have caused to be affixed the official seal of of the Secretary of State, at Annapolis, this 7th day 2012 of June, in the year of our Lord.

*Secretary of State*

No. 164733

**STATE OF MARYLAND, Prince George's County, Set.**

I, Marilynn M. Bland, Clerk of the Circuit Court for Prince George's County, Maryland, a court of record, do hereby certify that Daryl Hannah A. Rodriguez was a commissioned/appointed and qualified Notary, Prince George's County, MD commencing on the ___5th___ day of ___January___ , ___2010___.

...timony Whereof, I have hereunto set my hand and affixed the seal of the Court _____ day of _____June 7th_____ , ___2012___.

Marilyn M. Bland

Clerk of the Circuit Court for
Prince George's County, Maryland

## CERTIFICATE OF NOTARY PUBLIC

_Maryland_ _____ State       )
                                   ) SS
_Prince Georges_ _____ County )

Before me _Daryl Hannah A Rodriguez_ a notary public, personally appeared, Anida Eliza Ali, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on this instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I _Daryl Hannah A Rodriguez_, a notary public, also can attest under oath that the above image is personally known by me to be the Image of Anida Eliza Ali as described herein.

Witness my hand and official seal in the State and County aforesaid, this _11th_ day of May, 2012.

(SEAL)

```
DARYL HANNAH A. RODRIGUEZ
   Notary Public-Maryland
 Prince George's County
 My Commission Expires
   December 09, 2013
```

_____
Notary Public

My Commission Expires _12/09/2013_

Serial No. AA-100002
This Matter/text copyright @ by the Title Holder.
All rights to this matter/text and what it may
represent is by terms and conditions of the
Title Holder, Anida Eliza Ali

State of Maryland County of *Prince George*

On this **11** day of May , 2012 , before me *Daryl Hannah Rodriguez*
personally appeared *Anida Eliza Ali* . I certify that I have seen the
original and this is a true copy of the same.

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

Notary Public
My Commission Expires 12/09/1

Aboriginal and Indigenous Natural Peoples of the Land
Northwest Amexem / Northwest Africa / North America
~ The North Gate ~

Title Holder:
Anida Eliza Ali
c/o 7107 Walker Mill Rd
Capital Heights, Maryland
Non- Domestic – Without USA

## Affidavit of Photo Identification



#AA3019820125

Expiration Date: 01/25/3099 A.D.

Date of Origin: 4025 B.C.E.

I, **Anida Eliza Ali**, Upon my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, being duly Affirmed under Consanguine Unity; standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established that image in the below is a likeness of my physical being at the time the likeness in the photograph was captured.

I am a Natural Dweller and Private Aboriginal Indigenous Moor/ Mu'ur, National in, of, and on the Lands of my Forefathers - Northwest Amexem / Northwest Africa / North America / The North Gate. I Am, Anida Eliza Ali, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother.

*This AFFIDAVIT OF PHOTO IDENTIFICATION supersedes and / or replaces all previously issued photo identification cards by the United States or United States of America and renders them to date hereby Null and Void.*

Herein attached is "Affidavit of Identification Card # AA3019820125", said card shall be used as a corresponding compact Attachment of Identification only by Anida Eliza Ali solely for Identification Verification Purposes. (Format & Mailing Location Subject to Change)

I 'Affirm' that this Affidavit of Photo Identification and attached Affidavit of Identity Card are correct and true; and - 'for the record'. I am reserving my right to 'Present' my own 'Proper Self' by Sovereign Right, and Affirmed to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

I Am: *Anida Eliza Ali /*

Anida Eliza Ali (In Propria Persona) Authorized Representative
All rights reserved, Without Prejudice UCC 1-207, 1-308

## ACKNOWLEDGEMENTS

As a Notary Public, and an Officer of the Court, I herby Certify that the image above is a true and correct image of the sovereign living soul, Anida Eliza Ali. I place my hand and seal hereon as an authentic act as Notary Public.

Date 5/10/2012

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

Notary Public
My Commission Expires: 12-09-2013

Date 5/10/12

Aboriginal Indigenous National Witness

**I.S.L.A.M.** Moorish Americans - Northwest Amexem

# Judicial Notice and Proclamation

**To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:**

**Upon** my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, **Anida Eliza Ali,** being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

**That** I, **Anida Eliza Ali**, Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

**The** Al Moroccan (American) Continents - are the Land of the Moors; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the

Serial No. AA-100001

Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right. Being Moorish American, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

**Moors / Moorish Americans / Muurs** Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire. Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. = 1201 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. Said Constitution established the Peoples' 'Supreme Law of the Land' to secure the Rights of the People, and to keep Government bound and in check by Official Oath, and by Official Bond. Down from the Ancients Ones, our Primogenitors, comes the Supreme Law of the Land!

**Egypt**, The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire**. With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan

seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present **North, South** and **Central America** and also **Mexico** and the **Atlantis Islands**; before the great earthquake, which caused the great Atlantic Ocean.

**The** '**Great Seal Pyramid**' is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

**The** Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, **Ali, El, Bey, Dey**, and **Al.** The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

*"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory…"*

Serial No. AA-100001

The present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free— were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag (Standard) - **Love**, **Truth**, **Peace**, **Freedom**, and **Justice**. The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON– OBLIGATORY respect for the Union States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations **"Declaration of the Rights of the Child"** General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16)

at 19, U.N. Doc. A/4354 (1959); The United Nations "**Universal Declarations on Human Rights**" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "**Executive Order 13107**"—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

**Furthermore**, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c); The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

1. **The** Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. **State v. Armstead, 60 s. 778, 779, and 781**:

2. **The** use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v.**

**Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:**

3. **The** Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125:**

4. **The** Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. **Thompson v. Smith 154 SE 579:**

5. **State** Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449:** which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):**

6. **The** state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it cannot do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159,** nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

7. **Traveling** in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905— 1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

8. **Under** the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to

others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

9. **Where** Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

10. **The** claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

11. **For** a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

12. **If** any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 2111 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13. "**Lack** of Federal Jurisdiction cannot be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I,R., 323 US 310, 313.**

**Whereas**, In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

**Whereas**, there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights. It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

**That** the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

### Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse,*

*or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

### Title 18, Part 1, Chapter 13 §242 of United States Codes of Law:

*Whoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

**Therefore,** in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defense of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and "**Executive Order 13107**" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or

issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

**Wherefore** all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped –up charges, or attack on the Natural Being's Person, Property, Personality, Conveyances, Freedoms, and / or Dignity.

**Explicit** Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, or acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed

by any of them, in the name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known…:

**Represent** means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomy Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establish the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can **'Present'** 'Self'!

I, **Anida Eliza Ali**, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

Hibu (Love), Haqq (Truth), Salaam (Peace), Hurryatun (Freedom), Adl (Justice),

**All** Rights Reserved Without Prejudice; U.C.C. 1-207 / 308, U.C.C. 1-103.

Serial No. AA-100001

I Am: _____ *Anida Eliza Ali* _____ .

**Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved**

**Aboriginal** / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria

Persona' (Not Pro Se or Colorable)

**\*Moors / Muurs:** The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South

America, and the Adjoining Islands

Al Moroc / Ameru / Americana)

**By** Special Appearance, before me on Day __ll__ of __May__ , 2012 CCY

= 1430 M.C., in Honor, the Divine Being, **Anida Eliza Ali**, Affirms that She is the Natural

Person / Divine Being herein named, existing in His / Her own Proper Person; meeting the 'law

of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by

Birthright; and respectively acknowledged - being lawfully qualified and competent to execute

this Document. I therefore place my hand and seal thereto.

**Chronos**:

Day:__ll__ Month:__May__ Year:__2012__ .

I Am: _____ *Ali* _____ .

**Vizier / Minister:** Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved

Free Moor / Muur

Northwest Amexem / Northwest Africa / North America

**Witness:** _____ .

Natural Person - In Propria Persona - All Rights Reserved

**Witness:** _____

Natural Person - In Propria Persona - All Rights Reserve

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / the Moroccan Empire - Continental United States.

  

The Great Seal of the Mu'ur Republic

**THE MOORISH INTERNATIONAL GROUP**
**OF** SCIENCE AND DEVELOPMENT MIR **No.10**
COMMON AND CANON LAW

*Treaty of Morocco* 1787: *(Not Under Negro Act)*

*The treaty was sealed at Morocco with the seal of the Emperor of Morocco June 23, 1786 (25 Shaban, A. H 1200), and delivered to Thomas Barclay. American Agent, June 28. J 786 (1 Ramadan, A. H J 200). Original in Arabic. The additional article was signed and sealed at Morocco on behalf of Morocco July 15, 1786 Treaty of Peace and Friendship, with additional article; also Ship-Signals Agreement. The treaty was sealed at Morocco with the seal of the Emperor of Morocco June 23, 1786 (25 Shaban, A. H. J 200), and delivered to Thomas Barclay. American Agent, June 28, 1786 (1 Ramadan, A. H. 1200). Original in Arabic. The additional article was signed and sealed at Morocco on behalf of Morocco July J 5. J 786 (18 Ramadan, A. H 1200). Original in Arabic. The Ship-Signals Agreement was signed at Morocco July 6, 1786 (9 Ramadan, A. H 1200). (18 Ramadan, A. H. 1200). Original in Arabic. The Ship-Signals Agreement was signed at Morocco July 6, 1786 (9 Ramadan, A. H. 1200).*

## UNITED NATIONS INDIGENOUS PEOPLE'SORGANIZATIONAL NUMBER 215/93
## Maryland Country/ Prince George's County

Autochthon-Indigenous-(Ab) Original Mu'ur Appellation: Anida Eliza Ali

EX REL: ANITA ELIZABETH JOHNSON

DOMICILE: C/O: 7107 Walker Mill Rd
Prince George's, Territory
Maryland Republic [ 20743] Southeast Amexem

INTER-AMERICAN DECLARATION ON THE RIGTHS OF INDIGENOUS PEOPLE- Draft approved by the IACHRatthe 1278 session held on September18, 1995
SECTION ONE. 'INDIGENOUS PEOPLES'

**Art. 1 Definition**
1.In this Declaration indigenous peoples are those who embody historical continuity with societies which existed prior to the conquest and settlement of their by Europeans. (alternative 1) [as well as peoples brought involuntarily to the New World who freed themselves and cultures from which they have been tom]. (alternative 2) [, as well as tribal peoples whose social, cultural and economic conditions distinguish them from other sections of the national community. and whose status is regulated wholly or partially by their own customs or traditions or by special laws or regulations
2. Self identification as indigenous or tribal shall be regarded as a fundamental criterion for determining, the groups to which the provisions of this Declaration apply.
3. The use of the term "peoples" in this Instrument shall not be construed as having any implication with respect to any other rights that might be attached to that term in international law
INDIGENOUS AND TRIBAL PEOPLES CONVENTION. 1998 (NO.169) ADOPTED ON 27 JUNE 1989 by the GENERAL CONFERENCE of the INTERNATIONAL Labour Organization as its seventy-sixth session Entry into force: 5 September 1991 Article 8.
1. In applying national laws and regulations to the peoples concerned, due regard shall be had to their customs or customary laws.
2. These peoples shall have the right to retain their own customs and institutions, where these are not incompatible with fundamental rights defined by the national legal system and with internationally recognized human rights. Procedures shall be established, whenever necessary, to resolve conflicts which may arise in the application of this principle.
The federal courts have overwhelmingly ruled that changing one's name at will, by common law, is clearly one's constitutional right. **Case Lindon v. First National Bank 10 F. 894, Coppage v. Kansas 236 US 1, re McUita 189 F.2S01, In re McUita 189 F. 250 Christianson v. king County 196 F, United States v.McKay 2 F.2d 257) Jech v. Burch 466 F. Supp. 714**

  

The Great Seal of the Mu'ur Republic

## LAW AND LEGAL NOTICE
### Mu'ur (Moors) of America National
### National Birthright Name

" All Sovereign, Private civilian inhabitants shall have free access to all judicial courts of the several states. All clerks and / or deputies shall file all documents of paper for and / or all- sovereign, private civilian inhabitants; free and without charge of fees." **AMERICAN SUPREME COURT CASE - <u>Crandall vs. State of Nevada, 73 U.S. 35</u>**

Date: 05/11/2012
Status: Indigenous Mu'ur (Moors Moorish)
U.N. Indigenous People's Project *215/1993*

I, <u>Anida Eliza Ali</u>, Natural Citizen of Continental America, being duly affirmed, stand squarely upon Law obtain my Indigenous Ab-Original Nationality, Birthright, Name and Title; being the Indigenous / Original- Ab-Original by birth and inheritance; let it be resolved, that the substitute foreign former name ANITA ELIZABETH JOHNSON has been changed, corrected claimed and liened, WITHOUT COLORABLE LEGAL DUE PROCESS of the Union States Society, pursuant to :

**1. UNITED NATIONS DECLARATION ON THE RIGHTS OF INDIGENOUS PEOPLES; COMMISSION ON HUMAN RIGHTS part ill Article 14**, States. **Indigenous people have the right** to revitalize, use, develop and literatures, and to **designate and retain their own names for communities, places person**.

**2.UNITED NATIONS DELARTIONS OF THE CHILD PRINCIPLE ill : "Every Child, shall at birth, have the right to a Name and a Nationality."**

**3.CONSTITUTION FOR THE UNITED STATES OF AMERICA** - Article three (3), section two (2), Amendment live (5) (Liberty clause) and Amendment nine (9) (Reservation of rights to the People).

**4.UNITED STATES SUPREME COURT**-ACT OF STATE (Cited on Pg. 2 NT/NCT No. 0l-A).

Wherefore, <u>Anida Eliza Ali</u>, the Trustee for, ANITA ELIZABETH JOHNSON  Exemption Number **219175782**,being part and parcel, name herein, make a LAWFUL and LEGAL entry NOTIFICATION of NATIONALITY and NAME correction and change by Birthright Status, Law, CLAIM and APPLICATION . Please be advised, it would be an extreme act of illegal conduct, not to retain and record documentary proof of evidence received and that no proceeding(s) of any kind shall be implemented without first present documentary proof of Nationality and a Delegation of Authority Order, before any establishment of jurisdiction for titled National, based on a Delegation of any shall be implemented without first presenting documentary proof of Nationality and a Delegation of Authority Order, before any file copy (ies) of  this notifications, with federal proof of receivership have been recorded, and any claims will be sustained with an order to implicate any nonconformity to immunity (ies) legally force by National and International.

Serial No. AA-100003

## Affidavit:

### CHANGE OF NAME

The Moorish Divine Mu'urs (Moors) National Movement of the World.

IT SPECIAL APPEARING to the satisfaction of the Court from the application in the matter named above that good and sufficient reason exists for the change of name that the Indigenous Sovereign is entitled and is not in any way disqualified to have his name changed.

NOW, THEREFORE, IT ORDERED, ADJUDGED AND DECREED that the Indigenous Sovereign's application to change his name, be and the same is hereby granted, and name is changed from <u>ANITA ELIZABETH JOHNSON</u> (to) <u>Anida Eliza Ali</u>

PERJURYJURAT

I, _____Anida Eliza Ali_____ reserve ALL of the fundamental Freedoms and

GOD/DESS (NETERU, FORCES OF NATURE)-given rights of every human being upon this Earth. Any and ALL, past and present political affiliations implied by operation of law or otherwise with foreign entities are hereby, now and forever, dissolved and revoked. Pursuant to United Nations IPO #215/93, Title 28, USC 1746 (1) and executed without the United States, I affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, to the best of facts and my informed knowledge. And further deponent saith not; common law right not to be bound by any contract or obligation, which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, threat, duress, or coercion. The use of notary below is for identification only, and such use does NOT grant any jurisdiction to anyone.

(FOR NOTARY PUBLIC)

_____Maryland_____ State )
                                            ) SS
_____Prince George's____ County )

In _Danham_ on the _11_ day of _May_ 2012
before me, Notary Public in and for the above state and County,
appeared _Anida Eliza Ali_____ known to me or proved to be the person
named in and who executed the foregoing instrument, and being first duly affirmed, such person acknowledged
that he or she executed said instrument for the purposes therein contained as his or her free and voluntary act and deed.

_Driver's License (Maryland)_____
Type of Identification Produced: Nationality Card

Affiant is / is not personally known to me ( )

(SEAL)

Witness: _Ahul Alu Ali_____

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

_____
Notary Public

My Commission Expires _12/09/2013_

Serial No. AA-100003

  

**Mu'ur (Moors) Of America National Citizen North Gate National Appellation, Nobility Title/ Name and Ancestral Reclamation Declaration Affidavit**

The federal courts have overwhelmingly ruled that changing one's name at will, common law, is clearly one's constitutional right. **Case Lindon v. First National Bank 10 F. 894, Copgare v. Kansas 236 US 1, In re McUlta 189 F. 2501 In re McUlta 189 F. 250 Cbistianson v. King County 196 F. 791, United State v. Mckay 2 F.2d 2571 Jech v. Burch 466 F. Supp.714**

**Ahau Atea Moorish IX,**                                                    **Date:** *05 11 2012*
**To ALL Concerned:**                                              **Status: Indigenous Mu'ur (Moors)**

                                                          **U.N. Indigenous People's Organizational** *215/1993*

**Maryland (State)**

**Prince George's County**

**IN THE MATTER OR THE CHANGE OF NAME OF**

**Name: ANITA ELIZABETH JOHNSON**

**TO**                                                                              **ORDER**

**Name: Anida Eliza Ali**

**THIS CAUSE**, coming on to be heard and being heard before the Clerk of Superior Court of Prince George's County upon _5 / 11_ /2012 Resolved that the Name, ANITA ELIZABETH JOHNSON has come in possession of, claimed and liened, on said name and has been Common lawfully Corrected and Changed-returning to my own Indigenous Mu'ur / Moor Culture, and legacy; therefore honoring our Mother and Father. In my proper person, without Colorable Legal Due Process to; Anida Eliza Ali -Mu'ur /Moor (Al Moroccan, Amexem, Ameruka), by Inheritance and Birthright: The Original/ Ab-Original/ Indigenous People of Amexem and the "We the People" of the Continental America, the United States of America A Natural Being (Citizen) yet NON-NATURALIZED: My Birthright Indigenous Appellation reclamation is made in accord with the International Laws of the United Nations, the Constitution for the United States of America (supreme court case law), The Indigenous Mu'ur (Moors),  via The Moorish Divine National Movement of the World.

**IT SPECIAL APPEARING** to the satisfaction of the Court from the application in the matter named above that good and sufficient reason exists for the change of that the Indigenous Sovereign is entitled and is not any way disqualified to have his name changed.
**NOW, THEREFORE, IT ORDERED, ADJUDGED AND** DECREED that Indigenous Sovereign's to change her name, be and the same is hereby granted, and name is Common lawfully Corrected and Change from (EX REL., GRANTOR), ANITA ELIZABETH JOHNSON to (Anida Eliza Ali), the Secured Party/ Grantee /Trustee.

**Autograph:** _____

Serial No. AA-100003

  

### THE MOORISH INTERNATIONAL GROUP
### OF SCIENCE AND DEVELOPMENT
### COMMON AND CANON LAW

I, _Anida Eliza Ali_ reserve ALL of the fundamental Freedoms and
GOD-given rights of every human being upon this Earth. Any and ALL, past and present political affiliations implied by operation of law or otherwise with foreign entities are hereby, now and forever, claimed and liened. Pursuant to United Nations IPO #215/93, Title 28, USC 1746 (1) and executed without the United States, I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of facts and my Contract or obligation, which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, threat, duress, or coercion. The use of notary below is for identification only, and such use does NOT grant any jurisdiction to anyone.

(FOR NOTARY PUBLIC)

State of _Maryland_                    County of _Prince George's_

In _Parham_          on the _11_ day of _May_, 2012
Before me, Notary Public in and for the above state and county, appeared _Anida Eliza Ali_ Known to me or proved to be the person named in and who executed the foregoing instrument, and being first duly affirmed, such person acknowledged he or she executed said instrument for the purposes therein contained as his or her free and voluntary act and deed.

Autograph: _____

Witness: _____

Type of Identification Produced: _Driver's License_

Affiant is not known to me ( )

NOTARY PUBLIC _____

My Commission Expires: _12/09/2013_

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

Serial No. AA-100003

Serial No. AA-100006

  

THE MOORISH NATIONAL REPUBLIC
MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of Northwest Amexem / North America

# Affidavit of Financial Statement
(Exercise of Constitution – Secured Right)

Date **5** / **11** /2012

**Anida Eliza Ali**, Authorized Representative, Natural Person, In Propria Persona:
Ex Relation **ANITA ELIZABETH JOHNSON**: All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
Piscataway Territory
C/o 7107 Walker Mill Rd
Prince George's, Maryland [Zip Exempt]
Non-Domestic

To:
District Court of Maryland
Office of the Clerk
14735 Main Street, Suite 173B
Upper Marlboro Territory, Maryland Republic
[20772] USA

## Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties

## Article VI
"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several statelegislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

## Article 1, Section X
"All debts shall be payable in gold or silver coin"

## Amendment V
" No Person shall be deprived of due process of law"

I Affirm, for the Record, that I do not have, or possess, any gold or silver coins, as prescribed by United States Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court. The said restrictions (unconstitutional) are arbitrarily (hindering Due Process) and imposed for processing these Documents, as stipulated in the United States Constitution noted above.

Serial No. AA-100006

Therefore, I submit this Writ "In Forma Pauperis", being an enjoyment and exercise of my unconditional and Constitutionally - Secured Rights (and not a feudal - fee - burdened privilege) to timely and speedily enforce Due Process of Law, as noted above.

Your demand for a "Financial Statements" is used as an instrument to deny me due process of law and my right to free access to the courts. I introduced evidence in the form of an Affidavit of Fact and marked as Evidence. Someone in the courts tampered with that evidence, which is a Federal Violation, and misrepresented it as a Motion which is discretionary and an assumption that permission must be requested to exercise my Constitutional Rights and an exercise of a right is a Constitutional Right, not a Request and this office knows that. This is a direct violation of my "Secured Constitutional / Treaty Rights which is the Supreme Law of the Land and "Stare Decisis" and a violation of your "Oath of Office". Furthermore as there is no law as prescribed in the United States Constitution stating a "Financial Statement, "Financial Fee (Feudal Law)", or a "Motion" requesting permission must be submitted in order to exercise my Constitutional Rights, your demand is a violation of Amendment IX of the United States Constitution and a violation of your fiduciary duties.

## Amendment IX
" The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:***

As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right.  Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

I Respectfully, with 'Good Faith' and with Honor, by right to unhindered Due – Process, submit this 'Affidavit of Financial Statement' and Evidence.

Thank You,
I Am: _____
Anida Eliza Ali, Authorized Representative
Natural Person, In Propria Persona:
Ex Relation ANITA JOHNSON
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Piscataway Territory
C/o 7107 Walker Mill Rd
Prince George;s, Maryland [Zip Exempt]
Non-Domestic

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

  

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE!
## NAME DECLARATION
## CORRECTION and PUBLICATION

I, _Anida Eliza Ali_, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, _Anita Elizabeth Johnson_, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known and Resolved that: I Am: _Anida Eliza Ali_, 'In Propria Persona' (being in my own proper person), by birthright; WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. **FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:**
   (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).
2. **UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:**
   Moorish American Credentials: AA 222141 - **TRUTH A-1**
3. **UNITED STATES SUPREME COURT: SUPREME LAW** - Acts of State
4. **UNITED STATES CONSTITUTION:** Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).
5. **RESOLUTION NUMBER SEVENTY-FIVE (75):** Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),
6. **UNIVERSAL DECLARATION OF HUMAN RIGHTS** – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].
7. **RIGHTS OF INDIGENOUS PEOPLES** – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

Wherefore, I _Anida Eliza Ali_, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

I Am: _____
A Free and Sovereign Moorish American National, Northwest Amexem / Africa / America
All Rights Reserved

Witness: _____
A Free and Sovereign Moorish American National, Northwest Amexem / Africa / America
All Rights Reserved

Witness: _____
A Free and Sovereign Moorish American National, Northwest Amexem / Africa / America
All Rights Reserved

LN/NCT No. 0001H

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

E V I D E N C E

# Treaty of Peace & Friendship
# 1787
# Between Morocco and The United States

TO ALL PERSONS TO WHOM THESE PRESENTS SHALL COME OR BE MADE KNOWN-WHEREAS THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED BY THEIR COMMISSION BEARING DATE THE TWELFTH DAY OF MAY ONE THOUSAND, SEVEN-HUNDRED AND EIGHTY-FOUR THOUGHT PROPER TO CONSTITUTE JOHN ADAMS, BENJAMIN FRANKLIN AND THOMAS JEFFERSON THEIR  MINISTERS PLENIPOTENTIARY, GIVING TO THEM OR A MAJORITY OF THEM FULL POWERS TO CONFER, TREAT & NEGOTIATE WITH THE AMBASSADOR, MINISTER OR COMMISSIONER OF HIS MAJESTY THE EMPEROR OF MOROCCO CONCERNING A TREATY OF AMITY AND COMMERCE, TO MAKE & RECEIVE PROPOSITIONS FOR SUCH TREATY AND TO CONCLUDE AND SIGN THE SAME, TRANSMITTING TO THE UNITED STATES IN CONGRESS ASSEMBLED FOR THEIR FINAL RATIFICATION.

AND BY ONE OTHER COMMISSION BEARING DATE THE ELEVENTH DAY OF MARCH ONE-THOUSAND SEVEN-HUNDRED & EIGHTY-FIVE DID FURTHER EMPOWER THE SAID MINISTERS PLENIPOTENTIARY OR A MAJORITY OF THEM, BY WRITING UNDER THE HANDS AND SEALS TO APPOINT SUCH AGENT IN THE SAID BUSINESS AS THEY MIGHT THINK PROPER WITH AUTHORITY UNDER THE DIRECTIONS AND INSTRUCTION OF THE SAID MINISTERS TO COMMENCE & PROSECUTE THE SAID NEGOTIATIONS & CONFERENCES FOR THE SAID TREATY PROVIDED THAT THE SAID TREATY SHOULD BE SIGNED BY MINISTERS:  AND WHEREAS, WE THE SAID JOHN ADAMS & THOMAS JEFFERSON TWO OF THE SAID MINISTERS PLENIPOTENTIARY (THE SAID BENJAMIN FRANKLIN BEING ABSENT) BY WRITING UNDER THE HAND AND SEAL OF THE SAID JOHN ADAMS AT LONDON, OCTOBER FIFTH, ONE-THOUSAND SEVEN-HUNDRED AND EIGHTY-FIVE, & OF THE SAID THOMAS JEFFERSON AT PARIS OCTOBER THE ELEVENTH OF THE SAME YEAR, DID APPOINT THOMAS BARCLAY, AGENT IN THE BUSINESS AFORESAID, GIVING HIM THE POWERS THEREIN, WHICH BY THE SAID SECOND COMMISSION WE WERE AUTHORIZED GO GIVE, AND THE SAID THOMAS BARCLAY IN PURSUANCE THEREOF, BATH ARRANGED ARTICLES FOR A TREATY OF AMITY AND COMMERCE BETWEEN THE UNITED STATES OF AMERICA AND HIS MAJESTY THE EMPEROR OF MOROCCO & SEALED WITH HIS ROYAL SEAL, BEING TRANSLATED INTO THE LANGUAGE OF SAID UNITED STATES OF AMERICA, TOGETHER WITH THE ATTESTATIONS THERETO ANNEXED ARE IN THE FOLLOWING WORDS, TO WIT:

**IN THE NAME OF ALMIGHTY GOD.**

THIS IS A TREATY OF PEACE AND FRIENDSHIP ESTABLISHED BETWEEN US AND THE UNITED STATES OF AMERICA, WHICH IS CONFIRMED, AND WHICH WE HAVE ORDERED TO BE WRITTEN IN THE BOOK AND SEALED WITH OUR ROYAL SEAL AT OUR COURT OF MOROCCO IN THE TWENTY-FIFTH DAY OF THE BLESSED MONTH OF SHA-

BAN, IN THE YEAR ONE-THOUSAND TWO-HUNDRED, TRUSTING IN GOD IT WILL REMAIN PERMANENT.



## ARTICLE 1

We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their part, to treat with us concerning all the matters contained therein.

## ARTICLE 2

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy nor fight under their colors.

## ARTICLE 3

If either of the parties shall be at war with any nation whatever and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty and the effect returned to the owners. And if any goods belonging to any nation, with whom either the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested without any attempt being made to take or detain them.

## ARTICLE 4

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea, and if the commander of a ship of war of either party shall have other ships under his convoy, the Declaration of the commander shall alone be sufficient to exempt any of them from examination.

## ARTICLE 5

If either of the parties shall be at war, and shall meet a vessel at sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a boat with two or three men only, and if any gun shall be bread and injury done without reason, the offending party shall make good all damages.

## ARTICLE 6

If any **Moor** shall bring citizens of the United States or their effects to His Majesty, the citizens shall immediately be set at liberty and the effects restored, and in like manner, if any **Moor** not a subject of the dominions shall make prize of any of the citizens of America or their effects and bring them into any of the ports of His Majesty, they shall be immediately released, as they will be considered as under His Majesty's Protection.

## ARTICLE 7

If any vessel of either party shall put into a port of the other and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.



## ARTICLE 8

If any vessel of the United States shall meet with a disaster at sea and put into one of our ports to repairs, she shall be at liberty to land and reload her cargo, without paying any duty whatever.

## ARTICLE 9

If any Vessel of the Untied States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put in to our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquility until the Commander shall think proper to proceed on his Voyage.



## ARTICLE 10

If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American Vessel shall be cast on shore on the Coast of Wadnoon or any Coast thereabout, the People to her shall be protected, and assisted until by the help of God, they shall be sent to their Country.

## ARTICLE 11

If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow until twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports— be the enemies **Moors** or Christians.

## ARTICLE 12

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretense whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

## ARTICLE 13

If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

## ARTICLE 14

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favored nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

## ARTICLE 15

Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any labor whatever, shall be paid at the customary rates, not more and not less.

## ARTICLE 16

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized of by either of the parties.

## ARTICLE 17

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

## ARTICLE 18

All goods shall be weighed and examined before they are sent on board , and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be



punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

## ARTICLE 19

No vessel shall be detained import on any pretense whatever, nor be obliged to take on board on any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

## ARTICLE 20

If any of the citizens of the Untied States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

## ARTICLE 21

If any citizen of the Untied States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

## ARTICLE 22

If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of hi affects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear, who has right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruptions; and if a will shall appear, the property shall descend agreeable to that will as soon as the consul shall declare the validity thereof.

## ARTICLE 23

The consuls of the United States of America, shall reside in any port of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

## ARTICLE 24

If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And it is further declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

## ARTICLE 25

This treaty shall continue in full force, with the help of God, for fifty years. We delivered this book into the hands of the before mentioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

I certify that the annexed is a true copy of the translation made by Isaac Cardoza Nunez, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

**THOMAS BARCLAY.**





### ADDITIONAL ARTICLE

**Grace to the only God.**

I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, *(whom God preserve),* having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to complete, it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the **citizens of America** our good friends."

And, in obedience to this Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan, (a) in the year one thousand two hundred.

The servant of the King, my master, whom God preserve.

**TAHER BEN ABDELKACK FENNISH.**

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

**THOMAS BARCLAY.**

### TREATY WITH MOROCCO. 1787

Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the Untied States in Congress assembled, for their final ratification.

In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

**JOHN ADAMS,**       (L.S.)
*London, January 25th, 1787.*

**THOMAS JEFFERSON,**    (L.S.)
*Paris, January 1st, 1787.*

# Morocco
# Constitution
### Adopted 13 September 1996

**PREAMBLE**

An Islamic and fully sovereign state whose official language is Arabic, the Kingdom of Morocco constitutes a part of the Great Arab Maghreb.

As an African state, it has, among its objectives, the realisation of African unity.

Aware of the need of incorporating its work within the frame of the international organisations of which it has become an active and dynamic member, the Kingdom of

Morocco fully adheres to the principles, rights and obligations arising from the charters of such organisations, as it reaffirms its determination to abide by the universally recognised human rights.

Likewise, it reaffirms its determination to continue its steady endeavours towards the safeguard of peace and security in the world.

**CHAPTER ONE**
**GENERAL PROVISIONS: BASIC PRINCIPLES**

**Article 1:** Morocco shall have a democratic, social and constitutional Monarchy.
**Article 2:** Sovereignty shall be that of the People who shall exercise it directly, by means of referendum, or indirectly, through the constitutional institutions.
**Article 3:** Political parties, unions, district councils and trade chambers shall participate in the organisation and representation of the citizens. There shall be no one-party system.
**Article 4:** The law shall be the supreme expression of the will of the Nation. All shall abide by it. The law shall have no retroactive effect.
**Article 5:** All Moroccan citizens shall be equal before the law.
**Article 6:** Islam shall be the state religion. The state shall guarantee freedom of worship for all.
**Article 7:** The emblem of the Kingdom shall be a red flag with a five-pointed green star in the center. The motto of the Kingdom shall be: GOD, THE COUNTRY, THE KING.
**Article 8:** Men and women shall enjoy equal political rights. Any citizen of age enjoying his or her civil and political rights shall be eligible to vote.
**Article 9:** The constitution shall guarantee all citizens the following:
a. freedom of movement through, and of settlement in, all parts of the Kingdom;
b. freedom of opinion, of expression in all its forms, and of public gathering;
c. freedom of association, and the freedom to belong to any union or political group of their choice.

No limitation, except by law, shall be put to the exercise of such freedoms.

**Article 10:** No one shall be arrested, put into custody or penalised except under the circumstances and procedures prescribed by law. The home shall be inviolable. Search warrant shall be issued and investigation ordered under the conditions and procedures prescribed by law.

**Article 11:** Secrecy of personal correspondence shall be preserved.

**Article 12:** Opportunities for employment in public offices and positions shall be uniformly open to all citizens.

**Article 13:** All citizens shall have equal rights in seeking education and employment.

**Article 14:** The right of strike shall be guaranteed. Conditions and ways of exercising such a right shall be defined by an organic law.

**Article 15:** The right of private property and free enterprise shall be guaranteed. The law shall put limitations to its extent and use if so required by the socio-economic development planned for the Nation. No expropriation shall be ordered except under such circumstances and provisions as prescribed by law.

**Article 16:** All citizens shall contribute to the defense of the Country.

**Article 17:** All citizens shall, according to their contributory power, bear public costs which shall be enacted and allocated only by the law, and in the manner stipulated in the provisions of the present Constitution.

**Article 18:** All shall, in solidarity, bear the costs resulting from disasters suffered by the Nation.

I, Anida Eliza Ali, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born

of a natural Mother, do solemnly, sincerely, and squarely Affirm, Agree, and Accept that the

foregoing facts (articles) contained in this Constitution.

Autograph _____

Exemption ID: 219175782

State of _Maryland_    )

                                )ss          **ACKNOWLEDGMENT**

County of _Prince George's_    )

I, _Daryl Hannah J. Rodriguez_ , a Notary Public for said County and state, do hereby acknowledge that on this day the Affiant did, through his Authorized Representative  :Anida Eliza Ali ARR, did appear before me and execute the foregoing. Witness me hand and seal

this __11__ day of May 2012.

_Daryl Hannah J. Rodriguez_    ___12/09/2013___

Notary's name          Commission expires

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

Serial No. ET-102

State of Maryland, County of _Prince Georges_

On this _11_ day of _May_, 20_12_, before me, _Daryl Hannah Rodriguez_ personally appeared _Anida Eliza Ali_. I certify that I have seen the original and this is a true copy of the same.

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

Notary Public
My Commission Expires _12/09/1_

Serial No. AA-100008 "PAY TO THE ORDER OF THE ANI"

## ID # AA-3019820125                 ADMINISRTATOR

**Declaration and PEACE TREATY by a peaceful inhabitant, Non-Combative, Non-Aggressive Inheritor of the LAND. The chief Administrator, Governor And Grantor. Formally announcing the Grantors Assertion of Rights OF CHIEF EXECUCTORSHIP.** The GRANTOR/ADMINISTRATOR is not now nor has ever been an artificial entity, I.E. "Collective Entity", and overseeing the estate will never constitute such a labeling and or application! Indigenous inhabitant on the Land and INHERITOR of the LAND commonly Known as NORTH AMERICA This document is to serve as a qualified written request, statement, lawful Notice and Warning, as this is presented and for the public record establishing a court of record.

(reference to secured rights and public-laws listed below as well as commonlaw)
(Declaration to expire as of December 31, 2099 unless renewed by grantor verbally)
To Be Known As a Recording of
ACCEPTANCE AND AFFIDAVIT/SPECIAL ACKNOWLEDGEMENT/DEEDED Land Patent and LIVING WILL
SPECIAL DEPOSIT/BAILMENT BOND $ 50,000,000.00

State of **Maryland**
County of Prince George's

APPEARING PERSONALLY BEFORE ME the undersigned Notary, on this _10th_ day of May 2012, <u>Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of the Household of Johnson and Befriend of the same</u> (or any variation thereof is always to refer to the Administrator), The Administrator/Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer (hereinafter, and heretofore referred to as "Grantor"), a credible living, self-aware sentient WOMAN, known to me by verification, a credible living, self-aware sentient WOMAN, who duly attest and or affirms, on **her** affirmation and acknowledgement, deposes and declares:

That **The Governor/Grantor**, <u>Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of the Household of Johnson and Befriend of the same</u>, The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer [Any reference hereinafter, at present and heretofore to the title Ray Gregg JR in any variation, in any format, and or in any rendering is always to refer to the Estate and when used by the Administrator in the sentient/self-aware context is to be acknowledge by any and all as referring to the Administrator/Bailor, who represents the Title always in "Special Appearance proper person/ExRel". And never in place of the TITLE! The TITLE at no time represents the Sentient Woman but the Sentient Woman represents the TITLE]. (hereinafter, and heretofore referred to a "Grantor"), of any Trust, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as ANITA ELIZABETH JOHNSON/ANITA JOHNSON (or any variation thereof) a credible living, self-aware sentient WOMAN, not deceased, am **The Administrator/Governor/ Executor / Director / Grantor / Sole Beneficiary / Sole Shareholder /Chief Executive Officer** of any Trust, Legal-Name, State (Foreign or otherwise) and or corporation (hereinafter referred to in-part as "Grantor"), of the Legal Person , State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as, hereinafter, and heretofore referred to as "Grantor", of any Trust, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as ANITA ELIZABETH JOHNSON/ANITA JOHNSON (or any variation thereof), and not a "collective entity" but executor of the deceased Artificial entity or any variation thereof is referred to as the Administrator/Grantor throughout)) or any variation thereof is always to refer to the Administrator/Grantor and or  "She"), known to me by verification, a credible living, self-aware sentient WOMAN, who duly attest and or affirms, on his affirmation and acknowledgement, deposes and declares: a credible living, self-aware sentient WOMAN.

EVIDENCE

**"PAY TO THE ORDER OF THE ANITA JOHNSON ESTATE IN CARE OF THE UNITED STATES OF AMERICA. WITHOUT RECOURSE"**

The presumption of law is that , <u>Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of the</u> <u>Household of Johnson and Befriend of the same</u>, The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer (hereinafter, and heretofore referred to a **"Grantor"**), of any Trust, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as **ANITA ELIZABETH JOHNSON/ANITA JOHNSON** (or any variation thereof) a credible living, self-aware sentient WOMAN.  This declaration RECLAIMS WHAT IS RIGHTFUL AND DUE TO THE GRANTOR, AS WELL AS overcomes/extinguishes any presumption of the Grantor has been, is, or was absent, having absentee status, abandonment of any kind and or nature, or has been, is, or was deceased.

That , <u>Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of</u> <u>the Household of Johnson and Befriend of the same</u>, The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer (hereinafter, and heretofore referred to a **"Grantor"**), of any Trust, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as **ANITA ELIZABETH JOHNSON/ANITA JOHNSON** (or any variation thereof) a credible living, self-aware sentient WOMAN, of any associated Trust, Legal-Name, (Foreign or otherwise) and or corporation do hereby forthwith established this court of record, documenting, assuming, acknowledging this warranty/grant/Deed[s] as a lawful right.  And under acceptance the **Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive** **Officer** of any Trust, Legal-Name, State  (Foreign or otherwise) and or corporation of, <u>Anida daughter of John of the family of</u> <u>Johnson, of the town of Baltimore Maryland, of the Household of Johnson and Befriend of the same</u>, The Governor of the Legal Person known by, referred to or rendered as **ANITA ELIZABETH JOHNSON/ANITA JOHNSON** (or any variation thereof) a credible living, self-aware sentient WOMAN and acknowledge the aforementioned, the aforegoing, and the annexed.

Further there is no law that allows any Human (self-aware or not) to exercise authority over another Human (self-aware or not), and as I, **The Grantor** make the ultimate Presumption "That <u>Anida daughter of John of the family of Johnson, of the</u> <u>town of Baltimore Maryland, of the Household of Johnson and Befriend of the same</u>, The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer (hereinafter, and heretofore referred to a **"Grantor"**), of any Trust, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as **ANITA ELIZABETH** **JOHNSON/ANITA JOHNSON** (or any variation thereof) a credible living, self-aware sentient WOMAN.  That **The Grantor** will never submit to any jurisdiction at any time or in any situation. That my human-rights are never to be trampled and for each instance as well as offence against my secured rights, a penalty and fee assessment of $20,000.00 will be due at the time of such offense[s]. Because, <u>Anida daughter</u> <u>of John of the family of Johnson, of the town of Baltimore Maryland, of the Household of Johnson and Befriend of the</u> <u>same</u>, The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer (hereinafter, and heretofore referred to a **"Grantor"**), of any Trust, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as **ANITA ELIZABETH JOHNSON/ANITA JOHNSON** (or any variation thereof) a credible living, self-aware sentient WOMAN, **The Grantor** am the **Administrator**, , also declare and affirm total acceptance of the Secured United States Constitutional backed and Acknowledged Rights of the Legal-Person and all protections associated with such rights, and assess the same penalty and fee of $20,000.00 for the violation of such right (each instance and or incident).

That <u>Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of the</u> <u>Household of Johnson and Befriend of the same</u>, The Grantor WILL and further avow as well as affirm that all Public servants are just that, Public servants, trustees unless <u>Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland,</u> <u>of the Household of Johnson and Befriend of the same</u> , The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer (hereinafter, and heretofore referred to a **"Grantor"**), of any Trust, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as **ANITA ELIZABETH JOHNSON/ANITA JOHNSON** (or any variation thereof) appoint[s] them otherwise. "All words and terms in this Document mean what they say and say what they mean!

That <u>Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of the Household of</u> <u>Johnson and Befriend of the same</u> a credible living, self-aware sentient WOMAN, **The Grantor WILL and** further avow as well as affirm that any images, digital or otherwise, in any format and or form, DNA/Blood in whole or in part containing any portion of the life force

or substance thereof, fingerprints is the sole property of the Grantor/Administrator, and any contracts to the contrary are hereby rescinded/ rendered VOID! Any Patents on any of the property listed herein if not acknowledge by the Grantor/Administrator are Void and rescinded. This Document, its terms, statements and meaning{s} is/are to remain in force permanently and forever henceforth and heretofore.

**Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of the Household of Johnson and Befriend of the same**, The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer (hereinafter, and heretofore referred to a "**Grantor**"), of any Trust, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as **ANITA ELIZABETH JOHNSON/ANITA JOHNSON** (or any variation thereof) welcomes any claims to the contrary, and all and any unsubstantiated claim[s] will be assessed a one million dollar fee for each and every instance and or occurrence.

The Grantor presumes that corporations and courts operate under **presumption of law.**

**The Grantor** presumes that statutory law and or its authority do not apply to **The Grantor.**

**The Grantor** presumes that the rules of any non common law tribunal do not apply to **The Grantor.**

**The Grantor** presumes that **The Grantor** is not bound by any so-called order of any non common law tribunal.

**The Grantor** is not a public servant and any claim to the contrary must be proven by payroll records to include **The Grantor**'s alleged public servant title and sworn under the penalty of perjury and under full commercial liability.

**The Grantor** claims common law jurisdiction at every moment and all time[s].

**The Grantor** waives all compelled benefits of every type and kind.

**The Grantor** does not waive any rights of the legal person/Legal-Name and or **Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of the Household of Johnson and Befriend of the same.** The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer (hereinafter, and heretofore referred to a "**Grantor**"), of any Trust, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as **ANITA ELIZABETH JOHNSON/ANITA JOHNSON** (or any variation thereof) or of **The Grantor.**

**The Grantor** does not surrender any common or human rights in any proceeding or in any manner or time.

**The Grantor** does not nor will ever waive time.

**The Grantor** does not and will not ever plead to courts of contracts.

**The Grantor** presumes that **The Grantor** is not bound by any so-called order/ruling/decision of any non-common law tribunal, body, Fiduciary, trustee, and or servants.

"PAY TO THE ORDER OF THE ANITA JOHNSON ESTATE IN CARE OF THE UNITED STATES OF AMERICA. WITHOUT RECOURSE"

**The Grantor** presumes that any and all public employee/state employee/federal employee and or servant, officers of any corporation/court can only maintain the role of public servant, Public Trustee/fiduciary.

**The Grantor** presumes that ministerial clerks/servants, being public trustees/fiduciary, have no authority over **The Grantor or any other self-aware human being**.

**The Grantor** presumes that all Statutes, ACT'S of congress, Codes and United States Codes are in violation of The Grantor common and human rights and not applicable to **Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of the Household of Johnson and Befriend of the same**, The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer (hereinafter, and heretofore referred to a "**Grantor**"), of any Trust, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as **ANITA ELIZABETH JOHNSON/ANITA JOHNSON** (or any variation thereof) and welcomes any claims to the contrary, and if any unsubstantiated claims are false, there will be assessment of Forty thousand dollars for each instance and every occurrence under **The Grantor's** fee schedule.

**Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of the Household of Johnson and Befriend of the same**, The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer (hereinafter, and heretofore referred to a "**Grantor**"), , a credible living, self-aware sentient WOMAN, The Grantor does not waive any rights, and reserves all secured rights, common and human rights and forever asserts **The Grantor Rights whatever they may be and that of the legal person** of any Trust, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as (or any variation thereof)

That **Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of the Household of Johnson and Befriend of the same**, a credible living, self-aware sentient WOMAN, The Grantor does not surrender any common /human rights in any proceeding, discussion, in any venue, or under any circumstances at any time or in any manner.

**Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of the Household of Johnson and Befriend of the same**, The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer (hereinafter, and heretofore referred to a "**Grantor**"), of any Trust, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as **ANITA ELIZABETH JOHNSON/ANITA JOHNSON** (or any variation thereof) , The Grantor nor the Legal-Person will not and or ever plead to courts of contracts voluntarily, or otherwise or in any other venue or under any circumstance.

Anyone refuting any of the aforementioned and or the following issues must do so on the public record, in writing, by way of sworn written affidavit under penalties of an assessment of $1,000,000.00 for each issue and occurrence of perjury/false and misleading information, and or unproven misleading statements/assertions.  No other refuting documents will be accepted.  Failure to respond within 10 days will be agreement and estoppel.

The aforementioned is true and correct, attested to and submitted by **Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of the Household of Johnson and Befriend of the same** , The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer (hereinafter, and heretofore referred to a "**Grantor**"), of any Trust, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as **ANITA ELIZABETH JOHNSON/ANITA JOHNSON** (or any variation thereof).

"PAY TO THE ORDER OF THE ANITA JOHNSON ESTATE IN CARE OF THE UNITED STATES OF AMERICA. WITHOUT RECOURSE"

### *LEGAL NOTICE* for your benefit and compliance

**Both Common and Federal law provides that it is a crime to violate the Rights of a self-aware human being under the color-of-law. You can be arrested and most-likely charged for this crime and can also be held personally liable for violation of secured rights.**

Federal Law, Section 7 of Public Law 93-579 provides that: "It shall be unlawful for any Federal, State or local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his social security account number." Federal courts have ruled the Privacy Act applies equally to the private sector.

**Warning,** you are in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! The law provides that you can and will be held personally responsible and liable, as well as your company or agency.

There is no law requiring an individual to obtain or use a social security number. Any requirement and/or demand that I, The Grantor provide a social security number a violation of one or more of the following laws:

**4 CFR 83.9; 5 USC Sec. 552a; 7 CFR 1.123; 7 USC Sec. 2204g; 14 CFR 1212.604; 17 CFR 249.501a; 19 CFR 118.11; 19 CFR 122.25; 19 CFR 24.5; 24 CFR 5.212; 28 CFR 16.53; 28 CFR 513.31; 28 CFR 700.25; 29 CFR 70a.10; 29 CFR 71.12; 31 CFR 1.32; 31 CFR 501.806; 32 CFR 270.19; 32 CFR 310.20; 32 CFR 311.5; 32 CFR 316.6; 32 CFR 317.20; 32 CFR 323.5; 32 CFR 505.2; 32 CFR 701.108; 32 CFR 806b.9; 38 CFR 1.575; 38 CFR 3.216; 38 USC Sec. 5101; 39 CFR 266.4; 45 CFR Part 801; 47 CFR 0.554; 49 CFR 10.29.**

**Public Law 93-579, Sect. 7, 88 Stat. 1909 (Dec. 31, 1974)**

(a)   "(1) It shall be unlawful for any Federal, State, or local government agency to deny to any individual any right, benefit (**like, a passport !**) or privilege (**like, citizenship, or rights of a Human Being**) provided by law because of such 'individual's refusal to disclose his (legal-person's) social security number'"... (**Emphases and reference added**).

**63C Am.Jur.2d, Public Officers and Employees**

* **\*63C Am.Jur.2d, Public Officers and Employees, §247\*** "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised on behalf of the government or of all citizens who may need the intervention of the officer.

[1] Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts.

[2] That is, **a public officer occupies a fiduciary relationship to the political entity** on whose behalf he or she serves.

[3] and owes a fiduciary duty to the public.

[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.

[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U.S. 372] in the statute.

See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, the judge, in reference to litigants who appear before him and he deliberately concealed material information from them, he was guilty of fraud. McNally v United States 483 U.S.350 (1987)

1st Amendment

Congress shall make no law respecting ... prohibiting ... the right of the people ...to petition the government for a redress of grievances.

7th amendment:

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.

Serial No. AA-100008"PAY TO THE ORDER OF THE ANITA JOHNSON ESTATE IN CARE OF THE UNITED STATES OF AMERICA. WITHOUT RECOURSE"

9th amendment:

The numeration in the Constitution, of rights, shall not be denied or disparage others retained by the people.

10th amendment:

The powers not delegated by the Constitution are reserved to the people.

11th amendment:

The Judicial power shall not extend to any lawsuit or equity, or Citizens or Subjects of any Foreign State.

Further there is no law that allows any Human (self-aware or not) to exercise authority over another Human (self-aware or not), and as I The Grantor make the ultimate Presumption "I The Grantor avows that I The Grantor am a self-aware conscience human being.

**You are put on notice** to cease and desist with your demands and or presumptions that are contrary to the established facts outlined by the proof contained herein and to seek *personal* legal counsel if you do not understand or have a comprehension of actual law.

## Certification of Special Acknowledgment

I Anida Ali attest and affirm that the aforementioned is true and correct, attested to and submitted by **The Governor/Grantor Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of the Household of Johnson and Befriend of the same,** a living breathing self-aware Woman, not deceased, WHO IS ALSO the **Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer** of any associated Trust, Estate, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as **ANITA ELIZABETH JOHNSON/ANITA JOHNSON** (or any variation thereof), and that this is my indefeasible title to my land and or property, and that I am the Lawful owner of the aforementioned estate; and it's real property and interest; **NOTICE OF RESCISSION OF DEED of all property associated, owned, which would include the following: Dodge Grand Caravan automobile blue in color, Chevrolet Silverado 1500, Cadillac Escalade, GMC Yukon Denali (all to receive Dot Identification Numbers), REAL PROPERTY known as 2403 Roslyn Avenue, District Heights Maryland, granting it to the ANITA JOHNSON ESTATE (EIN # 219175782).** I further acknowledge that this is my freewill act and Deed to execute my acknowledgement of my acceptance of the trust/real property/estate as well as lawful ownership of the real-property/Estate/Corporation/Trust, be it said, be it documented done in/on/and for the record, in this lawful court of record on this __11__ day of MAY 2012 executed this, the aforegoing INSTRUMENT and acknowledged before me and executed the same as her FREE-WILL, ACT AND DEED.

**Anida Eliza Ali**

**Administrator/Governor/Grantor/Executor/Director**

**/Sole Beneficiary/Sole Shareholder/Chief Executive Officer**

GENERAL Post Office In care of main Post Office Box

"PAY TO THE ORDER OF THE ANITA JOHNSON ESTATE IN CARE OF THE UNITED STATES OF AMERICA. WITHOUT RECOURSE"

STATE OF MARYLAND                    )
                                     )          SPECIAL ACKNOWLEDGEMENT
COUNTY OF PRINCE GEORGE'S)

Subscribed under penalty of pujury and affirmed before me *Daryl Hannah Rodriguez*, Notary Public for said state is __Anida daughter of John of the family of Johnson, of the town of Baltimore Maryland, of the Household of Johnson and Befriend of the same__ known to be and proven by FACT a credible living, self-aware sentient WOMAN, **The Governor/Grantor**, a living breathing self-aware Woman, not deceased, WHO IS ALSO the **Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer** of any associated Trust, Legal-Name, State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as **ANITA ELIZABETH JOHNSON** (or any variation thereof) on this___*//*___ day of MAY 2012. Anida Eliza Ali heretowith and forever declares under the penalties of perjury with full commercial liability reserving all rights and without recourse; That She is competent under the law to give this declaration and unless stated has personal knowledge of the facts stated herein:

WITNESS MY HAND AND SEAL AFFIXED HERETO *AND ATTESTED TO UNDER PENALTY OF PURJURY, WITH FULL COMMERICAL LIBALITY, RESERVATION OF ANY AND ALL RIGHT, WITHOUT RECOURSE.*

*ADMINISTRATOR / EXECUTOR*
May *//* , 2012

WITNESS MY HAND AND SEAL AFFIXED HERETO:

_____
Notary Public

My commission expires: *12 / 09 / 2013*

DARYL HANNAH A. RODRIGUEZ
Notary Public-Maryland
Prince George's County
My Commission Expires
December 09, 2013

*LEGAL NOTICE for your benefit and compliance*

*The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.*